Patrick R. Leverty, Esq., NV Bar No. 8840
**LEVERTY & ASSOCIATES LAW CHTD.**
608 Lander Street
Reno, NV 89509
Telephone: (775) 322-6636
Facsimile: (775) 322-3953
Email: pat@levertylaw.com

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (pro hac vice pending)
Laurence M. Rosen, Esq. (pro hac vice pending)
275 Madison Ave., 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: philkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LUIS GONZALEZ DIEZ, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RICHTECH ROBOTICS INC., WAYNE HUANG, and MICHAEL HUANG,<br><br>Defendants. | Case No. 2:26-cv-00231<br><br>**ERRATA TO CLASS ACTION COMPLAINT FOR VIOLATION OF FEDERAL SECURITIES LAWS (DOC 1) AND THE CIVIL COVER SHEET (DOC 1-1)** |

Plaintiff Luis Gonzalez Diez hereby files an Errata to notify the Court about a spelling error made in the Class Action Complaint for Violation of Federal Securities Laws and the Civil Cover Sheet. In the Caption and first paragraph of the Complaint (DOC 1) the first name of the Plaintiff is misspelled. The Civil Cover Sheet also misspelled Plaintiff's first name.  The correct spelling of Plaintiff's name is Luis Gonzales Diez.  Plaintiff files this Errata to clarify the correct

1

name of Plaintiff and to request the Case Caption be amended to reflect the correct spelling of Plaintiff's name: Luis Gonzalez Diez.

Dated: February 2, 2026.

**LEVERTY & ASSOCIATES LAW CHTD.**

/s/ *Patrick R. Leverty*
Patrick R. Leverty, Esq., NV Bar No. 8840
608 Lander Street
Reno, NV 89509
Telephone: (775) 322-6636
Email: pat@levertylaw.com

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (pro hac vice pending)
Laurence M. Rosen, Esq. (pro hac vice pending)
275 Madison Ave., 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: philkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*Attorneys for Plaintiff Luis Gonzalez Diez*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2026, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

/s/ *Patrick R. Leverty*
Patrick R. Leverty

Errata To Class Action Complaint and the Civil Cover Sheet