GARIN LAW GROUP
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
ANGELA T. NAKAMURA OCHOA, ESQ.
Nevada Bar No. 10164
9900 Covington Cross Drive, Suite 210
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@garinlawgroup.com
aochoa@garinlawgroup.com

*Attorneys for Defendants Richtech Robotics Inc.,
Wayne Huang and Michael Huang*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LUIZ GONZALEZ DIEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RICHTECH ROBOTICS INC., WAYNE HUANG, and MICHAEL HUANG,<br><br>Defendants. | Case No: 2:26-cv-00231-RFB-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff LUIZ GONZALEZ DIEZ ("Plaintiff") and Defendants RICHTECH ROBOTICS INC., WAYNE HUANG, and MICHAEL HUANG (collectively "Defendants" and together with Plaintiff, the "Parties"), by and through their counsel of record, and pursuant to Local Rule IA 6-1(a), hereby stipulate and agree as follows:

WHEREAS, Plaintiff commenced the above-captioned action (the "Action"), a putative class action arising under the Securities Exchange Act of 1934 ("Exchange Act"), including the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4, on February 2, 2026, against Defendants (ECF No. 1 (the "Complaint"));

{01621349.DOC.2}

WHEREAS, on February 2, 2026, pursuant to the PSLRA, § 78u-4(a)(3)(A)(i)(I), counsel for Plaintiff caused a press release to be published announcing the pendency of the Action against Defendants (the "Notice");

WHEREAS, pursuant to the Notice and the statutory deadline set forth in the PSLRA, motions to be appointed lead plaintiff are due on or before April 3, 2026, by which date any member of the purported class in the Action may move to serve as lead plaintiff, 15 U.S.C. § 78u-4(a)(3)(A)(i)(II) & (ii);

WHEREAS, it is possible that additional related actions arising under the Exchange Act may be filed in the U.S. District Court for the District of Nevada against the same Defendants and asserting substantially the same allegations (together with the action already filed, the "Related Actions");

WHEREAS, there are likely to be motions or a stipulation to consolidate such Related Actions into a single action before this Court filed on the deadline for moving the Court for lead plaintiff;

WHEREAS, pursuant to the PSLRA, once a decision on a consolidation motion has been rendered, the Court must, "[a]s soon as practicable," appoint a lead plaintiff who is "most capable of adequately representing the interests of class members," 15 U.S.C. §78u- 4(a)(3)(B)(i)-(ii);

WHEREAS, the parties anticipate that, following the statutory lead plaintiff process, the appointed lead plaintiff(s) ("Lead Plaintiff") and approved lead counsel ("Lead Counsel") will file a consolidated or amended complaint that will be the operative complaint;

WHEREAS, counsel for Defendants has agreed to accept service of the Complaint, such that the time to respond to the Complaint has begun to run; and

WHEREAS, the Parties agree that in the interests of judicial economy, conservation of time and resources and orderly management of this action, Defendants should not respond to the Complaint already filed in this Action until after (i) Lead Plaintiff and Lead Counsel are appointed by the Court pursuant to the PSLRA, (ii) Lead

{01621349.DOC.2}

GARIN LAW GROUP

9900 Covington Cross Drive, Suite 210, Las Vegas, Nevada 89144
Telephone: (702) 382-1500   Facsimile: (702) 382-1512

Plaintiff file an operative complaint, and (iii) Lead Plaintiff and Defendants have conferred in good faith and agreed to a schedule for Defendants to respond to the operative complaint and a schedule for any anticipated briefing;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, among Plaintiff and Defendants, through their undersigned counsel that:

1. The undersigned attorneys for the Defendants accept service of the complaint in this action on behalf of their clients as of the date of this stipulation, without waiver of, or prejudice to, any of their rights or defenses (other than improper service);

2. Defendants' time to answer or otherwise respond to the complaint is extended until after a Lead Plaintiff has been appointed and an operative complaint has been filed;

3. Defendants shall not be required to answer or otherwise respond to the Complaint;

4. Within fourteen days following entry of an order pursuant to the PSLRA selecting a Lead Plaintiff and appointing Lead Counsel, counsel for Defendants and Lead Counsel shall confer and submit a proposed schedule for: (a) the filing of an amended complaint as the operative complaint; (b) Defendants' response thereto, and (c) in the event Defendants file motion(s) to dismiss the operative complaint, a date by which Lead Plaintiff shall file opposition papers and Defendants shall file reply papers to such motions; and

///

///

///

///

///

///

///

{01621349.DOC.2}

GARIN LAW GROUP

9900 Covington Cross Drive, Suite 210, Las Vegas, Nevada 89144
Telephone: (702) 382-1500   Facsimile: (702) 382-1512

This is the Parties' first request to extend the time to respond to the Complaint in this matter.

DATED this 24th day of February, 2026.

LEVERTY & ASSOCIATES LAW CHTD.     GARIN LAW GROUP

By: */s/ Patrick R. Leverty*  _____     By: */s/ Joseph P. Garin*  _____
PATRICK R. LEVERTY, ESQ.             JOSEPH P. GARIN, ESQ.
Nevada Bar No. 8840                  Nevada Bar No. 6653
608 Lander Street                    ANGELA T. NAKAMURA OCHOA, ESQ.
Reno, Nevada 89509                   Nevada Bar No. 10164
                                     9900 Covington Cross Drive, Suite 210
THE ROSEN LAW FIRM, P.A.             Las Vegas, Nevada 89144
Phillip Kim, Esq. (pro hac vice)
Laurence M. Rosen                    *Attorneys for Defendants Richtech*
(pro hac vice)                       *Robotics Inc., Wayne Huang*
275 Madison Ave. 40th Floor          *and Michael Huang*
New York, NY 10016

*Attorneys for Plaintiff*

**IT IS SO ORDERED.** In the event that no motions to appoint lead counsel are filed in this action, the parties shall file by **April 7, 2026**, a 'Stipulated Status Report' advising the court of the status of the action and whether related actions have been filed.

_____
UNITED STATES MAGISTRATE

DATED: ___2-27-26_____

GARIN LAW GROUP
9900 Covington Cross Drive, Suite 210, Las Vegas, Nevada 89144
Telephone: (702) 382-1500   Facsimile: (702) 382-1512

{01621349.DOC.2}