G. Mark Albright, Esq. (Resident Counsel)
Nevada State Bar #001394
ALBRIGHT, STODDARD, WARNICK & ALBRIGHT
801 S. Rancho Drive, Suite D-4
Las Vegas, NV 89106
Telephone: (702) 384-7111
Facsimile:  (702) 384-0605
gma@albrightstoddard.com

*Liaison Counsel for [Proposed] Lead*
*Plaintiff Hudson Mac Cayman Holding Company*

Reed R. Kathrein (to be admitted pro hac vice)
Lucas E. Gilmore (to be admitted pro hac vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for [Proposed] Lead Plaintiff*
*Hudson Mac Cayman Holding Company*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LUIZ GONZALEZ DIEZ, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RICHTECH ROBOTICS INC., WAYNE HUANG, and MICHAEL HUANG,<br><br>Defendants. | Case No.: 2:26-cv-00231-RFB-MDC<br><br>CLASS ACTION<br><br>**DECLARATION OF G. MARK ALBRIGHT IN SUPPORT OF MOTION TO APPOINT HUDSON MAC CAYMAN HOLDING COMPANY AS LEAD PLAINTIFF, AND APPROVE THE SELECTION OF LEAD COUNSEL** |

DECL. ISO MOT. TO APPOINT LEAD PL. AND LEAD
COUNSEL
CASE NO. 2:26-CV-00231-RFB-MDC

I, G. Mark Albright, declare as follows:

1.      I am a partner at the law firm Albright, Stoddard, Warnick & Albright, Liaison Counsel for class member Hudson Mac Cayman Holding Company ("Movant"). I am an attorney licensed to practice law in the State of Nevada. I make this declaration in support of Movant's Motion to Appoint Movant as Lead Plaintiff and Approve Movant's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Notice of pendency of class action published in *Business Wire*, a national business-oriented wire service, on February 2, 2026;

Exhibit B:      Hagens Berman's firm résumé;

Exhibit C:      G. Mark Albright biography;

Exhibit D:      Movant's sworn Certification;

Exhibit E:      Chart of Movant's Estimated Losses; and

Exhibit F:      Movant's Declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 3rd day of April 2026, at Las Vegas, Nevada.

　　　　　　　　　　　*/s/ G. Mark Albright*
　　　　　　　　　　　G. MARK ALBRIGHT

DECL. ISO MOT. TO APPOINT LEAD PL. AND LEAD COUNSEL
CASE NO. 2:26-CV-00231-RFB-MDC

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2026, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the email addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

ALBRIGHT, STODDARD, WARNICK & ALBRIGHT

*/s/ G. Mark Albright*
G. Mark Albright, Esq.

DECL. ISO MOT. TO APPOINT LEAD PL. AND LEAD
COUNSEL
CASE NO. 2:26-CV-00231-RFB-MDC