Docusign Envelope ID: A367AC65-0BCA-9A24-81A8-25O539AE3726

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

LIBS GONZALEZ DIEZ, individually and
on behalf of all others similarly situated,

    Plaintiff(s),

  vs.

RICHTECH ROBOTICS INC., WAYNE
HUANG, and MICHAEL HUANG,

    Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case #2;26-cv-00231-RfB-MDC

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

_____Adam M. Apton_____, Petitioner, respectfully represents to the Court:
     (name of petitioner)

  1.  That Petitioner is an attorney at law and a member of the law firm of

LEVI & KORSINSKY, LLP
(firm name)

with offices at    33 Whitehall Street, 27th Floor   ,
           (street address)

  New York  ,  New York  , 10004 ,
   (city)     (state)   (zip code)

  (212) 363-7500  ,  aapton@zlk.com  .
(area code + telephone number)   (Email address)

  2.  That Petitioner has been retained personally or as a member of the law firm by

   Charles Talisman   to provide legal representation in connection with
    [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since _____1/27/2010_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____New York_____
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Addendum. | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

Docusign Envelope ID: A307AC65-0BCA-6A24-61A8-25C539AE3726

6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

> None.

7.    That Petitioner is a member of good standing in the following Bar Associations.

> None.

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 4/26/2024 | 3:24-cv-00035 | U.S.D.C., D. Nev. | Granted |
| 6/27/2023 | 2:23-cv-00470 | U.S.D.C., D. Nev. | Granted |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

Docusign Envelope ID: A307AC65-0BCA-8A24-81A8-25C539AE3726

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Connecticut_____ )
                                )
COUNTY OF _____Fairfield_____   )

_____Adam M. Apton_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

____21st____ day of ___April___, 2026.

_____

SAMANTHA D PHILLIPS
Notary Public, State of Connecticut
My Commission Expires JANUARY 31, 2031

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____John P. Aldrich, Esq._____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____7866 West Sahara Avenue_____,
(street address)

____Las Vegas____, ____Nevada____, __89117__,
(city)              (state)        (zip code)

____(702) 853-5490____, __jaldrich@johnaldrichlawfirm.com__.
(area code + telephone number)    (Email address)

4

Rev. 5/16

Docusign Envelope ID: A367AC65-0BCA-8A24-81A8-25C539AE5726

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____John P. Aldrich, Esq._____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

Signed by:

_____D58782064C054B4___
(party's signature)

Charles Talisman, Lead Plaintiff Movant
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_John P. Aldrich_____
Designated Resident Nevada Counsel's signature

6877                          jaldrich@johnaldrichlawfirm.com
Bar number                   Email address

APPROVED:

Dated: this __4th__ day of ___May_____, 20 26 .

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

## ADDENDUM TO APPLICATION FOR ADMISSION

| Court Name | Admission Date | Bar No. |
|---|---|---|
| State of New York | 1/27/10 | 4759841 |
| U.S.D.C., Southern District of New York | 2/23/10 | AA8383 |
| U.S.D.C., Eastern District of New York | 3/8/10 | AA8383 |
| U.S.C.A., Ninth Circuit | 7/22/15 | None issued |
| U.S.C.A., Second Circuit | 1/8/16 | None issued |
| U.S.C.A., Third Circuit | 6/2/16 | None issued |
| State of California | 11/27/17 | 316506 |
| U.S.D.C., Central District of California | 12/8/17 | 316506 |
| U.S.D.C., Northern District of California | 12/8/17 | 316506 |
| U.S.D.C., Southern District of California | 12/11/17 | 316506 |
| U.S.D.C., District of Colorado | 7/26/18 | None issued |
| State of New Jersey | 9/25/20 | 330152020 |
| U.S.D.C., District of New Jersey | 11/17/20 | 330152020 |
| U.S.C.A., First Circuit | 1/4/22 | 1199969 |
| U.S.D.C., Eastern District of Wisconsin | 4/2/24 | None issued |
| U.S.D.C., Eastern District of Michigan | 11/15/24 | None issued |
| U.S.C.A., Fifth Circuit | 8/14/25 | None issued |



*Appellate Division of the Supreme Court*
*of the State of New York*
*Second Judicial Department*

---

I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Adam Marc Apton

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 27, 2010,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on April 21, 2026.

*Clerk of the Court*



**Appellate Division**
**Supreme Court of the State of New York**
**Second Judicial Department**
**45 Monroe Place**
**Brooklyn, N.Y. 11201**
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

DARRELL M. JOSEPH
CLERK OF THE COURT

KENNETH BAND
MELISSA KRAKOWSKI
DEPUTY CLERKS

WENDY STYNES
LAUREN G. DOME
BRIAN E. KENNEDY
RIAD P. WILLIAMS
ASSOCIATE DEPUTY CLERKS

*CertID-00286530*

Revised October 2024



HECTOR D. LASALLE
PRESIDING JUSTICE

DARRELL M. JOSEPH
CLERK OF THE COURT

**Appellate Division**
**Supreme Court of the State of New York**
**Second Judicial Department**
**45 Monroe Place**
**Brooklyn, N.Y. 11201**
(718) 875-1300

KENNETH BAND
MELISSA KRAKOWSKI
DEPUTY CLERKS

WENDY STYNES
LAUREN G. DOME
BRIAN E. KENNEDY
RIAD P. WILLIAMS
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

      An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

      An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

      New York State does not register attorneys as active or inactive.

      An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

      Bar examination history is available from the New York State Board of Law Examiners.

      Instructions, forms and links are available on this Court's website.

Darrell M. Joseph
Clerk of the Court

Revised October 2024

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that  **Adam M Apton**

(No.  **330152020**  ) was constituted and appointed an Attorney at Law of New Jersey on  **September 25, 2020**  and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 24th  day of  April  , 2026 .

Clerk of the Supreme Court

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

**ISSUE DATE:** 4/21/2026

**LICENSEE NAME:** Adam Marc Apton

**LICENSEE BAR NUMBER:** 316506

**LICENSEE STATUS:** Active

**ADMIT DATE:** 11/27/2017

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of Adam Marc Apton's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*