**ALDRICH LAW FIRM, LTD.**
John P. Aldrich, Esq.
7866 West Sahara Avenue
Las Vegas, NV 89117
Tel: (702) 853-5490
Fax: (702) 227-1975
Email: jaldrich@johnaldrichlawfirm.com

**LEVI & KORSINSKY, LLP**
Adam M. Apton
33 Whitehall Street, 27th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Attorneys for Co-Lead Plaintiffs*
*and Co-Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE RICHTECH ROBOTICS INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 2:26-cv-00231-RFB-MDC<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULE FOR FILING AMENDED COMPLAINT AND RESPONSE** |

Pursuant to Civil Local Rule 7-1, Co-Lead Plaintiffs Charles Talisman and Hudson Mac Cayman (collectively, "Plaintiffs") and Defendants Richtech Robotics, Inc. ("Richtech"), Wayne Huang and Michael Huang (collectively, "Defendants" and together with Plaintiff, the "Parties"), by and through their undersigned counsel of record, submit the following stipulation and proposed scheduling order:

WHEREAS, on July 6, 2026, the Parties submitted a Stipulation and Proposed Order Modifying Schedule for Filing Amended Complaint and Response (Dkt. No. 43);

WHEREAS, on July 8, 2026, the Court granted the Parties' Stipulation and Proposed Order

and entered a minute order extending Plaintiffs' deadline to file their amended complaint from July 13, 2026 to September 11, 2026 (Dkt. No. 44). The minute order also extended the deadline for Defendants' response to the amended complaint and, in the event Defendants move to dismiss, the deadlines for briefing on the motion thereafter;

WHEREAS, the Parties have since met and conferred to discuss modifying the pending schedule for amending the pleadings and responding thereto and believe that good cause exists to extend the deadlines in the minute order by forty-five (45) days;

IT IS HEREBY STIPULATED AND AGREED THAT, subject to the Court's approval, as follows:

1. Plaintiffs shall file their amended complaint on or before October 26, 2026;
2. Defendants shall answer, move against, or otherwise respond to the amended complaint on or before December 10, 2026;
3. In the event that Defendants move to dismiss the amended complaint, Plaintiffs' opposition to Defendants' motion to dismiss shall be filed on or before January 28, 2027;
4. Defendants' reply in support of their motion to dismiss shall be filed on or before February 25, 2027.

Dated: September 8, 2026

Respectfully submitted,

**ALDRICH LAW FIRM, LTD.**

*/s/ John P. Aldrich*
John P. Aldrich, Esq.
7866 West Sahara Avenue
Las Vegas, Nevada 89117
Tel: (702) 853-5490
Fax: (702) 227-1975
Email: jaldrich@johnaldrichlawfirm.com

*Liaison Counsel for Co-Lead Plaintiff and Liaison Counsel for the Class*

**LEVI & KORSINSKY, LLP**
Adam M. Apton*
33 Whitehall Street, 27th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*admitted *pro hac vice*

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Lucas E. Gilmore*
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
Email: lucasg@hbsslaw.com
*admitted *pro hac vice*

*Attorneys for Co- Lead Plaintiffs and Co-Lead Counsel for the Class*

Dated: September 8, 2026

**ELLENOFF GROSSMAN & SCHOLE LLP**

*/s/ Travis Biffar*
Eric Landau*
Travis Biffar*
949 South Coast Drive, Suite 200
Costa Mesa, CA 92626
Tel: (949) 416-3100
Fax: (949) 416-0250
Email: elandau@egsllp.com
Email: tbiffar@egsllp.com
*admitted *pro hac vice*

**GARIN LAW GROUP**
Joseph P. Garin
Angela T. Nakamura Ochoa
9900 Covington Cross Drive, Suite 210
Las Vegas, NV 89144 Tel: (702) 382-1500
Fax: (702) 382-1512
Email: jgarin@garinlawgroup.com
Email: aochoa@garinlawgroup.com

*Attorneys for Defendants Richtech Robotics Inc., Wayne Huang, and Michael Huang*

IT IS SO ORDERED:

______________________________
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

Dated: September 9, 2026