ALDRICH LAW FIRM, LTD.
John P. Aldrich, Esq.
7866 West Sahara Avenue
Las Vegas, NV 89117
Tel: (702) 853-5490
Fax: (702) 227-1975
Email: jaldrich@johnaldrichlawfirm.com

LEVI & KORSINSKY, LLP
Adam M. Apton
33 Whitehall Street, 27th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Attorneys for Co-Lead Plaintiffs*
*and Co-Lead Counsel for the Class*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE RICHTECH ROBOTICS INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | 2:26-cv-00231-RFB-MDC<br><br>**AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>**<u>DEMAND FOR JURY TRIAL</u>** |

# TABLE OF CONTENTS

**Page**


TABLE OF DEFINED TERMS ..... vi

I. INTRODUCTION ..... 1

II. JURISDICTION AND VENUE ..... 5

III. PARTIES ..... 6

A. Lead Plaintiffs ..... 6

B. Corporate Defendant ..... 6

C. Executive Defendants ..... 7

IV. FORMER RICHTECH EMPLOYEES ..... 9

V. SUMMARY OF THE FRAUD ..... 11

A. Richtech Rebranded Itself as an “Embodied AI” Company to Capitalize on Investor Enthusiasm for Artificial Intelligence ..... 12

B. Richtech Told Investors Its Robots Were Powered by Advanced, Proprietary AI—In Reality, They Ran on Fixed, Preprogrammed Waypoints and Failed Constantly ..... 15

1. Richtech’s SEC Filings Touted ADAM, Scorpion, and Dex as AI-Driven Systems ..... 15

2. Former Employees with Firsthand Knowledge Confirm That Richtech’s Robots Were Preprogrammed and Lacked the AI Capabilities the Company Claimed ..... 16

3. Richtech’s Robots Failed Constantly, and the Company Lost Customers by Overpromising Their Capabilities ..... 20

C. Richtech Told Investors It Designed, Engineered, and Increasingly Manufactured Its Robots in Las Vegas—In Reality, It Imported Robots from China and Affixed Its Own Label ..... 21

1. Richtech Portrayed Itself as a Hands-On Robot Designer and a Growing U.S. Manufacturer ..... 21

2. Richtech Lacked the In-House Engineering Capability to Design, Control, or Fix Its Robots ..... 24

3. Former Employees Confirm That Richtech's Robots Came from China and That Its Las Vegas Facility Was a Warehouse, Not a Factory ....26

D. Richtech Told Investors That Partnerships with Technology Leaders Were a Core Competitive Strength—In Reality, It Fabricated Them ....27

1. Richtech Repeatedly Touted NVIDIA Technology, but Its Purported NVIDIA Relationship Was Illusory....27

2. Richtech Dressed Up a Standard, Complimentary Microsoft Lab Engagement as a Joint Engineering Collaboration....29

E. Defendants Fabricated the Microsoft Partnership to Manipulate Richtech's Stock Price....31

1. Richtech's Sales Leadership Knew of an Executive Plan to Short the Stock—and Warned Employees Not to Buy It....31

2. Defendants Timed the Microsoft Announcement to Inflate the Stock Price Immediately Before a $38.7 Million Private Placement....33

VI. DEFENDANTS' MATERIALLY FALSE AND MISLEADING STATEMENTS MADE DURING THE CLASS PERIOD AND THE SPECIFIC FACTS RENDERING EACH STATEMENT FALSE AND MISLEADING WHEN MADE....36

A. Q2 FY 2025 (Quarter Ended March 31, 2025): Defendants Touted a "Global R&D Team," "Autonomous" Robots, and "NVIDIA AI Technology" While Selling Preprogrammed Robots Sourced from China....37

1. The Statements....37

2. The Specific Contemporaneous Facts That Rendered These Statements False and Misleading When Made....39

3. The Information Defendants Omitted to Make Their Statements Not Misleading....44

B. Q3 FY 2025 (Quarter Ended June 30, 2025): Defendants Claimed ADAM Used "NVIDIA-Powered AI Vision" and a "Proprietary Vision-AI System" Achieving "Milliliter-Level Accuracy" While Richtech's Only U.S. Robotics Developer Reported That the Robots Were Not AI-Driven....44

1. The Statements....44

2. The Specific Contemporaneous Facts That Rendered These Statements False and Misleading When Made ........................................ 45

3. The Information Defendants Omitted to Make Their Statements Not Misleading ........................................ 48

C. Q2 FY 2026 (Quarter Ended March 31, 2026) ........................................ 48

1. January 20, 2026: Defendants Touted Richtech as an "Embodied AI" Company That "Design[s], Engineer[s], [and] Manufacture[s]" AI-Powered Robots and Enjoys "Established Partnerships" with Technology Leaders While Selling Preprogrammed Robots Sourced from China and Relying on Partnerships That Were Illusory ........................................ 48

a. The Statements ........................................ 48

b. The Specific Contemporaneous Facts That Rendered These Statements False and Misleading When Made ........................................ 50

c. The Information Defendants Omitted to Make Their Statements Not Misleading ........................................ 54

2. January 27, 2026: Defendants Announced a "Joint Engineering" "Collaboration" with Microsoft That Did Not Exist—One Day Before Agreeing to a $38.7 Million Private Placement ........................................ 54

a. The Statements ........................................ 54

b. The Specific Contemporaneous Facts That Rendered These Statements False and Misleading When Made ........................................ 56

c. The Information Defendants Omitted to Make Their Statements Not Misleading ........................................ 59

D. Q3 FY 2026 (Quarter Ended June 30, 2026): Defendants Continued to Tout NVIDIA Jetson Thor, "Building On" Their Illusory Microsoft Work, and ADAM's "Consistent" AI-Driven Beverage Service ........................................ 59

1. The Statements ........................................ 59

2. The Specific Contemporaneous Facts That Rendered These Statements False and Misleading When Made ........................................ 60

3. The Information Defendants Omitted to Make Their Statements Not Misleading ........................................ 62

VII. THE TRUTH EMERGES: RICHTECH DISCLOSES THE CONSEQUENCES OF ITS CONCEALED PRACTICES ....63

A. January 29, 2026: Hunterbrook Media Reveals Microsoft Denies Any Partnership with Richtech — The Stock Falls 20.87% ....63

B. June 12, 2026: Richtech Discloses That the Financial Results Underlying Its Claims of Commercial Traction Cannot Be Relied Upon and That Additional Areas Remain Under Review — The Stock Falls 7.39% ....66

C. Post Class Period Events Confirm the Scope of Defendants' Practices ....69

VIII. LOSS CAUSATION: THE CORRECTIVE DISCLOSURES REVEALED THE CONCEALED TRUTH AND CAUSED PLAINTIFFS' LOSSES ....70

A. The January 29, 2026 Disclosure Revealed the Fabricated Microsoft Partnership, Its Connection to the Private Placement, and Defendants' Motive, Causing a 20.87% Stock Decline ....71

B. The June 12, 2026 Disclosure Revealed That the Reported Results Underlying Defendants' Claims of Commercial Traction Could Not Be Relied Upon and Materialized the Concealed Risk That Richtech's Robots Lacked Genuine Commercial Substance, Causing a 7.39% Stock Decline ....73

C. The Timing and Magnitude of the Stock Declines Were Consistent with the Market Absorbing Information About the Specific Risks and Practices Defendants Had Concealed ....75

IX. ADDITIONAL ALLEGATIONS OF SCIENTER ....76

A. Each Executive Defendant Personally Participated in or Directed the Fraudulent Practices ....76

1. Wayne Huang Personally Controlled All Major Decisions, Knew the Robots Were Preprogrammed, and Participated in the Stock Shorting Plan ....76

2. Michael Huang Participated in the Stock Shorting Plan and Signed SOX Certifications He Knew Were Misleading ....78

3. Phil Zheng Spearheaded the Stock Plan and Chewed Out The National Sales Director, Who Then Directed the Sales Team Not to Discuss Microsoft ....80

B. Defendants Had a Concrete Motive: They Inflated the Stock Price to Maximize the Proceeds of a Substitute Equity Raise After Losing Access to Their ATM Programs ....81

C. The Financial Restatement and Internal Control Failures Confirm Defendants' Knowing or Reckless Disregard for Accurate Financial Reporting....83

D. The Fraud Involved Richtech's Core Business Operations, About Which Defendants Repeatedly Held Themselves Out as Knowledgeable....85

E. Considered Collectively, These Facts Give Rise to a Cogent and Compelling Inference of Scienter ....86

X. THE SAFE HARBOR FOR FORWARD-LOOKING STATEMENTS DOES NOT APPLY ....87

XI. APPLICABILITY OF PRESUMPTION OF RELIANCE (FRAUD-ON-THE-MARKET DOCTRINE) ....88

XII. CLASS ACTION ALLEGATIONS ....90

XIII. CAUSES OF ACTION ....91

COUNT I: Violation of Section 10(b) of the Exchange Act and Rule 10b-5(b) Promulgated Thereunder (Against Defendants Richtech, Wayne Huang, and Michael Huang)....91

COUNT II: Violation of Section 10(b) of the Exchange Act and Rule 10b-5(a) and (c) Promulgated Thereunder (Against all Defendants) ....93

COUNT III: Violation of Section 20(a) of the Exchange Act—Control Person Liability (Against Defendants Wayne Huang and Michael Huang)....97

XIV. PRAYER FOR RELIEF ....98

XV. JURY TRIAL DEMANDED ....98

# TABLE OF DEFINED TERMS

| Term | Meaning |
|---|---|
| Richtech | Richtech Robotics Inc. (also referred to as the "Company") |
| Class | All persons or entities who purchased or otherwise acquired Richtech securities from February 6, 2025 through June 12, 2026, inclusive (the "Class Period"), and were damaged thereby. |
| Defendants | Richtech, W. Huang, M. Huang, and Zheng |
| Exchange Act | The Securities Exchange Act of 1934 |
| Executive Defendants | W. Huang, M. Huang, and Zheng |
| FE | Former employee |
| FY | Fiscal Year – for Richtech, the period from October 1 to September 30. As an example, FY 25 ran from October 1, 2024 to September 30, 2025. |
| GAAP | Generally Accepted Accounting Principles—the standard under which financial statements filed with the SEC are generally prepared and presented. See 17 C.F.R. § 210.4-01(a)(1). |
| Lead Plaintiffs | Lead Plaintiffs Charles Talisman and Hudson Mac Cayman |
| PSLRA | Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 |
| Rule 10b-5 | 17 C.F.R. § 240.10b-5 |
| SEC | The Securities and Exchange Commission |
| Michael or M. Huang | Defendant Zhenqiang (Michael) Huang, Richtech's Chief Financial Officer |
| Wayne or W. Huang | Defendant Zhenwu (Wayne) Huang, Richtech's Chief Executive Officer |
| Zheng | Defendant Phil Zheng, Richtech's Chief Operating Officer |

## I. INTRODUCTION

1. This is a federal securities class action on behalf of all persons and entities that purchased or otherwise acquired Richtech Robotics Inc. ("Richtech" or the "Company") securities between February 6, 2025 and June 12, 2026, inclusive (the "Class Period"). Lead Plaintiffs assert claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 against Richtech; its founder and Chief Executive Officer, Zhenwu "Wayne" Huang; its co-founder and Chief Financial Officer, Zhenqiang "Michael" Huang; and its Chief Operating Officer, Phil Zheng.

2. Throughout the Class Period, Richtech told investors it was an American "robotics and artificial intelligence ('AI') technology company" that "design[s], engineer[s], manufacture[s], and deploy[s]" advanced "embodied AI systems," "trains proprietary artificial intelligence models on in-house data," and enjoys "established partnerships with leading companies in the robotics and AI space." None of it was true. In the words of a former Senior Vice President and President who reported directly to the Huangs, Richtech was a *label slap*: it imported preprogrammed robots from China, affixed its own name, and resold them to customers—and to the market—as proprietary American AI-powered robots. Its headline partnerships with Microsoft and NVIDIA were, in the words of the same executive, *a complete sham*. And the financial statements that purportedly validated the story have since been declared unreliable in their entirety.

3. The fraud rested on two central lies, propped up by a third. The first concerned the robots. Defendants described Richtech's flagship ADAM robot as an "AI-powered service robot" with "full AI capabilities" that makes beverages "autonomously," "monitor[s] and adapt[s] to changes in his environment," and uses a "proprietary vision-AI system" to achieve "milliliter-level accuracy." In reality, according to the only engineer on the U.S. side performing real robotics development during a portion of the Class Period, every robot in Richtech's product line ran on fixed, preprogrammed waypoints—the same way robot arms work on a manufacturing line—with no autonomous decision-making at all. Move a cup one centimeter and ADAM would crash into the cup; absent manual calibration, the robots would fail 100%. The product line amounted to fancy shells over off-the-shelf Chinese robot arms. Richtech hired that engineer to help them

basically make what they promised to be a little bit true. It never did: by early 2026, ADAM still continually broke and did not work correctly.

4. The lie extended to who built the robots. Richtech touted a "global R&D team," claimed that it "design[s], manufacture[s] and sell[s] robots," and described a "hybrid production model" under which "final assembly, system integration, and quality testing" took place at its Las Vegas facility. In truth, there was no product engineering or product development inside the Company because they do not design or engineer any robots. Richtech's Las Vegas engineers were completely in the dark, with no access to the code that ran the robots and no ability to affect any of the software or design on the robot itself. Some robots arrived from China fully built. The Las Vegas "facility" was a warehouse. And when customers asked whether the robots came from China, salespeople were coached to say that Richtech's developers programmed it.

5. The second lie concerned Richtech's partnerships. Richtech repeatedly told investors that its robots "utiliz[ed] NVIDIA AI technology," were "driven by NVIDIA technology," and were "accelerated by NVIDIA Jetson Thor." The NVIDIA "relationship" consisted of buying roughly ten Jetson development boards and being approved for a publicly available NVIDIA program. When Richtech was approved, a former employee explained, it just said that it was a partnership. But Richtech's robots did not even run on the NVIDIA hardware the Company touted.

6. The centerpiece was Microsoft. On January 27, 2026, Richtech announced a "hands-on collaboration with Microsoft," a "[j]oint engineering effort," and "close collaboration between Richtech Robotics' engineering team and Microsoft's AI Co-Innovation Labs" to "jointly develop and deploy" agentic AI in ADAM; Wayne Huang was quoted as saying that "our teams were able to jointly develop and deploy intelligent capabilities." Richtech's stock surged 44.6%, from $3.81 to $5.51 per share, adding more than $370 million in market capitalization. The next morning, on January 28, 2026, Richtech announced a $38.7 million private placement of 8,500,000 shares at $4.55 per share under a purchase agreement signed the same day as the Microsoft release. The "collaboration" was a standard, complimentary, one-week customer program that Microsoft

makes available to any customer/partners looking to implement Microsoft's AI tools. Microsoft itself confirmed there was "no commercial element." Richtech had no engineering team capable of collaborating with Microsoft, and ADAM had none of the capabilities the release described.

7. Defendants knew the truth because they controlled the Company and the information. Wayne Huang personally controlled every major decision and was the sole channel through which Las Vegas personnel could reach the Chinese suppliers that actually engineered the robots. He and Michael Huang received daily written reports from the engineer hired to add AI to the robots; Wayne met with this engineer an estimated twenty or thirty times; and the preprogrammed nature of the robots was something everyone knew. Inside Richtech, the Microsoft announcement was understood for what it was: the sales force was told to stay away from Microsoft because, as one former employee explained, it was a lie.

8. Defendants' statements were instruments for moving Richtech's stock price. Richtech funded itself not through its business, which generated $5.045 million in revenue in fiscal 2025, but by selling stock—approximately $226 million through at-the-market programs that year and $69.1 million more the following quarter. When Richtech missed its Form 10-K deadline, it lost access to that channel. Defendants turned to a private placement and timed the Microsoft release so the placement would be priced off a stock inflated by a partnership that did not exist, yielding roughly $6.3 million more than the pre-announcement price would have—for a company holding $328.5 million in cash with no operating need for the money.

9. The Executive Defendants also positioned themselves to profit when the truth emerged. Before the announcement, Richtech's National Sales Director told employees not to get their hopes up about Microsoft because Defendant Michael Huang had a plan for the stock. Afterward, he warned that they were shorting it. Zheng spearheaded the plan and assured the Huangs that no one would figure it out because they were just going to put a put on the stock.

10. The third lie was financial. Richtech's reported revenue and margins were the only objective evidence that its robots had commercial traction, and the Huangs certified those figures in every periodic report. In February 2026, they told investors that a known material weakness in

Richtech's controls over revenue recognition and inventory had been remediated. It had not. In June 2026, Richtech's Audit Committee concluded that nearly every annual and quarterly financial statement issued during the Class Period "should not be relied upon and require[s] restatement," and the Company admitted the weakness "has not been remediated." The restatement revealed that Richtech had recognized revenue on robot sales that "did not meet the criteria for recognition under U.S. GAAP" and had buried the costs of those sales in operating expenses; for the quarter ended December 31, 2025, restated gross profit fell from $600,000 to $30,000. Richtech then wrote off nearly all of the purchased software "systems" that had run its robots throughout the Class Period, reducing those assets from $11.9 million to $371,000.

11. The truth emerged through two corrective disclosures. On January 29, 2026, Hunterbrook Media reported that Microsoft denied any partnership with Richtech. Richtech's stock fell $1.06 per share, or 20.87%, that day, and another $0.44 per share, or 10.9%, the next—a combined decline of $1.50 per share in two trading days. On June 12, 2026, Richtech disclosed that its Class Period financial statements could not be relied upon, that the material weakness it had declared remediated persisted, and that further adjustments "could be material." The stock fell another 7.39%, from $2.30 to $2.13 per share. Each disclosure was partial; neither revealed the full scope of Defendants' practices. From its Class Period high of $7.06 on October 7, 2025, Richtech's stock has lost more than 80% of its value.




12. Lead Plaintiffs and the Class purchased Richtech securities at prices artificially inflated by Defendants' misstatements and deceptive scheme, and were damaged when the truth was revealed. They bring this action to recover those losses.

## II. JURISDICTION AND VENUE

13. Lead Plaintiffs bring this action under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. § 240.10b-5).

14. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and Section 27 of the Exchange Act (15 U.S.C. § 78aa).

15. Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b) and Section 27 of the Exchange Act (15 U.S.C. § 78aa(c)). Substantial acts in furtherance of the alleged fraud or the effects of the fraud have occurred in this District. Many of the acts charged herein, including the dissemination of materially false and/or misleading information, occurred in substantial part in this District. In addition, the Company's principal executive offices are located in Las Vegas,

Nevada, within this District.

16. In connection with the acts, transactions, and conduct alleged herein, Defendants directly and indirectly used the means and instrumentalities of interstate commerce, including but not limited to, the United States mail, interstate telephone communications, and the facilities of a national securities exchange.

## III. PARTIES

### A. Lead Plaintiffs

17. Lead Plaintiff Charles Talisman, as set forth in his previously filed certification (ECF No. 24-2), incorporated by reference herein, purchased Richtech securities during the Class Period and suffered damages as a result of the federal securities law violations alleged herein, including Defendants' false or misleading statements and/or material omissions and the fraudulent schemes, acts, or conduct alleged herein.

18. Lead Plaintiff Hudson Mac Cayman, as set forth in his previously filed certification (ECF No. 21-4), incorporated by reference herein, purchased Richtech securities during the Class Period and suffered damages as a result of the federal securities law violations alleged herein, including Defendants' false or misleading statements and/or material omissions and the fraudulent schemes, acts, or conduct alleged herein.

### B. Corporate Defendant

19. Defendant Richtech is a publicly traded company incorporated in Nevada with principal executive offices located in Las Vegas, Nevada. Richtech describes itself as a "robotics and artificial intelligence ("AI") technology company focused on developing advanced AI systems that aims to improve the efficiency and productivity of U.S. businesses."[1]

20. Richtech was originally established as Richtech Creative Displays, LLC in Nevada on July 19, 2016, and converted to a Nevada corporation on June 22, 2022. The Company completed its initial public offering on November 21, 2023, and shares of its Class B common stock began trading on the Nasdaq Capital Market ("NASDAQ") under the symbol "RR."

[1] *See* Richtech's Form 10-K dated January 20, 2026 for the fiscal year ended September 30, 2025 at 2.

21. Richtech reports its financial results on a fiscal year basis, with the fiscal year ending on the last day of September (*e.g.,* fiscal year 2025 ran from October 1, 2024 to September 30, 2025).

22. As of June 30, 2026, Richtech had approximately 185,167,097 shares of Class B common stock available for trading, owned by at least thousands or tens of thousands of investors.

23. Throughout the Class Period, Richtech disseminated SEC filings, press releases and other reports containing material misrepresentations and omissions about (i) Richtech's purported design, engineering, manufacture, and functionality of its allegedly AI-driven robots, and (ii) Richtech's purported partnerships with major technology companies, including Microsoft and NVIDIA.

**C. Executive Defendants**

24. Defendant Zhenwu "Wayne" Huang is Richtech's founder and served as Chief Executive Officer ("CEO") at all relevant times. During the Class Period, W. Huang made materially false and misleading statements about Richtech's technology, product capabilities, design and engineering operations, and corporate partnerships in SEC filings and press releases, and signed Sarbanes-Oxley certifications attesting to the accuracy of financial reports he knew or was severely reckless in not knowing were materially misleading.

25. Beyond his role in making these statements, W. Huang personally controlled all major decisions at Richtech and personally participated in and directed the deceptive practices at the heart of the scheme. According to FE-1, a former Senior Vice President and President, W. Huang controlled the Company and Michael Huang just rubber stamps Wayne's decisions. FE-1 said Richtech had no organizational chart, no defined roles, no processes, and no checks and balances. FE-1 described it as whatever Wayne wants to do and when Wayne wants to do it. FE-1 further said Wayne was all about the publicity and all about the show. According to FE-2, a former Robotics Engineer, W. Huang knew the robots were preprogrammed because FE-2 sent W. Huang daily progress reports and spoke with him regularly about the technology. FE-3, a former Sales Development Representative, understood that W. Huang participated in the plan to short

Richtech's stock in connection with the January 2026 Microsoft press release.

26. W. Huang directly participated in the management and day-to-day operations of the Company, and because of his position of control and authority, his ability to exercise power and influence over Richtech's conduct, and his access to material inside information, was a controlling person within the meaning of Section 20(a) of the Exchange Act.

27. Defendant Zhenqiang "Michael" Huang is Richtech's co-founder and served as Chief Financial Officer ("CFO") at all relevant times. During the Class Period, M. Huang made materially false and misleading statements about Richtech's technology, product capabilities, design and engineering operations, and corporate partnerships in SEC filings and press releases, and signed Sarbanes-Oxley certifications attesting to the accuracy of financial reports he knew or was severely reckless in not knowing were materially misleading.

28. Beyond his role in making these statements, Michael Huang personally participated in the deceptive practices at the heart of the scheme, including, per FE-3's understanding, his participation in the plan to short Richtech's stock in connection with the January 2026 Microsoft press release.

29. In addition, on August 7, 2026, Richtech filed an Amended Form 10-Q/A restating previously issued financial statements for periods from September 30, 2024 through December 31, 2025, due to material errors in the accounting for warrants, stock-based compensation, revenue recognition, property and equipment, and other assets—reflecting a pattern of unreliable financial reporting overseen by M. Huang as CFO.

30. M. Huang directly participated in the management and day-to-day operations of the Company, and because of his position of control and authority, his ability to exercise power and influence over Richtech's conduct, and his access to material inside information, was a controlling person within the meaning of Section 20(a) of the Exchange Act.

31. Defendants Wayne Huang and Michael Huang possessed the power and ultimate authority over the alleged false and misleading statements at issue, including their content and whether and how to communicate them to market. Defendants Wayne Huang and Michael Huang

had final authority over the preparation, review, and public release of the documents containing the alleged misstatements. Defendants Wayne Huang and Michael Huang were provided with copies of the Company's reports and press releases alleged herein to be misleading prior to, or shortly after, their issuance and had the power, ability and opportunity to alter or reject specific language, prevent their issuance, or cause them to be corrected, but exercised final approval before public dissemination. Because Defendants Wayne Huang and Michael Huang were tasked with market communications and financial reporting and had access to material, non-public information available to them, Defendants Wayne Huang and Michael Huang knew that the adverse facts specified herein had not been disclosed to, and were being concealed from, the public and that the positive representations being made were then materially false and/or misleading. Defendants Wayne Huang and Michael Huang are makers of the alleged false and misleading statements under Rule 10b-5(b) and liable for them and/or the fraudulent schemes, conduct, or acts pleaded herein.

32. Defendant Phil Zheng served as Richtech's Chief Operating Officer ("COO") at all relevant times. Zheng is not alleged to have made the challenged public statements; his liability arises under Rule 10b-5(a) and (c) for his direct, personal participation in the deceptive scheme. According to FE-3, Zheng led the alleged stock shorting plan connected to the January 2026 press release. Per FE-3, Zheng went live with the announcement of the Microsoft partnership to have everybody buy the stock. FE-3 stated FE-3's supervisor told the sales team not to mention Microsoft to customers around the time of the announcement. FE-3 learned about the instruction because FE-3's supervisor got "chewed out" by Zheng and the supervisor vented to FE-3.

## IV. FORMER RICHTECH EMPLOYEES

33. The allegations in this Complaint are supported by the accounts of three former Richtech employees ("FE-1" through "FE-3"), each of whom has direct, firsthand knowledge of the misconduct described herein during the Class Period. Collectively, these witnesses cover the majority of the Class Period and provide testimony relevant to each of the categories of misconduct identified herein. Their employment tenure, positions, reporting relationships, and Class Period knowledge are summarized below and in the table that follows.

34. FE-1 worked at Richtech as a Senior Vice President and President from late January 2026 to early March 2026. FE-1 was based in Las Vegas and reported to CEO Wayne Huang and CFO Michael Huang. FE-1 was responsible for helping build the Company and structure the operations to get sales and partnerships going. FE-1 has direct knowledge that Richtech did not design or manufacture its robots, that the robots and related engineering came from China, that the Las Vegas engineering team lacked access to the underlying code and software, and the DexMate engineering was deficient. FE-1 also has direct knowledge concerning Wayne Huang's control of the Company and questions surrounding the Company's private placement. FE-1's knowledge covers Q2 FY 2026.

35. FE-2 worked at Richtech as a Robotics Engineer from May 2025 to late July /early August 2025. FE-2 was based in Las Vegas, reported to the U.S. operations director known as "Sky," and also reported directly to Wayne Huang and Michael Huang. FE-2 was responsible for developing more intelligent capabilities for the Company's robots, including Scorpion and robots using UFactory arms, and was the only person on the U.S. side performing real robotics development at the time. FE-2 said that Richtech hired FE-2 to help move the Company away from preprogrammed robots and add AI capabilities. FE-2 has direct knowledge that Richtech's robots were preprogrammed *(i.e.,* told exactly where to go), lacked the artificial-intelligence capabilities the Company claimed, and were manufactured in China, shipped to the United States, and rebranded, and that the Las Vegas facility was a warehouse rather than a manufacturing facility. FE-2's direct knowledge also concerns Richtech having no meaningful NVIDIA contract and no robots operating on NVIDIA Jetson. FE-2 also sent Wayne Huang and Michael Huang daily progress reports and regularly discussed the technology with Wayne Huang. FE-2's knowledge covers Q3 FY 2025 and Q4 FY 2025.

36. FE-3 worked at Richtech from November 2025 to April 2026 as a Sales Development Representative. FE-3 was based in Las Vegas, reported to National Sales Director Stephen Deperte, and observed that Deperte reported to Michael Huang, Wayne Huang, and Phil Zheng. FE-3's responsibilities included cold outreach to customers, handling inbound leads, and

selling Richtech's robots. FE-3 has direct knowledge of the Microsoft announcement, the stock-shorting plan communicated by Deperte, Phil Zheng's role in that plan, Richtech's involvement with NVIDIA, and recurring robot problems. FE-3's knowledge covers Q1 FY 2026 through Q3 FY 2026.

37. For ease of reference, the following table summarizes each witness's position, employment period, reporting chain, and the specific quarters of the Class Period for which each witness has direct knowledge:

| FE | Position | Employment | Reporting Chain | Class Period Quarters |
|---|---|---|---|---|
| FE-1 | Senior Vice President and President | Late Jan. 2026–early Mar. 2026 | Wayne Huang (CEO) and Michael Huang (CFO) | Q2 FY 2026 |
| FE-2 | Robotics Engineer | May 2025–Aug. 2025 | "Sky" (U.S. Operations Director) and Wayne Huang (CEO) | Q3 FY 2025 and Q4 FY 2025 |
| FE-3 | Sales Development Representative | Nov. 2025–Apr. 2026 | Stephen Deperte (National Sales Director) → Michael Huang, Wayne Huang, and Phil Zheng | Q1 FY 2026 through Q3 FY 2026 |

## V. SUMMARY OF THE FRAUD

38. **Lead Plaintiffs' investigation, which includes interviews with three former Richtech employees whose employment spanned May 2025 through April 2026, reveals a company built on two central lies.** Each lie went to the heart of what Richtech told investors it was: an American artificial-intelligence company with proprietary technology and blue-chip technology partners. As detailed below, Richtech's own SEC filings and press releases made those claims repeatedly, while former employees with contemporaneous, firsthand knowledge of the Company's operations describe a starkly different reality behind the scenes.

39. **The first lie was that Richtech was a legitimate American robotics and AI company that designed, engineered, and manufactured its own products. It was not.** Former employees across engineering, sales, and operations uniformly reported that Richtech imported preprogrammed robots from Chinese manufacturers—including AutoXing—affixed the Richtech label, and resold them. The Company's Las Vegas facility was a warehouse, not a factory. Its

robots operated on fixed, preprogrammed waypoints, not the artificial intelligence Defendants claimed in SEC filings and press releases. The robots failed constantly, requiring constant calibration to avoid failing at shows.

40. **The second lie was that Richtech had forged meaningful commercial partnerships with major technology companies—Microsoft and NVIDIA. It had not.** Former employees reported that Richtech's claimed partnerships were fabricated from ordinary product purchases or publicly available programs, dressed up as corporate collaborations to inflate the stock price. The Microsoft press release was issued not because Richtech had a meaningful relationship with Microsoft, but because Richtech executives needed positive news to boost the stock price in advance of a $38.7 million private placement. A former employee reported that Richtech's leadership also had a plan to short the stock in connection with the Microsoft announcement and that employees were warned not to buy Richtech stock. The accounts that follow, set against Richtech's own public statements, detail these practices and the scheme.

41. **Both lies were sustained by a financial-reporting apparatus that Defendants controlled and that, as Richtech later admitted, was broken.** Throughout the Class Period, Richtech's reported revenue, costs, and margins were the only objective measure against which investors could test Defendants' claims that Richtech's robots had real commercial traction. Defendants assured investors that the controls governing those figures—including the controls over revenue recognition and inventory—were effective or had been remediated. In fact, those controls had never been fixed: nearly every annual and quarterly financial statement Richtech issued during the Class Period was later declared unreliable, and Richtech ultimately admitted that it had recognized revenue on robot sales that did not satisfy U.S. GAAP and had recorded the costs of those sales in the wrong place.

### A. Richtech Rebranded Itself as an "Embodied AI" Company to Capitalize on Investor Enthusiasm for Artificial Intelligence

42. **Before its rebranding, Richtech presented itself as a service-robotics provider.** In its Form 10-Q for the quarterly period ended December 31, 2024 (Q1 FY 2025), Richtech described itself as "a leading provider of service robotic solutions" that "develop[s],

manufacture[s], and deploy[s] novel products that address the growing need for automation in the service industry."[2]

43. Beginning with its Form 10-K for fiscal year ended September 30, 2025 (FY 2025), Richtech changed its business description, telling investors it was "a robotics and artificial intelligence ('AI') technology company focused on developing advanced embodied AI systems that aim[] to improve the efficiency and productivity of U.S. businesses."[3] The Company further claimed that it "trains proprietary artificial intelligence models on in-house data to operate advanced robotic systems in the real world" and that it "design[s], engineer[s], manufacture[s], and deploy[s] next generation embodied AI systems to serve a wide range of industries[.]"[4] The Company's new "mission" was to "accelerate the advancement of embodied AI in the United States" and that it aimed to become a robotics "Super-Operator."[5]

44. Richtech's product line during the Class Period included the ADAM bartending robot, the Scorpion bartending robot, and the DexMate (or Dex) humanoid robot.[6]

---

[2] *See* Richtech's Form 10-Q dated February 14, 2025 for the period ended December 31, 2024 at 5.

[3] *See* Richtech's Form 10-K dated January 20, 2026 for the fiscal year ended September 30, 2025 at 2.

[4] *Id.*

[5] *Id.*

[6] *Id.* at 3-4.

**ADAM**[7]




**SCORPION**[8]




[7] *See* Richtech, "Meet Adam," *available at* https://richtechrobotics.com/solutions/adam.

[8] *See* Richtech, "Meet Scorpion," available at https://richtechrobotics.com/solutions/scorpion.

**DEX**[9]




### B. Richtech Told Investors Its Robots Were Powered by Advanced, Proprietary AI—In Reality, They Ran on Fixed, Preprogrammed Waypoints and Failed Constantly

#### 1. Richtech's SEC Filings Touted ADAM, Scorpion, and Dex as AI-Driven Systems

45. **Richtech's SEC filings described these products as AI-driven systems.** The 2025 10-K described ADAM as "a dual-arm, AI-powered service robot" that is "[e]quipped with advanced vision and control AI" and "continuously monitors each beverage it prepares, dynamically adjusting movements and pouring accuracy."[10] It described Scorpion as "developed on the same architecture as ADAM," with "[a]dditional AI camera systems" that "allow for new features such as gesture and face recognition."[11] It described Dex as "Richtech's next-generation industrial humanoid robot" that was "powered by the latest NVIDIA Jetson Thor Module."[12]

---

[9] *See* Richtech, "Meet Dex," https://richtechrobotics.com/solutions/dex.

[10] *See* Richtech's Form 10-K dated January 20, 2026 for the fiscal year ended September 30, 2025 at 3.

[11] *Id.*

[12] *Id.* at 4.

Richtech described how "[t]hrough our internal AI data training pipeline" Dex "learns tasks in simulation before refining its performance in the physical world," and stated that the potential of Dex "is then realized through our proprietary Sim2Real robotic training pipeline."[13]

46. Richtech's purported AI capabilities and development efforts were well received by analysts, who viewed these capabilities as drivers of the Company's future growth and revenue opportunities, raising expectations for Richtech's commercial prospects. In a January 21, 2026 report, H.C. Wainwright analyst Scott Buck highlighted Dex's "suite of AI capabilities including sophisticated perception and manipulation abilities," that would allow it to interact with and operate in real-world environments. Buck also noted that Richtech had launched "a new suite of services focused on producing robotic training datasets and embodied AI development," which he expected to open new revenue opportunities.[14] The report's emphasis on Dex's AI capabilities and Richtech's AI development efforts underscores the significance of these capabilities to the Company's anticipated growth and future revenue opportunities.

**2. Former Employees with Firsthand Knowledge Confirm That Richtech's Robots Were Preprogrammed and Lacked the AI Capabilities the Company Claimed**

47. **The robots Richtech marketed to investors as "AI-powered" were nothing of the sort.** FE-2 worked at Richtech as a Robotics Engineer from May 2025 to late July or early August 2025. FE-2 was based in Las Vegas, reported to the U.S. operations director known as "Sky," and also reported directly to Wayne Huang and Michael Huang, to whom FE-2 sent daily progress reports about what FE-2 had done that day and what FE-2 planned to do. FE-2 said Wayne Huang also met with FE-2 frequently — usually, during the day, if Wayne was in Las Vegas, he would come and talk to FE-2 and others. FE-2 said W. Huang would talk about what direction, what features he wants, and how FE-2 could help them deliver this feature. FE-2 estimated having twenty, thirty of these meetings with W. Huang.

48. FE-2 was responsible for developing more intelligent capabilities for Scorpion and

[13] *Id.* at 4, 14.

[14] *See* Scott Buck, Richtech Robotics Inc.: Early in Adoption Cycle, But Recent Operating and Financial Progress Drive Optimism for FY26; Reit. Buy, $6 PT, H.C. Wainwright & Co., LLC, at 1 (Jan. 21, 2026).

other robots using UFactory arms. FE-2 was the only person on the U.S. side performing real robotics development at the time, giving FE-2 contemporaneous, firsthand knowledge of the robots' actual capabilities. FE-2 said Richtech's robots were preprogrammed and did not have the AI capabilities the Company claimed. Richtech hired FE-2 to help them basically make what they promised to be a little bit true. According to FE-2, the preprogrammed system applied to ADAM, Scorpion, and the humanoid robots. As far as FE-2 knew, every robot in Richtech's product line used preprogrammed waypoints and calibration, and none had real autonomous decision-making.

49. **Per FE-2, preprogramming meant that the robot arm was told exactly where to move, the same way robot arms work on a manufacturing line.** That kind of system works in manufacturing because everything is fixed, per FE-2. FE-2 said you want to pick up a part, put that part on a chassis, and then weld it on the chassis. The point is fixed.

50. In a preprogrammed system, according to FE-2, you can just run the line and always expect the place your model goes exactly is the place you want it to go. In contrast, with a real AI or adaptive robotics system, the AI will be able to know where to place it, so you do not need everything exactly at their location.

51. **A truly autonomous AI robot should be able to make decisions without everything being preprogrammed, according to FE-2. FE-2 said that Richtech's robots did not work that way.** In reality, Richtech's robots had fancy shells but all they did was attach one or two robot arms together, like something on a manufacturing line. Per FE-2, when Richtech set up a robot for a show, the Company had to make sure everything was exactly at their location, so the program could run and the robot could grab the item. If the item was not in the exact location, the robot would fail. FE-2 gave the example of a cup being one centimeter out of place – if you put the cup one centimeter from its expected location, the robot would crash into the cup or go to the coffee machine without the cup in its gripper.

52. **According to FE-2, if the robot was not preset, it will fail 100%, which FE-2 personally observed.** Richtech therefore had to calibrate the robots constantly for shows, including at the millimeter level so it can go as what expected to go. FE-2 said that calibrating is

a trial-and-error process, during which the robot is failing and the team calibrates the robot until it stops failing.

53. **Even ADAM, Richtech's flagship robot, had no real artificial intelligence capabilities.** FE-2 provided specific details on ADAM's capabilities during FE-2's tenure at Richtech. Per FE-2, the robot was limited to a fixed sequence: the gripper goes to one place, closes, goes to another place, and releases. FE-2 said that's all it is. According to FE-2, ADAM did not have any real autonomous decision-making, which was one feature FE-2 was going to do. But after Richtech realized one person could not develop that feature in one or two months, the Company went in a different direction, per FE-2. While the ADAM had some camera hardware, FE-2 said that did not mean ADAM had computer vision. Nor did ADAM have voice recognition as an operating product during FE-2's time at Richtech.

54. **A former member of Richtech's own senior leadership confirmed ADAM's deficiencies continued into early 2026.** FE-1 worked at Richtech as a Senior Vice President and President from late January 2026 to early March 2026, based in Las Vegas and reporting directly to CEO Wayne Huang and CFO Michael Huang. FE-1 was brought in to help build the Company and structure its operations. One of FE-1's first tasks was to understand Richtech's product development pipeline, giving FE-1 contemporaneous, firsthand knowledge of the Company's products, engineering, and operations during that period.

55. FE-1 similarly detailed issues with ADAM. FE-1 said ADAM and other robots were essentially preprogrammed because Richtech did not control the underlying engineering. FE-1 said people inside Richtech complained about ADAM, and that ADAM continually breaks and still does not work correctly. FE-1 stated Richtech took what it got from China and had to make it work.

56. **FE-2's account also undermines the capabilities Richtech later attributed to ADAM in its Microsoft press release.** FE-2 was asked about Richtech's January 27, 2026 press release which claimed that ADAM had adaptive intelligence powered by Azure AI, including vision, voice, and autonomous reasoning. FE-2 stated that FE-2 did not know of a meaningful

Microsoft Azure or cloud-based AI system connected to ADAM while FE-2 worked at Richtech, and ADAM did not have those product capabilities while FE-2 was at Richtech. Regarding the press release's claim that ADAM could incorporate signals such as time of day, weather, and promotions and respond more naturally to customer preferences, FE-2 said a feature like that had been under development with another AI company that mostly worked on cars. FE-2 said the company's system could be asked to tell the weather or order food through an API plug-in. FE-2 said Richtech gave FE-2 access to that AI, which was running on the other company's infrastructure. FE-2 put it inside an NVIDIA Jetson and tried to pretend that ADAM is a car. While FE-2 got that limited feature to work to some degree – it could tell you the weather and a user could ask it to search for something – FE-2 said this was not the same as real robotic intelligence. According to FE-2, voice AI functions are pretty common.

57. Per FE-2, even if Richtech could integrate another company's AI into ADAM, that would produce something like A.I. in the car that could do basic tasks such as answering questions. FE-2 said, however, that when FE-2 worked at Richtech, the Company did not have that feature as a finished product.

58. **Based on FE-2's knowledge of Richtech's capabilities during FE-2's tenure, FE-2 did not believe Richtech had the ability to combine vision, voice, and manipulation altogether by January 2026—the very month Richtech announced that it had enhanced ADAM "with adaptive intelligence powered by Azure AI."** For Richtech to be able to collect vision, voice, and manipulation altogether, FE-2 did not think they could do that in that short of the time. FE-2 said Richtech did not have enough people with the knowledge to do it.

59. **Wayne Huang knew the robots were preprogrammed.** FE-2's supervisor, "Sky," was essentially the general manager in the United States, and was one below Wayne. FE-2 also said Wayne Huang was in regular communication with FE-2, especially when Huang was in Las Vegas. FE-2 sent a daily report by email after work to Wayne Huang, "Sky," Michael Huang, and a woman in China responsible for product development. The daily report was not a high-level strategic document, per FE-2, but was detailed and usually described what FE-2 had done that day.

According to FE-2, the daily reports sometimes communicated the preprogrammed nature of the robots to Wayne Huang and Michael Huang. But FE-2 said most of the high-level discussion occurred in person, and Wayne Huang understood the basic fact that Richtech's robots were preprogrammed. FE-2 said you go to the company for the first week, you will understand this, and then it just becomes something everyone knows.

60. FE-2 added that Wayne Huang and Richtech leadership did not understand the technical difficulty to achieve real vision, voice, and manipulation AI capabilities. For example, shortly before FE-2 left Richtech, FE-2 attended a meeting involving Wayne Huang, Michael Huang, "Sky," and a woman in China responsible for product development. FE-2 said the Company wanted FE-2 to develop a more adaptive feature quickly, which would use a camera vision model plus a neural network model, and run them on the GPU so the camera could tell the gripper where to go. While FE-2 worked hard, FE-2 could not deliver a finished functional demo in one week. FE-2 said "Sky" and the woman in China were frustrated, and their attitude was basically, if you think you know what you are doing, then get this out. FE-2 constantly told "Sky" and the woman in China that the robots were not really A.I. driven, and they did not like hearing that. FE-2 felt like they were pushing Wayne Huang to fire FE-2.

### 3. Richtech's Robots Failed Constantly, and the Company Lost Customers by Overpromising Their Capabilities

61. **The gap between Richtech's marketing and its robots' actual performance was obvious to the employees selling them.** FE-3 worked at Richtech as a Sales Development Representative from November 2025 to April 2026. FE-3 worked in Richtech's Las Vegas office, sold all of Richtech's robots, and sat next to current National Sales Director Stephen Deperte and near the technicians, giving FE-3 contemporaneous, firsthand visibility into sales discussions and robot problems.

62. In practice, per FE-3, Richtech overpromised and underdelivered on its robots' capabilities. FE-3 described how Richtech's robots always had issues long term and ADAM could not really keep up with expectations. For example, FE-3 noted that ADAM could make one drink a minute, but Richtech would oversell the ability for large events. FE-3 said when there is a 200-

person event and you convince someone not to rent another robot because this one robot is going to make a drink for everyone here, it is just a lie. FE-3 stated the robot would then spill drinks willy nilly, and Richtech would not give the customer a refund. FE-3 saw this repeated a lot.

63. **Richtech's sales leadership encouraged these overpromises.** Sometimes FE-3 learned later that robots could not do what FE-3 had been told they could do. FE-3 said FE-3's supervisor, National Sales Director Stephen Deperte, knows that what he told FE-3 is absolute garbage. As a new employee, FE-3 would ask whether FE-3 could tell a potential customer that this robot does this thing. FE-3 said Deperte would hype it up and say just tell the customer it could knock it out. FE-3 did not know in the moment that the robot could not do what FE-3 had been told. FE-3 said Richtech would go to a dealership and install a robot, and then the robot cannot do it live. FE-3 said that happened a lot. There were many times when FE-3 would ask can the robot do this, or can the robot work in this situation? Instead of telling FE-3 no, FE-3 was told yes, and then it never worked out contract-wise.

64. FE-3 said Richtech struggled to get long-term contracts because of robot problems and customer service problems. FE-3 stated Richtech had a customer service team in Japan that answered inquiries from American customers. When the Japanese team got tired of talking to a customer, they would be short with them. FE-3 said customers would cancel their business with Richtech after that.

65. FE-2 also heard about customer complaints from people inside the Company, including people from the operations and marketing departments. For example, FE-2 heard that customers from the restaurant category did not want the robots anymore after using them. One time, FE-2 said colleagues talked about someone who did not want the robot anymore, but because they signed the contract when they bought it, they cannot just give the money back.

## C. Richtech Told Investors It Designed, Engineered, and Increasingly Manufactured Its Robots in Las Vegas—In Reality, It Imported Robots from China and Affixed Its Own Label

### 1. Richtech Portrayed Itself as a Hands-On Robot Designer and a Growing U.S. Manufacturer

66. **Richtech consistently told investors that it designed, manufactured, and sold**

**its own robots.** In its Form 10-K for fiscal year ended September 30, 2024 (FY 2024), Richtech told investors of its "global R&D team based out of China and the United States" through which it "design[s], manufacture[s] and sell[s] robots."[15] Richtech stated that it "does not own and operate our own manufacturing plants," instead using "Original Design Manufacturer (ODM) and Original Equipment Manufacturer (OEM) partners that manufacture the products according to our specifications," and that "[t]he majority of our ODM and OEM partners are also located in China."[16] For ADAM, Richtech disclosed that "the finished body components are manufactured in China and shipped to the United States where it is assembled."[17]

67. **Despite the disclosures of a manufacturing based in China, the FY 2024 10-K still emphasized Richtech's role in designing the robots and ensuring they meet its production standards.** Richtech detailed how its "product development and procurement teams work with the factory to . . . provide technical specifications and other requirements to these factories for the production of several prototypes."[18] Richtech's development team then "rigorously test[s]" the prototypes and goes through an "iterative process to refine the prototypes to make sure they meet our production standards."[19] The 2024 10-K also stated that, after production is completed, Richtech's procurement team conducts "an on-site quality inspection before the product is packaged and shipped to our warehouse in Las Vegas, NV."[20]

68. **Richtech's FY 2025 10-K revised the description of its manufacturing to emphasize a larger role for its personnel in the United States.** It stated that Richtech's "manufacturing operations utilize a hybrid production model," under which "[c]ertain components and subassemblies of our products are manufactured and performed by contracted OEM and ODM partners located outside of the United States (primarily in China)," while "for some of our higher-complexity products, a portion of the production, including final assembly, system integration, and

---

[15] *See* Richtech's Form 10-K dated January 14, 2025 for the fiscal year ended September 30, 2024 at 2.

[16] *Id.* at 17.

[17] *Id.* at 14.

[18] *Id.* at 17.

[19] *Id.*

[20] *Id.*

quality testing, is performed in the United States at our facilities in Las Vegas, Nevada."[21] Richtech stated that it was "steadily increasing the proportion of final assembly performed in the United States" and was "actively evaluating opportunities to expand our U.S.-based assembly and manufacturing footprint over time."[22]

69. Richtech made additional statements regarding domestic manufacturing in its quarterly reports. In its Form 10-Q for Q3 FY 2025, Richtech reported that on May 15, 2025 it had purchased an approximately 20,000 square-foot property at 2975 Lincoln Road, Las Vegas, Nevada, for $4.1 million and relocated its headquarters there, stating that "[t]he facility is intended to further integrate domestic sourcing and expand assembly and manufacturing operations."[23] Richtech later disclosed that its prior leased facility at 4175 Cameron Street, Las Vegas, was "now utilized for dedicated Research and Development (R&D) laboratory space and overflow administrative support."[24]

70. **Richtech also touted the size and sophistication of its research and development operation.** Elsewhere in the 2025 10-K, Richtech described its product development teams, which "carry out research and development tasks" and are "comprised of several engineers linked with a product manager and work closely with the creative design and manufacturing teams."[25] The CFO, M. Huang, directly oversees the development teams, which are "responsible for the ideation, engineering, and testing of new robots."[26] Twenty-seven (27) of Richtech's fifty-five (55) full-time employees in the United States were part of the R&D team.[27] Richtech employs 20 overseas R&D employees, primarily located in China.[28]

71. Beginning in the fourth quarter of FY 2025, Richtech created a specialized "Data

---

[21] *See* Richtech's Form 10-K dated January 20, 2026 for the fiscal year ended September 30, 2025 at 14.

[22] *Id.*

[23] *See* Richtech's Form 10-Q dated August 11, 2025 for the quarter ended June 30, 2025 at 13.

[24] *See* Richtech's Form 10-K dated January 20, 2026 for the fiscal year ended September 30, 2025 at F-20.

[25] *Id.* at 11.

[26] *Id.* at 11.

[27] *Id.* at 16.

[28] *Id.*

Services" strategic pillar, with a primary focus on "providing fundamental R&D support for . . . product development as well as certain strategic partners."[29] According to Richtech, "[u]nder the Data Services pillar," it will be "providing data generation services for frontier embodied AI training."[30] Under a "physical-world equivalent of a data pipeline for frontier embodied AI training," Richtech will "design the task environment, operate the robots, collect and standardize the data and produce high-value datasets that will allow the robots of the future to be smarter, faster, and safer."[31] Richtech explained that the "addition of Data Services to our product portfolio will support the development of commercial and industrial embodied AI solutions and generate a powerful feedback data loop for foundation-level training to improve general applicability."[32]

### 2. Richtech Lacked the In-House Engineering Capability to Design, Control, or Fix Its Robots

72. **In reality, Richtech did not design or engineer any robots at all.** FE-1 said the core of the Company's problem was that there was no product engineering or product development inside the Company because they do not design or engineer any robots. FE-1 said Richtech used Chinese partners to basically source their robots, and called the Company a label slap.

73. **Richtech's Las Vegas engineers could not even access the code that ran Richtech's robots.** Per FE-1, Richtech's Las Vegas engineering team was completely in the dark about the robots, as everything was done in China and it is in a black box. FE-1 said the Las Vegas engineers did not have access to the code or software, and thus had no ability to affect any of the software or design on the robot itself. FE-1 said that every question to China had to go through Wayne Huang. Wayne then decided what he wanted to ask. FE-1 said the Las Vegas team had no control over the relationship.

74. FE-1 noted that Richtech could not run a real robotics company that way because if you are going to sell to customers, they are going to have requests and requirements on the robot,

---

[29] *See* Richtech's Form 10-K dated January 20, 2026 for the fiscal year ended September 30, 2025 at 2.

[30] *Id.* at 4.

[31] *Id.* at 6.

[32] *Id.*

and you are going to have to adjust the robot to meet those requirements. FE-1 said that Richtech could not do that if it had no control over the robot itself because it was completely outsourcing it to a company in China.

75. **When outside engineers examined DexMate—the humanoid robot Richtech touted as its "next-generation industrial humanoid robot"—they found it complete garbage.** During FE-1's tenure at Richtech, FE-1 brought in OLogic, a Silicon Valley robotics engineering company, to review Richtech's products. FE-1 said that, out of the top 20 robots, at least 10 of them were built and designed by OLogic. Per FE-1, Richtech sent one of its first DexMate humanoid robots to Silicon Valley because it was new. FE-1 said OLogic reviewed DexMate and reacted badly. Per FE-1, OLogic thought the design of this robot was horrific, that it looked like it was made by high school kids, it was full of all sorts of errors, and it was complete garbage.

76. FE-1 said DexMate's mobile base was made by another company, and the Chinese company that manufactured or assembled DexMate had no relationship besides a vendor relationship with the third party that made the mobile robot. FE-1 stated Richtech could not easily access or improve the mobile platform because it was going through multiple third parties. FE-1 added that the Chinese companies involved did not talk to each other, and FE-1 knew this based on FE-1's experience in manufacturing products in China many times.

77. FE-1 said Michael Huang was desperate to bring on a real robot that can do something because the DexMate was garbage. But according to FE-1, Michael Huang was rebuffed twice by Reflex Robotics, which had a robot that was pretty much what DexMate is supposed to be like and was a lot better than DexMate. FE-1 stated that Michael realized Richtech needs real engineering people on the team if they are going to build real robots. FE-1 added that Richtech lacked the processes and systems needed to integrate another company.

78. FE-1 had scheduled a meeting to organize Richtech's product development process for the week FE-1 was let go. FE-1 said Phil Zheng, Michael Huang, Wayne Huang would have been part of the meeting. The meeting, according to FE-1, would have addressed what needs to be done to the robot and what we need to do with the China people. FE-1 said the day before the

meeting, FE-1 was let go.

### 3. Former Employees Confirm That Richtech's Robots Came from China and That Its Las Vegas Facility Was a Warehouse, Not a Factory

79. **Behind Richtech's claims of in-house design and a "hybrid production model," the Company was importing its robots and their core components from China.** According to FE-2, Richtech's ADAM, Scorpion, and humanoid robot limbs were just like a UFactory robot arm attached to a computer with some fancy shells. Per FE-2, UFactory is a Chinese robot arm brand with a large share of the U.S. market because it is cheaper than other products. FE-2 said that UFactory arms are publicly available and can be purchased online. With mobile robots, FE-2 said all of them were completely produced in China. FE-2 said it is probably just a product in China, and they bought that, shipped it to Richtech, then resell them as their own product. FE-2 stated that FE-2 saw UFactory boxes at Richtech. The mobile robots came packaged in boxes with padding, according to FE-2, and a person would open the box, take out the padding, and you have the robots.

80. **Richtech's Las Vegas facility was a warehouse, not a factory.** FE-2 said the Las Vegas facility was not a manufacturing facility, but a warehouse, and Richtech assembled parts there. According to FE-2, the process in the warehouse was to put the UFactory arm, connect it to a computer, and put all of them in a shell they made in China.

81. **Richtech's sales force knew the robots came from China—and was coached to obscure that fact.** FE-3 said it was common knowledge that most robots came from China. Per FE-3, Richtech lost multiple business brands, dealerships, partnerships because they find out that our robots are made in China. FE-3 identified AutoXing as one of Richtech's manufacturers, but said Richtech worked with a couple different ones in China. FE-3 said that Richtech taught FE-3 how to respond when customers raised the issue: FE-3 was instructed to say that the robots were shipped to Richtech, and then Richtech developers programmed it. But FE-3 said that robot still comes from China.

### D. Richtech Told Investors That Partnerships with Technology Leaders Were a Core Competitive Strength—In Reality, It Fabricated Them

82. **Richtech also told investors that partnerships with technology companies were central to its competitive position.** In the FY 2025 10-K, Richtech listed "Enterprise Partnerships" among its competitive strengths, stating: "Our established partnerships with leading companies in the robotics and AI space are a significant competitive advantage. We expect to continue to cultivate relationships with corporate end users and technology leaders to expand the scope of opportunities and resources available to the company."[33]

#### 1. Richtech Repeatedly Touted NVIDIA Technology, but Its Purported NVIDIA Relationship Was Illusory

83. Richtech repeatedly associated its products with NVIDIA technology. The FY 2024 10-K stated that ADAM was "developed on the NVIDIA Jetson Orin platform" and that, in developing ADAM, Richtech "utilized NVIDIA's ISAAC simulation training platform."[34] In a February 6, 2025 press release announcing the opening of its Clouffee & Tea store, Richtech stated that, "[u]tilizing NVIDIA AI technology, ADAM will detect when customers are present, engage them in conversation, take orders verbally, monitor and adapt to changes in his environment, and craft beverages with high levels of precision and accuracy."[35] Similarly, Richtech stated in a March 11, 2025 press release that Scorpion "utilizes NVIDIA AI technology to interact with customers, provide personalized recommendations, adapt to changes in its environment, and learn and replicate a variety of tasks similarly to how humans do."[36] In each of its Forms 10-Q for Q1, Q2, and Q3 FY 2026, Richtech stated: "As a member of the NVIDIA Connect program, we have continued to utilize NVIDIA-based AI computing platforms and robotics software frameworks to enhance real-time perception, decision-making, and on-device autonomy."[37]

84. **The former employees described a practice that permeated throughout the**

---

[33] *Id.* at 7.

[34] *See* Richtech's Form 10-K dated January 14, 2025 for the fiscal year ended September 30, 2024 at 7, 16.

[35] Richtech Press Release, "Richtech Robotics Announces Grand Opening of Clouffee & Tea in Las Vegas" (Feb. 6, 2025).

[36] Richtech Press Release, "Richtech Robotics to Showcase AI-Driven Service Automation at ProWein 2025, Signaling Strategic Global Expansion" (Mar. 11, 2025).

[37] *See, e.g.,* Richtech's Form 10-Q dated February 12, 2026 for the quarter ended December 31, 2025 at 2.

**Class Period: Richtech made small pilots with large brands sound like larger enterprise partnerships.**

85. FE-2 said Richtech would often describe themselves as cooperating with a larger company when they were actually just using that company's service or talking to one high-level person.

86. **Per FE-2, Richtech had done this with NVIDIA.** FE-2 said that from FE-2's time, Richtech advertised itself as working with NVIDIA. FE-2 noted that Richtech talked about becoming an AI company and working with NVIDIA, but FE-2 was not aware of, and to FE-2's knowledge there was no NVIDIA contract. Rather, FE-2 said Richtech bought approximately ten NVIDIA Jetsons. FE-2 compared it to saying that you are working with Microsoft because someone uses Microsoft's suite of services.

87. **Richtech's robots did not even run on the NVIDIA hardware the Company touted.** NVIDIA Jetson is an AI computing platform for GPU-accelerated parallel processing in mobile embedded systems.[38] During FE-2's time at Richtech, however, Richtech's robots did not actually operate on NVIDIA Jetsons. FE-2 said at that time, the robot did not have that on itself. Rather, FE-2 said Richtech was trying to code NVIDIA onto the robots. FE-2 said the Jetsons were used by FE-2 and two other people for development of the AI-related features. But that work took time, and it seemed to FE-2 that Richtech did not want to put that time into the work. Eventually, only FE-2 was left working on development of AI-features.

88. **FE-3's understanding was that NVIDIA made a public product available, Richtech used it, and then Richtech claimed to work with NVIDIA.** FE-3 said NVIDIA puts out a public thing that everybody can use, and then Richtech works with NVIDIA. With NVIDIA Jetson, according to FE-3, NVIDIA had a site where people could request to be a partner to use Jetson because it was an advanced AI chip. FE-3 said most people who applied got approved. FE-3 said when we got approved, we just said that it was a partnership.

89. FE-1 heard Michael Huang talk about this relationship with NVIDIA. But FE-1

---

[38] *See* https://www.nvidia.com/en-us/autonomous-machines/embedded-systems/

described the NVIDIA relationship as kind of bullshit and based on what FE-1 learned after joining Richtech, there was no partnership with NVIDIA. According to FE-1, Richtech did not have the engineering team to work with NVIDIA. FE-1 said those companies would expect to work with an engineering team that understands them.

90. **The same could be said for Physical Intelligence**, a software system that runs the robot whose development team did not talk to Richtech. FE-1 said they do not even have a relationship and any statement about a partnership with Physical Intelligence was bullshit. According to FE-1, Physical Intelligence would not even return Richtech's emails, and Richtech could not readily communicate with the company's engineers about technical issues.

### 2. Richtech Dressed Up a Standard, Complimentary Microsoft Lab Engagement as a Joint Engineering Collaboration

91. **In early 2026, Richtech promoted a purported "collaboration" with Microsoft.** On January 27, 2026, Richtech issued a press release announcing "a hands-on collaboration with Microsoft through the Microsoft AI Co-Innovation Labs to jointly develop and deploy agentic artificial intelligence capabilities in real-world robotic systems."[39] The press release described Richtech as "a U.S.-based provider of AI-driven robots," characterized the effort as a "[j]oint engineering effort with Microsoft AI Co-Innovation Labs," and stated that, "[t]hrough close collaboration between Richtech Robotics' engineering team and Microsoft's AI Co-Innovation Labs, the companies worked together to enhance Richtech Robotics' ADAM robot with adaptive intelligence powered by Azure AI."[40] In the press release, Wayne Huang stated that "our teams were able to jointly develop and deploy intelligent capabilities that strengthen reliability, enhance customer interactions, and support scalable automation across physical environments."[41]

92. There was no true collaboration between Microsoft and Richtech. On January 29, 2026, Hunterbrook Media published an article entitled "Breaking: Microsoft Denies Partnership with Richtech Robotics." Microsoft told Hunterbrook the engagement "was a 'standard' customer

---

[39] Richtech Press Release, "Richtech Robotics Collaborates with Microsoft to Advance Agentic AI in Real-World Robotics Applications" (Jan. 27, 2026).

[40] *Id.*

[41] *Id.*

program with ‘no commercial element.’” Rather, Richtech “appear[ed] to have participated in a program Microsoft describes on its website as being available to ‘any customer/partners looking to implement Microsoft’s AI tools,’” a stark contrast to the purported “close collaboration” described in the January 27 press release.

93. **Behind the scenes, rank-and-file employees were told before the announcement not to pay attention to the Microsoft “partnership.”** FE-3 said there was an in-person conversation in December 2025 with a colleague in marketing, who said we have a Microsoft partnership, and it is official. FE-3 said FE-3’s supervisor, Stephen Deperte, said to not pay any attention to that and do not get your hopes up. According to FE-3, Deperte then told them that Michael has a plan with this stuff and that he already said too much.

94. **Employees assumed the Microsoft “partnership” was similarly insignificant like previous NVIDIA “partnerships” touted by Richtech.** FE-3 said Richtech employees knew the Company would issue a press release announcing a collaboration with Microsoft. But FE-3 said employees kind of assumed it was the same situation as NVIDIA, where Richtech had a license or something, and would go live and say it is a whole corporate partnership. FE-3 added that we were not really too excited in the first place because we already know how it works. In reality, per FE-3’s understanding, Richtech came up with this idea that they are going to say that we’ve partnered with Microsoft because Richtech was in contact with some higher ups at Microsoft about an event rental. While FE-3 said Richtech technically had contact with Microsoft and used their licensing software, FE-3 believed Phil Zheng used the licensing software and event rental contact to say that Richtech has business with Microsoft.

95. **Richtech then muzzled its sales force.** FE-3 further described how the sales team was instructed not to discuss Microsoft. Specifically, FE-3 said Deperte told the sales team not to mention Microsoft to customers around the time of the announcement. FE-3 learned about the instruction because Deperte got chewed out by Phil Zheng and later vented to FE-3. FE-3 said that during one of Deperte’s rants about Zheng, Deperte talked about how Richtech went live with this whole Microsoft announcement, and that we do not really have a partnership with Microsoft.

According to FE-3, Deperte knew it and said it was not a good idea from the start.

96. After the press release, FE-3 said Richtech had weekly sales meetings every Friday. The message, per FE-3, was to keep the sales up but stay away from Microsoft. FE-3 explained that employees were to stay away from Microsoft because it is a lie, a can of worms, and not going to be worth it.

97. **FE-1, who joined Richtech shortly after the announcement, reached the same conclusion.** While the Microsoft announcement happened before FE-1 joined Richtech, FE-1 realized that it was a complete sham because Richtech did not have the engineering team needed to work with Microsoft. Based on what FE-1 learned after joining Richtech, FE-1 said there's no Microsoft partnership. FE-1 tried to turn Richtech's claimed partnerships into real ones, and told Wayne Huang and Michael Huang to build these partnerships. But FE-1 was blocked from doing that because, according to FE-1, the Huangs appeared to be guarding those relationships. According to FE-1, Richtech did not know how to work with large companies, and that was part of the reason why FE-1 thought the Microsoft thing fell apart.

## E. Defendants Fabricated the Microsoft Partnership to Manipulate Richtech's Stock Price

98. Defendants' reasons for fabricating partnerships were made plain by the former employees and are corroborated by contemporaneous public reporting.

### 1. Richtech's Sales Leadership Knew of an Executive Plan to Short the Stock—and Warned Employees Not to Buy It

99. FE-3 recalled talking about Richtech stock with a marketing colleague in front of Deperte. FE-3 was kind of pissed because Richtech gave out stock every November, and FE-3 had been hired after the stock had been given to employees. FE-3 said the marketing colleague asked Deperte why Richtech did not announce anything about the launch of this partnership with Microsoft. FE-3 said Deperte told them it was a whole thing with the stock that they could not get into right now, but Michael has a plan for the stock. FE-3 said this happened around December 2025.

100. FE-3 said Deperte later indicated employees should not buy the stock. FE-3 said

Deperte told them he would not buy the stock right now. FE-3 said Deperte would butt into conversations about Richtech stock and tell employees to look at something else. FE-3 thought the team meeting where Deperte warned employees about buying stock occurred after the Microsoft press release.

101. FE-3 said employees were upset after the Microsoft announcement because the stock was shooting up high, and they believed leadership knew about this ahead of time. FE-3 said employees were essentially told to just wait. FE-3 said Richtech employees later looked at the stock after it had dropped and started to put it together. FE-3 said the marketing colleague asked why would Richtech announce that we have a partnership with Microsoft if we do not really have a partnership with Microsoft?

102. **After the stock fell, Deperte admitted that leadership knew that it was going to go down.** FE-3 and the marketing colleague went to Deperte directly and asked why Richtech announced the Microsoft partnership when now Microsoft is saying that they do not work with Richtech anymore. FE-3 said Deperte responded we knew that, and said we announced it because we knew that it would be good for us. FE-3 said Deperte said we knew that it was going to go down. FE-3 said the marketing colleague asked Deperte so you guys knew that it was going to go down, and Deperte responded they did.

103. The plan, as FE-3 understood it, was tied to announcing Microsoft as a partner even though the Company knew it was not a real partnership. Once that information was made public, then Richtech stock would plummet.

104. While Deperte did not use Wayne Huang, Michael Huang, or Phil Zheng's names when he referred to who was shorting the stock, FE-3 understood Deperte to be referring to those three because no announcement goes out without Wayne or Phil or Michael. FE-3 added that Deperte spoke regularly with Wayne Huang, Michael Huang, and Phil Zheng, *i.e.*, every day, and they were always talking.

105. **Phil Zheng spearheaded the shorting plan.** FE-3 heard from multiple people up there that shorting the stock was Zheng's idea and that Zheng was the one spearheading the whole

thing. FE-3 said Zheng knew that a person can take out a put against the stock, and as it goes down, you make money. FE-3 understood that Wayne, Michael, and Phil took puts out on the stock and Zheng went live with the announcement to have everybody buy the stock. FE-3 said Michael and Wayne pushed back because people were going to figure out that Richtech did not have a real partnership with Microsoft anyways. FE-3 said Zheng responded that they are not going to figure it out because we are just going to put a put on the stock. FE-3 believed Deperte had firsthand knowledge of the plan because Deperte talked to Zheng early in the morning.

### 2. Defendants Timed the Microsoft Announcement to Inflate the Stock Price Immediately Before a $38.7 Million Private Placement.

106. The following morning after Richtech issued the January 27, 2026 Microsoft press release, the Company issued a second press release entitled "Richtech Robotics Announces $38.7 Million Private Placement Priced At-The-Market Under Nasdaq Rules."[42] Richtech stated it had "entered into a definitive agreement with a fundamentally driven institutional investor for the purchase and sale of 8,500,000 shares of the Company's Class B common stock in a private placement priced at the market under Nasdaq rules."[43] The Company added that the "private placement is expected to close on or about January 29, 2026, subject to the satisfaction of customary closing conditions."[44] The gross proceeds were expected to be $38.7 million.[45]

107. **FE-1 believed that Richtech made the Microsoft announcement to increase the stock price before the $38.7 million private placement**. Asked whether Richtech made the Microsoft announcement to increase the stock price before the private placement, FE-1 answered that of course they did. FE-1 added that Michael Huang told FE-1 Richtech had $300 million plus of cash sitting in the bank. FE-1 noted that if you have the cash, you have liquidity, and questioned why Richtech was doing a private placement. FE-1 said it only made sense if Richtech was trying to get more cash out of the business. FE-1 reported that Richtech had a big war chest of money,

---

[42] Richtech Press Release, "Richtech Robotics Announces $38.7 Million Private Placement Priced At-the-Market Under Nasdaq Rules." (Jan. 28, 2026).

[43] *Id.*

[44] *Id.*

[45] *Id.*

and that Richtech wanted acquisitions to prop up their story to the analysts in the street. FE-1 said the idea was to buy a company and then tell the market Richtech was building operations. FE-1 added that investor relations people also knew about the claimed cash and were asking why Richtech was not doing something with it.

108. **Hunterbrook Media's contemporaneous reporting independently draws the same connection between the Microsoft announcement and the private placement.** On January 29, 2026, Hunterbrook Media published an investigative article entitled "Breaking: Microsoft Denies Partnership with Richtech Robotics." The article's reporting rested on Microsoft's own statements, Richtech's SEC filings, and publicly available market information. The article reported that, after Richtech's stock "added more than $370 million in market cap" on the Microsoft announcement, "the company announced a dilutive fundraise the next morning."[46]

109. **Hunterbrook explained why Defendants needed the stock price inflated at that moment: Richtech had lost access to its usual fundraising tools.** As Hunterbrook reported, Richtech's fiscal year ended September 30, 2025, and its annual report was due December 29, 2025.[47] Richtech instead filed a notification of late filing, missed the extended January 13, 2026 deadline, and did not file its FY 2025 10-K until January 20, 2026.[48] Because the 10-K was delinquent, Hunterbrook explained, Richtech should have lost eligibility to use Form S-3—the streamlined registration that enables shelf offerings and at-the-market ("ATM") programs—and could not regain it until it had twelve consecutive months of timely filings, or January 2027 at the earliest.[49] That channel had been Richtech's principal source of capital. Richtech maintained ATM programs of approximately $100 million (May 2025), $100 million (August 2025), and $1 billion (September 2025), which generated gross proceeds of approximately $226 million[50]; and raised a

---

[46] *See* Hunterbrook Media, "Breaking: Microsoft Denies Partnership with Richtech Robotics" (January 29, 2026), *available at* https://hntrbrk.com/breaking-news/richtech-robotics.

[47] *Id.*

[48] *Id.*

[49] *Id.*

[50] *See* Richtech's Form 10-K dated January 20, 2026 for the fiscal year ended September 30, 2025 at 46.

further $69.1 million from share issuances in the quarter ended December 31, 2025.[51] These capital raises are in stark contrast to the $5.045 million in reported revenue in FY 2025.[52] As Hunterbrook put it, "Richtech found another way to raise money": a private placement under Regulation D, which does not require S-3 eligibility.[53]

110. As Hunterbrook summarized it, the "playbook" was to miss the 10-K deadline, "limiting your ability to fundraise"; announce a "close collaboration" that "in reality appears to be a one-week program open to just about anybody"; "watch the stock surge 44%"; and "then disclose a private placement the next morning, allowing institutional investors to buy shares at a cheaper price than retail."[54]

111. **Richtech's own SEC filings confirm that the announcement inflated the price at which Richtech sold its shares.** Richtech's SEC filings confirm that the Company entered into the purchase agreement on January 27, 2026—the same day it issued the Microsoft press release—selling 8,500,000 shares at $4.55 per share for gross proceeds of $38,675,000.[55] That price was approximately 19.4% above the $3.81 at which Richtech's stock traded before the announcement. Had the same 8,500,000 shares been sold at $3.81, Richtech would have raised approximately $32.4 million—roughly $6.3 million less than it obtained on the back of the Microsoft announcement.

112. **FE-1's account of Richtech's cash position supports that the private placement was driven by the inflated price, not by any operating need.** Michael Huang told FE-1 that Richtech had $300 million plus of cash sitting in the bank, and Richtech's own filings confirm it: as of December 31, 2025, Richtech reported $328.5 million in cash and cash equivalents and short term investments[56], while net cash used in operating activities was only $1.6 million for the three

[51] *See* Richtech's Form 10-Q dated February 12, 2026 for the quarter ended December 31, 2025 at 24.

[52] *See* Richtech's Form 10-K dated January 20, 2026 for the fiscal year ended September 30, 2025 at 11.

[53] *See* Hunterbrook Media, "Breaking: Microsoft Denies Partnership with Richtech Robotics" (January 29, 2026), *available at* https://hntrbrk.com/breaking-news/richtech-robotics.

[54] *Id.*

[55] *See* Richtech Form 8-K dated January 30, 2026 at 1.

[56] *See* Richtech Form 10-Q/A dated August 7, 2026 for the quarter ended December 31, 2025 at 1.

months ended December 31, 2025.[57] Richtech thus had no ordinary business need for a dilutive $38.7 million private placement, which added only about 12% to its existing cash and investments.

113. The answer is that Defendants were not raising money to fund operations; they were selling stock they knew to be overvalued, building a cash war chest to acquire the credibility Richtech's own technology could not supply, and enlarging the cash balance that propped up Richtech's valuation. The accounts of FE-1 and Hunterbrook therefore fit together: Richtech habitually converted its inflated share price into cash by selling stock into the market; when its delinquent 10-K closed that channel, Defendants issued the Microsoft announcement on the same day they agreed to sell 8.5 million shares, so that the substitute private placement would be priced off a stock price inflated by the false partnership claim.

## VI. DEFENDANTS' MATERIALLY FALSE AND MISLEADING STATEMENTS MADE DURING THE CLASS PERIOD AND THE SPECIFIC FACTS RENDERING EACH STATEMENT FALSE AND MISLEADING WHEN MADE

114. Lead Plaintiffs allege that, without limitation, the statements highlighted in bold and italics within this Section were materially false, misleading, and omitted material information that should have been disclosed. Any other non-bolded and non-italicized language included in block quotes are meant to provide context for the alleged false and misleading statements and omissions.

115. Throughout the Class Period, Defendants made numerous statements concerning Richtech's purported design, engineering, and development of its own robots, the autonomous and artificial-intelligence capabilities of those robots, and Richtech's purported collaborations with technology leaders including NVIDIA and Microsoft. As set forth below, on a quarter-by-quarter basis, these statements were materially false and misleading when made because they concealed that Richtech did not design or engineer its robots but imported them from China and affixed its own label; that its robots ran on fixed, preprogrammed waypoints rather than artificial intelligence and failed constantly; and that its claimed partnerships with NVIDIA and Microsoft were fabricated from ordinary product purchases or publicly available programs and dressed up as

---

[57] *Id.* at 33.

corporate collaborations to inflate the stock price. For each quarter, this Section identifies: (1) the specific false and misleading statements; (2) the specific contemporaneous facts, known to Defendants, that rendered each statement false when made; and (3) the material information Defendants omitted.

**A. Q2 FY 2025 (Quarter Ended March 31, 2025): Defendants Touted a "Global R&D Team," "Autonomous" Robots, and "NVIDIA AI Technology" While Selling Preprogrammed Robots Sourced from China**

**1. The Statements**

116. On February 6, 2025, Richtech issued a press release announcing the grand opening of its Clouffee & Tea store in Las Vegas. The press release stated, in relevant part:

> ***Utilizing NVIDIA AI technology, ADAM will detect when customers are present, engage them in conversation, take orders verbally, monitor and adapt to changes in his environment, and craft beverages with high levels of precision and accuracy.***

117. On March 3, 2025, Richtech filed an annual report on Form 10-K/A with the SEC (the "FY 2024 10-K/A"), which stated, in relevant part:

> ***We are a developer of advanced robotic technologies*** focused on transforming labor-intensive services in hospitality and other sectors currently experiencing unprecedented labor shortages. ***With a global R&D team based out of China and the United States, we design, manufacture and sell robots*** to restaurants, hotels, senior living centers, casinos, factories, movie theaters and other businesses.

118. The FY 2024 10-K/A further described the development of Richtech's ADAM and Scorpion robots:

> ***In 2024, we have continued to upgrade and iteratively develop ADAM. During the development process, we leveraged generative AI technology to optimize efficiency and utilized NVIDIA's ISAAC simulation training*** platform to enhance the efficiency of robot installation and deployment in various commercial environments. ***In addition to ADAM, the dual-arm robot, we have developed a single-arm robot, Scorpion***, designed for more compact and lightweight applications compared to ADAM. A mobile platform has been created for Scorpion, enabling its use in various work scenarios such as desktops and vehicles. ***It also supports real-time low-latency natural language conversations and voice control for seamless interactions with customers.***

119. The FY 2024 10-K/A also described Richtech's purported role in developing and

testing its products:

> ***Our product development and procurement teams work with the factory to finalized the Bill of Materials (BOM) list, and provide technical specifications and other requirements to these factories for the production of several prototypes. These prototypes are then rigorously tested by our development teams and we go through an iterative process to refine the prototypes to make sure they meet our production standards. Both the software and hardware of the robots go through multiple rounds of stress testing***, with a final round of testing in a real-world application. Once the prototypes pass internal stress tests, the product is then ready for the mass production stage.

120. The FY 2024 10-K/A described the robots' purported autonomy and sensing capabilities:

> ***The majority of our robots can be characterized as Autonomous Mobile Robots ("AMRs"), meaning that our robots can understand and move through its environment independently.*** AMRs differ from their predecessors, Autonomous Guided Vehicles ("AGVs"), which rely on tracks or predefined paths and often require operator oversight. ***Our AMRs understand their environment through an array of advanced sensors, with the primary sensor being a LiDAR which stands for Light Detection and Ranging.*** The LiDAR is able to create a 2D map of the environment by sending out laser pulses and measuring the time it takes to bounce back, similar to sonar but far more accurate. Secondary sensors such as RGBD cameras that detect color and depth of images, ultrasonic proximity sensors, and standard AI machine vision that can recognize objects are used in sync to create an in-depth understanding of the robot's environment. ***These sensors, combined with a robust navigation software stack based on AI algorithms, provides our robots the ability to perform dynamic path planning through their environments.***

121. The FY 2024 10-K/A described ADAM's purported commercial capabilities:

> ***ADAM is capable of making a wide variety of beverages including coffee, craft cocktails, and Boba tea autonomously.*** ADAM is currently serving customers at various venues across the country including inside supermarkets, stadiums, hospitals, and coffee shops across the country. Since 2022, we have rented the ADAM system out for corporate and celebrity events.

122. Under the heading "First Mover Advantage," the FY 2024 10-K/A stated:

> The nonindustrial service robotics market has no clearly defined market leader. Our Matradee robot is one of the earliest restaurant service robots to launch in the U.S. market, and we believe we are recognized by customers and competitors as an established brand in the restaurant service robotics space. We believe that there is only one other competitive product that was launched for room

> service delivery prior to our Richie and Robbie (now rebranded as Medbot) being introduced to the market. ***Based on our extensive knowledge of the service robotics industry, we believe ADAM to be one of the earliest commercialized humanoid robots in the U.S. that can be utilized to serve both food and beverages in a real-world environment. We have not seen any other dual-arm humanoid robot such as ADAM with full AI capabilities that has come to market and been deployed at any scale in the United States.***

123. The FY 2024 10-K/A also included the following risk disclosure:

> We have limited experience in operating our robots in a variety of environments. Unforeseen safety issues with our products could result in injuries to people which could result in adverse effects on our business and reputation. ***Our robots operate autonomously in environments, such as restaurants, hotels, casinos, and healthcare facilities***, that are surrounded by various moving and stationary physical obstacles and by human and vehicles. Such environments are prone to collisions, unintended interactions and various other incidents, regardless of our technology. Therefore, there is a possibility that our robots may be involved in a collision with any number of such obstacles or even a human being.
>
> ***Our robots are equipped with advanced sensors that are designed to effectively prevent any such incidents and are intended to stop any motion at the detection of intervening objects.*** Nevertheless, real-life environments, especially those in crowded areas, are unpredictable and situations may arise in which our robots may not perform as intended. A highly publicized incident of our autonomous robots causing injuries to people could lead to negative publicity and subject us to lawsuits. Such lawsuits or adverse publicity would negatively affect our band [sic] and harm our business, prospects, financial condition and operating results.

124. On March 11, 2025, Richtech issued a press release entitled "Richtech Robotics to Showcase AI-Driven Service Automation at ProWein 2025, Signaling Strategic Global Expansion," which stated, in relevant part:

> As an AI-powered robot arm platform, Scorpion can offer bartending services, including guided wine tastings and crafting cocktails based on mood and preference. ***The robot utilizes NVIDIA AI technology to interact with customers, provide personalized recommendations, adapt to changes in its environment, and learn and replicate a variety of tasks similarly to how humans do, with high levels of precision and accuracy.***

**2. The Specific Contemporaneous Facts That Rendered These Statements False and Misleading When Made**

125. At the time Defendants made these statements, Defendants knew, or were deliberately reckless in not knowing, that Richtech was not a "developer of advanced robotic

technologies" that "design[s]" its robots, but instead sourced its robots from Chinese manufacturers, affixed the Richtech label, and resold them; that its robots did not "understand and move through [their] environment independently" or "perform dynamic path planning," but operated on fixed, preprogrammed waypoints; that ADAM could not make beverages "autonomously" and did not have "full AI capabilities"; and that neither ADAM nor Scorpion "utiliz[ed] NVIDIA AI technology" in the manner described, because Richtech's purported NVIDIA relationship was illusory.

126. Although the FY 2024 10-K/A elsewhere disclosed that Richtech used ODM and OEM partners in China, that disclosure did not cure these misstatements. The same filing emphasized Richtech's own role in designing the robots, supplying "technical specifications" to the factories, and "rigorously test[ing]" and refining prototypes to meet "our production standards." In reality, there was no product engineering or product development inside Richtech at all.

127. The following facts, drawn from the accounts of former employees with personal knowledge of contemporaneous events, rendered Defendants' statements false and misleading:

128. **Richtech did not design or engineer its robots; it sourced them from China and affixed its own label (FE-1, FE-2, FE-3).** FE-1, a former Senior Vice President and President who reported directly to Wayne Huang and Michael Huang, stated that the core of the Company's problem was that there was no product engineering or product development inside the Company because they do not design or engineer any robots. FE-1 said Richtech used Chinese partners to basically source their robots, and called the Company a label slap. FE-2, a former Robotics Engineer, explained that ADAM, Scorpion, and the humanoid robot limbs were just like UFactory robot arm attached to a computer with some fancy shells—UFactory being a Chinese robot-arm brand whose arms are publicly available and can be purchased online. FE-2 said all of Richtech's mobile robots were produced entirely in China, and then Richtech resold them as its own product. FE-2 saw UFactory boxes at Richtech, and the mobile robots arrived packaged such that a person would open the box, take out the padding, and you have the robots. FE-3, a former Sales

Development Representative, said it was common knowledge that most of Richtech's robots came from China and identified AutoXing as one of the manufacturers.

129. **Richtech's U.S. engineers had no access to the code or software that ran the robots (FE-1).** FE-1 said Richtech's Las Vegas engineering team was completely in the dark about the robots because everything was done in China and it is in a black box. The Las Vegas engineers did not have access to the code or software and thus had no ability to affect any of the software or design on the robot itself. Every question to China had to go through Wayne Huang, who decided what to ask. These facts directly contradict the FY 2024 10-K/A's claims that Richtech "design[s]" its robots and that its "development teams" put "[b]oth the software and hardware of the robots" through "multiple rounds of stress testing"—a company cannot iteratively develop software it cannot access.

130. **Richtech's robots were not autonomous; every robot in the product line ran on fixed, preprogrammed waypoints (FE-2).** FE-2 who was the only person on the U.S. side performing real robotics development, said Richtech's robots were preprogrammed and did not have the AI capabilities the Company claimed. According to FE-2, the preprogrammed system applied to ADAM, Scorpion, and the humanoid robots; as far as FE-2 knew, every robot in Richtech's product line used preprogrammed waypoints and calibration, and none had real autonomous decision-making. FE-2 explained that preprogramming meant the robot arm was told exactly where to move, the same way robot arms work on a manufacturing line. A truly autonomous AI robot, by contrast, makes decisions without everything being preprogrammed—and FE-2 said Richtech's robots did not work that way. These facts contradict the FY 2024 10-K/A's representation that Richtech's robots "understand and move through [their] environment independently" and "perform dynamic path planning," and reveal that the robots were, in substance, the very path-dependent systems the 10-K/A distinguished from its AMRs.

131. **The robots failed whenever an object was moved even one centimeter (FE-2).** Per FE-2, when Richtech set up a robot, the Company had to make sure everything is exactly at their location so the program could run; if an item was not in its exact location, the robot would

fail. FE-2 gave the example of a cup placed one centimeter from its expected location: the robot would crash into the cup or go to the coffee machine without the cup in its gripper. According to FE-2, if the robot was not preset, it will fail 100%, which FE-2 personally observed. This testimony renders false the FY 2024 10-K/A's assurance that Richtech's robots "are equipped with advanced sensors that are designed to effectively prevent any such incidents and are intended to stop any motion at the detection of intervening objects." A robot that crashes into a cup moved one centimeter does not detect intervening objects and stop. For the same reason, the risk disclosure was misleading because it framed collisions as a hypothetical "possibility" arising from "unpredictable" environments, when in fact the robots' preprogrammed design caused them to fail whenever their surroundings deviated from a fixed setup.

132. **ADAM performed only a fixed, preprogrammed sequence and lacked computer vision and voice recognition (FE-2).** FE-2 provided specific details on ADAM, Richtech's flagship robot: it was limited to a fixed sequence in which the gripper goes to one place, closes, goes to another place, and releases. FE-2 said that is all it is. ADAM had no real autonomous decision-making. While ADAM had some camera hardware, FE-2 said that did not mean ADAM had computer vision, and ADAM did not have voice recognition as an operating product. These facts render false the FY 2024 10-K/A's claims that ADAM "is capable of making a wide variety of beverages . . . autonomously" and had "full AI capabilities," and the February 6, 2025 press release's claims that ADAM would "detect when customers are present, engage them in conversation, take orders verbally, [and] monitor and adapt to changes in his environment." Because Scorpion likewise ran on a preprogrammed system and was a UFactory arm attached to a computer, the FY 2024 10-K/A's claim that Scorpion supports "real-time low-latency natural language conversations" and the March 11, 2025 press release's claim that Scorpion could "adapt to changes in its environment, and learn and replicate a variety of tasks similarly to how humans do" were equally false.

133. **The robots' preprogrammed nature was longstanding, fundamental, and known to Richtech's leadership (FE-2).** Although FE-2 joined Richtech in May 2025, shortly

after these statements, the conditions FE-2 described were neither new nor transient. FE-2 said Richtech hired FE-2 to help them basically make what they promised to be a little bit true—confirming that Richtech's prior promises about its robots' capabilities were not true. FE-2 explained that the preprogrammed nature of the robots was obvious and widely understood within the Company: you go to the company for the first week, you will understand this, and then it just becomes something everyone knows. FE-2 said Wayne Huang understood that Richtech's robots were preprogrammed, and FE-2's daily reports to Wayne Huang and Michael Huang sometimes communicated that fact.

134. **Richtech's purported NVIDIA relationship consisted of buying approximately ten Jetson devices and enrolling in a publicly available program (FE-2, FE-3, FE-1).** FE-2 said Richtech advertised itself as working with NVIDIA, but FE-2 was not aware of, and to FE-2's knowledge there was no NVIDIA contract. Rather, the only connection to NVIDIA was that Richtech bought approximately ten NVIDIA Jetsons—which FE-2 compared to claiming you are working with Microsoft because you use Microsoft's suite of services. Richtech's robots did not run on the NVIDIA hardware the Company touted: FE-2 said the robot did not have that on itself. Instead, Richtech was trying to code NVIDIA onto the robots, using the Jetsons for development work by FE-2 and two others. FE-3 confirmed that NVIDIA puts out a public thing that everybody can use, and then Richtech works with NVIDIA, and that when Richtech was approved through NVIDIA's public application process—which most applicants passed—Richtech just said that it was a partnership. FE-1 described the NVIDIA relationship as kind of bullshit and based on what FE-1 learned after joining Richtech, FE-1 said there was no partnership with NVIDIA. These facts render false and misleading Richtech's repeated claims that ADAM and Scorpion "[u]tiliz[ed] NVIDIA AI technology" to perceive, converse, and adapt, and undercut the FY 2024 10-K/A's representation that Richtech "utilized NVIDIA's ISAAC simulation training platform" in developing ADAM.

135. **Richtech's robots did not perform as represented in commercial settings (FE-2, FE-3).** FE-2 heard from people in Richtech's operations and marketing departments that

restaurant customers did not want the robots anymore after using them. FE-3 described how Richtech's robots always had issues long term, how ADAM could not really keep up with expectations, and how Richtech overpromised and just did not deliver. These facts render misleading the FY 2024 10-K/A's representations that ADAM was "one of the earliest commercialized humanoid robots" "deployed at any scale."

### 3. The Information Defendants Omitted to Make Their Statements Not Misleading

136. Defendants were required to disclose the following omitted, material facts to make the above alleged statements not misleading: (a) Richtech did not design or engineer its robots, but sourced them from Chinese manufacturers and affixed its own label; (b) Richtech's U.S. engineers had no access to the code or software that ran the robots; (c) every robot in Richtech's product line operated on fixed, preprogrammed waypoints and had no real autonomous decision-making; (d) the robots failed whenever objects were not in their exact preset locations, including by crashing into objects moved as little as one centimeter; (e) ADAM lacked computer vision and operational voice recognition; and (f) Richtech had no NVIDIA contract or partnership, its robots did not operate on NVIDIA Jetsons, and its NVIDIA "relationship" consisted of hardware purchases and admission to a publicly available program.

## B. Q3 FY 2025 (Quarter Ended June 30, 2025): Defendants Claimed ADAM Used "NVIDIA-Powered AI Vision" and a "Proprietary Vision-AI System" Achieving "Milliliter-Level Accuracy" While Richtech's Only U.S. Robotics Developer Reported That the Robots Were Not AI-Driven

### 1. The Statements

137. On May 16, 2025, Richtech issued a press release announcing an artisanal coffee upgrade to ADAM, which stated, in relevant part:

> The new artisanal coffee system features equipment commonly found in cafés worldwide, including a precision grinder, distribution and tamping equipment, and a hand-pressed espresso machine. ***This upgrade introduces a new layer of intelligence by applying ADAM's physical AI capabilities to monitor and control the espresso-making process in real time. Using NVIDIA-powered AI vision, ADAM observes the water pressure during extraction and makes precise adjustments to optimize each shot. This interaction between perception and control moves beyond***

> ***basic automation, demonstrating how AI can bring precision, adaptability, and consistency to traditionally manual tasks.***
>
> With this upgrade, the company believes automation doesn't have to mean compromise. ***ADAM's advanced physical AI capabilities offer a way for businesses to serve high-quality, handcrafted beverages*** while maintaining workflow efficiency and stable staffing.
>
> ***In addition to crafting artisanal coffee, ADAM uses AI-enabled vision to detect when a customer approaches, prompting him to begin explaining each step of the process in real time.***

138. On June 17, 2025, Richtech issued a press release announcing that ADAM had surpassed 16,000 drinks served, which stated, in relevant part:

> ***Powered by advanced AI and driven by NVIDIA technology, ADAM is designed to engage customers, suggest beverages based on preferences, and execute complex recipes with both speed and accuracy.*** With two robotic arms operating in seamless coordination, ADAM can deliver a high-quality experience that's both efficient and entertaining.
>
> ***At the core of ADAM's high-performance service is its proprietary vision-AI system, which monitors each cup in real time and precisely adjusts pour angle, flow rate, and timing to ensure milliliter-level accuracy with every drink. This advanced, closed-loop "perception-to-action" control system not only enables ADAM to deliver premium beverages***—it also represents the foundation for a much broader vision.

139. The June 17, 2025 press release further quoted Matt Casella, President of Richtech:

> "Surpassing 16,000 drinks served is more than just a milestone—***it's a compelling validation of ADAM's real-world performance and commercial viability,"*** said Matt Casella, President of Richtech Robotics. ***"ADAM combines precision engineering with adaptive AI to deliver a faster, smarter, and more engaging customer experience. This kind of scalable, revenue-generating automation*** not only transforms service models in food and beverage—it also underscores the broader value proposition for our partners and investors as we expand ADAM's applications across multiple industries."

**2. The Specific Contemporaneous Facts That Rendered These Statements False and Misleading When Made**

140. At the time Defendants made these statements, Defendants knew, or were deliberately reckless in not knowing, that ADAM did not possess "physical AI capabilities," "AI-enabled vision," a "proprietary vision-AI system," or a "closed-loop 'perception-to-action' control

system," but instead executed a fixed, preprogrammed sequence that required millimeter-level manual calibration and failed whenever its surroundings deviated from a preset arrangement; and that ADAM was not "driven by NVIDIA technology," because Richtech's robots did not operate on NVIDIA hardware at the time.

141. The following facts, drawn from the accounts of former employees with personal knowledge of contemporaneous events, rendered Defendants' statements false and misleading:

142. **ADAM performed only a fixed, preprogrammed sequence (FE-2).** FE-2 worked at Richtech as a Robotics Engineer from May 2025 to late July or early August 2025—encompassing both press releases. FE-2 was responsible for developing more intelligent capabilities for Scorpion and other robots using UFactory arms, and was the only person on the U.S. side performing real robotics development, giving FE-2 contemporaneous, firsthand knowledge of the robots' actual capabilities. During FE-2's tenure, ADAM was limited to a fixed sequence: the gripper goes to one place, closes, goes to another place, and releases. ADAM did not have any real autonomous decision-making—a feature FE-2 was going to do, but which Richtech abandoned after realizing one person could not develop it in one or two months. These facts render false the claims that ADAM "observes the water pressure during extraction and makes precise adjustments," "moves beyond basic automation," and "execute[s] complex recipes" through "adaptive AI."

143. **ADAM's camera hardware was not computer vision, and ADAM could not perceive or adapt to the position of a cup (FE-2).** While ADAM had some camera hardware, FE-2 said that did not mean ADAM had computer vision. Far from "monitor[ing] each cup in real time and precisely adjust[ing] pour angle, flow rate, and timing," ADAM could not tell where a cup was: if a cup was placed one centimeter from its expected location, the robot would crash into the cup or go to the coffee machine without the cup in its gripper. ADAM's purported "milliliter-level accuracy" was the product not of any "closed-loop 'perception-to-action' control system," but of Richtech's employees calibrating the robots at the millimeter level so it can go as what expected to go through a trial-and-error process during which the robot is failing. Nor could

ADAM "detect when a customer approaches" through "AI-enabled vision," and because ADAM lacked voice recognition as an operating product, it could not "engage customers" or "suggest beverages based on preferences" as claimed.

144. **ADAM did not run on NVIDIA hardware during this quarter (FE-2).** During FE-2's time at Richtech, Richtech's robots did not actually operate on NVIDIA Jetsons. Richtech was trying to code NVIDIA onto the robots, using approximately ten Jetsons that FE-2 and two other people used for development—work that eventually fell to FE-2 alone because it seemed Richtech did not want to invest the time. FE-2 was aware of no NVIDIA contract. These facts render false the claims that ADAM used "NVIDIA-powered AI vision" and was "driven by NVIDIA technology."

145. **FE-2 told Richtech's leadership that the robots were not AI-driven, and Wayne Huang knew they were preprogrammed (FE-2).** FE-2 sent daily progress reports by email to Wayne Huang, Michael Huang, U.S. operations head "Sky," and a woman in China responsible for product development, and those reports sometimes communicated the preprogrammed nature of the robots. FE-2 met with Wayne Huang frequently—twenty, thirty meetings—in which Wayne Huang discussed what direction, what features he wants. FE-2 said Wayne Huang understood the basic fact that Richtech's robots were preprogrammed. Shortly before FE-2 left, Wayne Huang, Michael Huang, "Sky," and the China product-development lead wanted FE-2 to develop quickly an adaptive feature using a camera vision model and a neural network so the camera could tell the gripper where to go—the very capability the June 17, 2025 press release attributed to ADAM's "proprietary vision-AI system." FE-2 could not deliver a finished functional demo in one week. FE-2 constantly told "Sky" and the China product-development lead that the robots were not really AI-driven, and that they did not like hearing it.

146. **ADAM's purported "commercial viability" was undermined by constant failures and customer dissatisfaction (FE-2, FE-3).** FE-2 heard from people in Richtech's operations and marketing departments that restaurant customers did not want the robots anymore after using them, and of a customer who did not want its robot but could not get its money back

because it had signed a contract. FE-3 corroborated that Richtech overpromised and did not deliver on their robots' capabilities—for example, ADAM could make one drink a minute, but Richtech oversold it for large events, where it would then spill drinks willy nilly and Richtech would not give the customer a refund. FE-3 said that was something FE-3 saw repeated a lot. These facts render misleading Casella's characterization of ADAM as a "compelling validation of ADAM's real-world performance and commercial viability" and as "scalable, revenue-generating automation."

#### 3. The Information Defendants Omitted to Make Their Statements Not Misleading

147. Defendants were required to disclose the following omitted, material facts to make the above alleged statements not misleading: (a) ADAM performed only a fixed, preprogrammed sequence and had no autonomous decision-making; (b) ADAM's camera hardware did not provide computer vision, and ADAM had no operational voice recognition; (c) ADAM's accuracy depended on manual, millimeter-level calibration, and the robot would crash into a cup moved even one centimeter; (d) Richtech's robots did not operate on NVIDIA Jetsons, and Richtech had no NVIDIA contract; (e) the adaptive vision capability Richtech advertised was an unfinished development project that leadership was pressing a single engineer to deliver; and (f) Richtech's only U.S. robotics developer was telling management that the robots were preprogrammed.

### C. Q2 FY 2026 (Quarter Ended March 31, 2026).

#### 1. January 20, 2026: Defendants Touted Richtech as an "Embodied AI" Company That "Design[s], Engineer[s], [and] Manufacture[s]" AI-Powered Robots and Enjoys "Established Partnerships" with Technology Leaders While Selling Preprogrammed Robots Sourced from China and Relying on Partnerships That Were Illusory

##### a. The Statements

148. On January 20, 2026, Richtech filed an annual report on Form 10-K with the SEC (the "FY 2025 10-K"), which stated, in relevant part:

> Richtech is a robotics and ***artificial intelligence ("AI") technology company focused on developing advanced embodied AI systems*** that aims to improve the efficiency and productivity of U.S. businesses. ***Richtech trains proprietary artificial intelligence models on in-house data to operate advanced robotic systems in***

> ***the real world. We design, engineer, manufacture, and deploy next generation embodied AI systems*** to serve a wide range of industries—including food service, retail, industrial manufacturing, automotive, health care, and hospitality. ***Our robots are designed to be user friendly, reliable, and highly customizable***, with the goal of driving tangible profit and loss ("P&L") improvements for our customers.

149. The FY 2025 10-K described the purported advanced AI capabilities of ADAM:

> ***ADAM*** is a dual-arm, ***AI-powered service robot*** developed to revolutionize beverage preparation and customer interaction in hospitality and retail environments. Designed for reliability, precision and engagement, ADAM automates the full beverage-making process—from mixing and shaking to espresso extraction—while delivering a captivating, customer-facing experience.
>
> ***Equipped with advanced vision and control AI***, ***ADAM continuously monitors each beverage it prepares, dynamically adjusting movements and pouring accuracy to ensure consistent, high-quality results.*** Its coordinated dual-arm design ***enables complex, human-like motions and multitasking capabilities that traditional automated dispensers cannot replicate***.

150. The FY 2025 10-K similarly described Scorpion as containing AI capabilities:

> ***Scorpion*** was developed on the same architecture as ADAM. ***Scorpion can perform many of ADAM's AI functions*** at a lower cost and with a smaller footprint. ***Additional AI camera systems allow for new features such as gesture and face recognition***. These additional features, along with the smaller footprint, are designed to provide a more intimate experience for guests. ***Scorpion also has the ability to craft a unique cocktail for each customer based on input from the customer (e.g. what mood they are in) and information collected through Scorpion's sensors***. The smaller footprint allows ***this AI bartender*** to be deployed in a wider variety of environments. We believe Scorpion provides a more engaging and unique experience for customers while having the ability to significantly improve returns on investments ("ROI") and affordability for businesses.

151. The FY 2025 10-K described Dex as being powered by NVIDIA Jetson Thor modules that enable "advanced AI capabilities":

> **Dex** is Richtech's next-generation industrial humanoid robot designed for real-world manufacturing, logistics and material-handling environments. ***Building on years of experience in deploying robotic platforms***, Dex combines ***the mobility of an autonomous robot with the dexterity of dual robotic arms,*** creating a versatile solution for industrial automation.
>
> Unlike traditional humanoid designs that prioritize form over function, Dex employs a wheeled base to deliver practical stability, energy efficiency and uptime on factory and warehouse floors. This is designed to enable the robot to navigate

> safely in shared human environments while ***performing complex manipulation tasks such as part handling, machine tending, quality inspection and packaging***.
>
> At its core, ***Dex is powered by the latest NVIDIA Jetson Thor module***, ***enabling advanced AI capabilities for real-time perception, motion planning and decision-making. Through our internal AI data training pipeline, Dex learns tasks in simulation before refining its performance in the physical world***, ***accelerating deployment and improving reliability***. Its modular architecture supports a range of end-effectors and can evolve over time through over-the-air software updates.

152. The FY 2025 10-K described how Richtech's "***manufacturing operations utilize a hybrid production model***," where for "***some of our higher-complexity products, a portion of the production, including final assembly, system integration, and quality testing, is performed in the United States at our facilities in Las Vegas, Nevada***."

153. The FY 2025 10-K further touted the size and sophistication of Richtech's research and development operation. Richtech described its product development teams, which "***carry out research and development tasks***" and are "***comprised of several engineers linked with a product manager and work closely with the creative design and manufacturing teams***." The FY 2025 10-K described the development teams as being "***responsible for the ideation, engineering, and testing of new robots***." Per the FY 2025 10-K, ***twenty-seven (27) of Richtech's fifty-five (55) full-time employees in the United States were part of the R&D team***.

154. The FY 2025 10-K further emphasized to investors that partnerships with technology companies were central to its competitive position. Specifically, Richtech listed "Enterprise Partnerships" among its competitive strengths: "***Our established partnerships with leading companies in the robotics and AI space are a significant competitive advantage***. ***We expect to continue to cultivate relationships with corporate end users and technology leaders to expand the scope of opportunities and resources available to the company***."

### b. The Specific Contemporaneous Facts That Rendered These Statements False and Misleading When Made

155. At the time Defendants made these statements, Defendants knew, or were deliberately reckless in not knowing, that Richtech was not a company that "design[s], engineer[s], manufacture[s], and deploy[s] next generation embodied AI systems," but instead sourced its robots from Chinese manufacturers, affixed the Richtech label, and resold them; that Richtech did

not "train[] proprietary artificial intelligence models on in-house data," because its robots operated on fixed, preprogrammed waypoints and its U.S. engineers had no access to the code or software that ran them; that ADAM was not "[e]quipped with advanced vision and control AI" and did not "continuously monitor[] each beverage it prepares," but executed a fixed, preprogrammed sequence that required manual calibration and continually broke; that Dex was not a functioning AI-driven humanoid "powered by the latest NVIDIA Jetson Thor module," but a deficient robot that outside engineers described as complete garbage; that Richtech's Las Vegas facility was a warehouse, not a site of meaningful "final assembly, system integration, and quality testing"; and that Richtech's purported "established partnerships with leading companies in the robotics and AI space" were fabricated from ordinary product purchases or publicly available programs.

156. The following facts, drawn from the accounts of former employees with personal knowledge of contemporaneous events, rendered Defendants' statements false and misleading:

157. **Richtech did not design or engineer its robots; it sourced them from China and affixed its own label (FE-1, FE-2, FE-3).** FE-1, who joined Richtech as Senior Vice President and President in late January 2026 and reported directly to Wayne Huang and Michael Huang, said the core of the Company's problem was that there was no product engineering or product development inside the Company because they do not design or engineer any robots. FE-1 said Richtech used Chinese partners to basically source their robots, and called the Company a label slap. FE-1 stated Richtech took what it got from China and had to make it work. FE-2 explained that ADAM, Scorpion, and the humanoid robot limbs were just like a UFactory robot arm attached to a computer with some fancy shells, and that the mobile robots were completely produced in China and resold by Richtech as its own product. FE-3, who worked at Richtech from November 2025 to April 2026, said it was common knowledge that most robots came from China, identified AutoXing as one of Richtech's manufacturers, and said Richtech lost multiple business brands, dealerships, and partnerships because they found out the robots were made in China.

158. **Richtech's U.S. engineers had no access to the code or software that ran the robots (FE-1).** FE-1 said Richtech's Las Vegas engineering team was completely in the dark about

the robots, as everything was done in China and it is in a black box. The Las Vegas engineers did not have access to the code or software and thus had no ability to affect any of the software or design on the robot itself. Every question to China had to go through Wayne Huang, who decided what he wanted to ask, and the Las Vegas team had no control over the relationship.

159. **Richtech's robots were not "embodied AI systems"; every robot in the product line ran on fixed, preprogrammed waypoints (FE-2, FE-1).** FE-2, the only person on the U.S. side performing real robotics development at Richtech during FE-2's tenure, said Richtech's robots were preprogrammed and did not have the AI capabilities the Company claimed. According to FE-2, the preprogrammed system applied to ADAM, Scorpion, and the humanoid robots; as far as FE-2 knew, every robot in Richtech's product line used preprogrammed waypoints and calibration, and none had real autonomous decision-making. FE-2 explained that preprogramming meant the robot arm was told exactly where to move, the same way robot arms work on a manufacturing line. FE-1 confirmed that these conditions continued into early 2026: FE-1 said ADAM and other robots were essentially preprogrammed because Richtech did not control the underlying engineering.

160. **ADAM lacked computer vision, failed whenever its surroundings deviated from a preset arrangement, and continually broke (FE-2, FE-1, FE-3).** Per FE-2, ADAM was limited to a fixed sequence: the gripper goes to one place, closes, goes to another place, and releases. While ADAM had some camera hardware, FE-2 said that did not mean ADAM had computer vision. If a cup was placed one centimeter from its expected location, ADAM would crash into the cup or go to the coffee machine without the cup in its gripper, and if the robot was not preset, it will fail 100%. Richtech therefore had to calibrate the robots constantly, at the millimeter level, through a trial-and-error process during which the robot is failing. FE-1 said people inside Richtech complained about ADAM, and that ADAM continually breaks and still does not work correctly. FE-3 described how Richtech's robots always had issues long term and how ADAM could not really keep up with expectations.

161. **Dex was a deficient robot that Richtech could not control or improve, and Richtech's robots did not run on NVIDIA hardware (FE-1, FE-2).** During FE-1's tenure, FE-

1 brought in OLogic, a Silicon Valley robotics engineering company, to review Richtech's products, and Richtech sent one of its first DexMate humanoid robots for review. Per FE-1, OLogic thought the design of this robot was horrific, that it looked like it was made by high school kids, that it was full of all sorts of errors, and that it was complete garbage. FE-1 said DexMate's mobile base was made by another company, that Richtech could not easily access or improve the mobile platform because it was going through multiple third parties, and that Michael Huang was desperate to bring on a real robot that can do something because the DexMate was garbage. FE-2 said that during FE-2's tenure Richtech's robots did not actually operate on NVIDIA Jetsons; Richtech was instead trying to code NVIDIA onto the robots.

162. **Richtech's Las Vegas facility was a warehouse, not a manufacturing facility (FE-2, FE-3).** FE-2 said the Las Vegas facility was not a manufacturing facility, but a warehouse, and that the process there was to put the UFactory arm, connect it to a computer, and put all of them in a shell they made in China. FE-2 saw UFactory boxes at Richtech, and the mobile robots arrived packaged such that a person would open the box, take out the padding, and you have the robots. FE-3 said Richtech taught FE-3 to tell customers that the robots were shipped to Richtech and then Richtech developers programmed it, but FE-3 said that the robot still comes from China.

163. **Richtech's purported "established partnerships with leading companies in the robotics and AI space" were illusory (FE-1, FE-2, FE-3).** FE-2 said Richtech would often describe itself as cooperating with a larger company when it was actually just using that company's service or talking to one high-level person. As to NVIDIA, during FE-2's tenure, FE-2 was not aware of, and to FE-2's knowledge there was no, NVIDIA contract; rather, Richtech bought approximately ten NVIDIA Jetsons. FE-3 said that when Richtech was approved through NVIDIA's public application process, which most applicants passed, Richtech just said that it was a partnership. Based on what FE-1 learned after joining Richtech, FE-1 said there was no partnership with NVIDIA. As to Microsoft, FE-3 said that in December 2025, before the FY 2025 10-K was filed, National Sales Director Stephen Deperte told employees not to pay any attention to the purported Microsoft partnership and not to get their hopes up. FE-1 explained that Richtech

did not have the engineering team that such companies would expect to work with.

#### c. The Information Defendants Omitted to Make Their Statements Not Misleading

164. Defendants were required to disclose the following omitted, material facts to make the above alleged statements not misleading: (a) Richtech did not design or engineer its robots, but sourced them from Chinese manufacturers and affixed its own label; (b) Richtech's U.S. engineers, including its purported R&D team, had no access to the code or software that ran the robots, and every question to the Chinese suppliers had to go through Wayne Huang; (c) every robot in Richtech's product line operated on fixed, preprogrammed waypoints and had no real autonomous decision-making, and Richtech did not train proprietary AI models to operate its robots; (d) ADAM lacked computer vision, required constant manual calibration, failed whenever objects were not in their exact preset locations, and continually broke; (e) Dex was a deficient robot built on third-party components that Richtech could not readily access or improve, and Richtech's robots did not operate on NVIDIA hardware; (f) Richtech's Las Vegas facility was a warehouse, not a manufacturing facility; and (g) Richtech had no partnership with NVIDIA, its NVIDIA association consisted of hardware purchases and approval through a widely available program, and its Microsoft engagement was non-commercial.

### 2. January 27, 2026: Defendants Announced a "Joint Engineering" "Collaboration" with Microsoft That Did Not Exist—One Day Before Agreeing to a $38.7 Million Private Placement

#### a. The Statements

165. On January 27, 2026, Richtech issued a press release entitled "Richtech Robotics Collaborates with Microsoft to Advance Agentic AI in Real-World Robotics Applications," which stated, in relevant part:

> LAS VEGAS, Jan. 27, 2026 (GLOBE NEWSWIRE) -- Richtech Robotics Inc. (Nasdaq: RR) ("Richtech Robotics"), ***a U.S.-based provider of AI-driven robots operating in commercial and industrial environments, today announced a hands-on collaboration with Microsoft through the Microsoft AI Co-Innovation Labs to jointly develop and deploy agentic artificial intelligence capabilities in real-world robotic systems.***

> ***Through close collaboration between Richtech Robotics' engineering team and Microsoft's AI Co-Innovation Labs, the companies worked together to enhance Richtech Robotics' ADAM robot with adaptive intelligence powered by Azure AI. The collaboration focused on applying vision, voice, and autonomous reasoning to physical environments, enabling robots to move beyond task execution and support more contextual, conversational, and operationally aware interactions.***
>
> ***Richtech Robotics and Microsoft enhanced ADAM with additional layers of context awareness, allowing the robot to incorporate signals such as time of day, weather, and promotions, respond more naturally to customer preferences, and apply vision-based models to maintain speed and quality during peak demand. These capabilities also support operational awareness, including notifying staff of ingredient or equipment issues before disruptions occur.*** These capabilities are designed to support smoother workflows and more responsive customer interactions in retail environments.
>
> While ADAM serves as a flagship example***, the collaboration demonstrates how agentic AI capabilities can be applied across a range of physical environments***, including logistics, hospitality, manufacturing, and other operational settings ***where real-time perception, reasoning, and reliability are essential.*** By combining physical robotics with cloud-based AI models, ***Richtech Robotics can apply software-driven intelligence across its portfolio to improve operational visibility, service quality, and performance without requiring extensive new hardware investments.***
>
> ***"Our collaboration with Microsoft reflects a shared focus on applying advanced AI to practical, real-world use cases,"*** said Wayne Huang, Founder and Chief Executive Officer of Richtech Robotics. ***"By working closely with the Microsoft AI Co-Innovation Labs, our teams were able to jointly develop and deploy intelligent capabilities that strengthen reliability, enhance customer interactions, and support scalable automation across physical environments."***
>
> The collaboration underscores Richtech Robotics' continued investment in data-driven automation and physical AI, leveraging cloud intelligence, perception, and autonomous reasoning to improve performance across commercial and industrial applications.

166. The market responded immediately: Richtech's stock, which had traded at $3.81 before the announcement, closed at $5.51 following it, and Hunterbrook Media later reported that the announcement "added more than $370 million in market cap." On the same day it issued the Microsoft press release, Richtech entered into a purchase agreement to sell 8,500,000 shares of Class B common stock in a private placement at $4.55 per share, for gross proceeds of

$38,675,000, which it announced in a second press release issued the day after the Microsoft announcement.

**b. The Specific Contemporaneous Facts That Rendered These Statements False and Misleading When Made**

167. At the time Wayne Huang and Richtech made these statements, Defendants knew, or were deliberately reckless in not knowing, that Richtech had no "hands-on collaboration" or "joint engineering effort" with Microsoft, but had participated in a standard, complimentary Microsoft program open to essentially any customer, with "no commercial element"; that Richtech did not have an "engineering team" capable of jointly developing anything with Microsoft; and that ADAM did not possess the "vision, voice, and autonomous reasoning" capabilities the release attributed to the purported collaboration. Defendants issued the release not because Richtech had a meaningful relationship with Microsoft, but because Richtech's executives needed positive news to boost the stock price ahead of a $38.7 million private placement.

168. The following facts, drawn from the accounts of former employees with personal knowledge of contemporaneous events and from contemporaneous public reporting, rendered Defendants' statements false and misleading:

169. **Microsoft confirmed the engagement was a standard customer program with "no commercial element" (Hunterbrook Media).** On January 29, 2026, Hunterbrook Media published an article entitled "Breaking: Microsoft Denies Partnership with Richtech Robotics." Microsoft told Hunterbrook the engagement "was a 'standard' customer program with 'no commercial element.'" Richtech "appears to have participated in a program Microsoft describes on its website as being available to 'any customer/partners looking to implement Microsoft's AI tools.'" As Hunterbrook summarized, the "close collaboration" was "in reality . . . a one-week program open to just about anybody." This stands in stark contrast to the "hands-on collaboration," "close collaboration," and joint development and deployment described in the January 27 press release.

170. **Richtech had no engineering team capable of collaborating with Microsoft (FE-1).** FE-1, who joined Richtech as Senior Vice President and President shortly after the

announcement and reported directly to Wayne Huang and Michael Huang, realized that it was a complete sham because Richtech did not have the engineering team needed to work with Microsoft. Based on what FE-1 learned after joining Richtech, FE-1 said there is no Microsoft partnership. FE-1 explained that large technology companies expect to work with an engineering team that understands them—yet Richtech's Las Vegas engineers were completely in the dark about the robots and lacked access to their code and software. When FE-1 urged Wayne Huang and Michael Huang to build these partnerships into real ones, FE-1 was blocked. These facts render false the release's description of a "close collaboration between Richtech Robotics' engineering team and Microsoft's AI Co-Innovation Labs" and Wayne Huang's statement that "our teams were able to jointly develop and deploy intelligent capabilities."

171. **ADAM did not have, and Richtech could not build, the Azure-powered capabilities the release described (FE-2, FE-1).** FE-2 knew of no meaningful Microsoft Azure or cloud-based AI system connected to ADAM, and ADAM did not have those capabilities while FE-2 worked at Richtech. As to the claim that ADAM could incorporate signals "such as time of day, weather, and promotions," FE-2 said a feature like that had been under development with another AI company that mostly worked on cars; FE-2 put that company's AI inside an NVIDIA Jetson and tried to pretend that ADAM is a car. That limited feature could tell you the weather, but it was not real robotic intelligence and was not a finished product. Based on FE-2's knowledge of Richtech's capabilities during FE-2's tenure, FE-2 did not believe Richtech could combine vision, voice, and manipulation by January 2026—the very month Richtech announced it had done so. FE-2 said Richtech did not have enough people with the knowledge to do it. FE-1 stated ADAM's deficiencies continued into early 2026: ADAM continually breaks and still does not work correctly, and Richtech took what it got from China and had to make it work.

172. **Before the announcement, employees were told to disregard the Microsoft "partnership" because Michael has a plan (FE-3).** In December 2025, when a marketing colleague told FE-3 Richtech had a Microsoft partnership, and it's official, FE-3's supervisor, National Sales Director Stephen Deperte, said do not pay any attention to that and do not get your

hopes up. Deperte then said that Michael has a plan with this stuff and that he already said too much. Around the same time, when asked why Richtech had not announced the partnership, Deperte said it is a whole thing with the stock that they could not really get into right now, but Michael has a plan for the stock.

173. **The purported partnership was manufactured from an event-rental contact and licensing software (FE-3).** FE-3 said employees all kind of assumed it was the same situation as NVIDIA, where Richtech had a license or something, and would go live and say it's a whole corporate partnership. Per FE-3, Richtech came up with this idea that they're going to say that we've partnered with Microsoft because Richtech was in contact with some higher ups at Microsoft about an event rental. While Richtech technically had contact with Microsoft and used their licensing software, FE-3 believed Phil Zheng used the licensing software and event rental contact to say Richtech has business with Microsoft.

174. **Richtech's own sales leadership admitted there was no partnership and instructed the sales force to stay away from Microsoft (FE-3).** Per FE-3, Deperte told the sales team not to mention Microsoft to customers around the time of the announcement. During one of his rants about Zheng, Deperte talked about how Richtech went live with this whole Microsoft announcement, and that we do not really have a partnership with Microsoft, adding that it was not a good idea from the start. After the press release, the message at Richtech's weekly Friday sales meetings was to keep the sales up but stay away from Microsoft—because, as FE-3 explained, it is a lie, it is a can of worms, and it is not going to be worth it.

175. **Defendants timed the announcement to inflate the stock price immediately before the private placement (FE-1, FE-3, Hunterbrook Media).** Richtech issued the Microsoft release on the same day it agreed to sell 8,500,000 shares at $4.55 per share—approximately 19.4% above the $3.81 pre-announcement price. Had the same shares been sold at $3.81, Richtech would have raised approximately $32.4 million, roughly $6.3 million less than it obtained on the back of the Microsoft announcement. Richtech needed this route because, after missing its Form 10-K deadline, it should have lost eligibility to use Form S-3 and its ATM programs—its principal

source of capital—while a Regulation D private placement does not require S-3 eligibility. Asked whether Richtech made the Microsoft announcement to increase the stock price before the private placement, FE-1 answered that of course they did. FE-1 noted that Michael Huang had told FE-1 Richtech had $300 million plus of cash sitting in the bank; Richtech reported $328.5 million in cash and cash equivalents and short term investments, while net cash used in operating activities was only $1.6 million for the three months ended December 31, 2025. FE-3 further understood that Phil Zheng went live with the announcement to have everybody buy the stock, and that when Wayne Huang and Michael Huang pushed back because people were going to figure out that Richtech did not have a real partnership with Microsoft, Zheng responded that they are not going to figure it out because we are just going to put a put on the stock. After the stock fell, Deperte told FE-3 that we knew that it was going to go down.

#### c. The Information Defendants Omitted to Make Their Statements Not Misleading

176. Defendants were required to disclose the following omitted, material facts to make the above alleged statements not misleading: (a) Richtech's engagement with Microsoft was a standard, complimentary customer program available to essentially any customer, with no commercial element; (b) Richtech had no engineering team capable of jointly developing or deploying AI capabilities with Microsoft, and its U.S. engineers lacked access to the robots' code; (c) ADAM did not possess functioning Azure-powered vision, voice, or autonomous-reasoning capabilities, and Richtech lacked the personnel to build them; (d) the "partnership" was built from an event-rental contact and licensing software; (e) Richtech's own sales leadership acknowledged there was no real partnership and instructed the sales force not to discuss Microsoft; and (f) Defendants timed the announcement to inflate Richtech's stock price on the same day they agreed to sell 8,500,000 shares in a private placement priced off that inflated price.

## D. Q3 FY 2026 (Quarter Ended June 30, 2026): Defendants Continued to Tout NVIDIA Jetson Thor, "Building On" Their Illusory Microsoft Work, and ADAM's "Consistent" AI-Driven Beverage Service

### 1. The Statements

177. On April 28, 2026, Richtech issued a press release that stated, in relevant part:

> ***ADAM is Richtech Robotics' flagship robot accelerated by NVIDIA Jetson Thor. It is a dual-armed beverage service robot that can interact with customers, provide drink recommendations, and adapt to changes in its environment.***

178. On April 29, 2026, Richtech issued a press release announcing the availability of its solutions in the Microsoft Marketplace, which stated, in relevant part:

> ***Building on its work with the Microsoft AI Co-Innovation Labs, Richtech Robotics continues to advance the integration of Agentic AI into its physical robotic fleet, including the dual-arm ADAM robot. By combining cloud-based Azure AI with physical automation, the Company is developing robots capable of autonomous reasoning, contextual conversation, and real-time operational awareness.***
>
> "The availability of our solutions in the Microsoft Marketplace represents a significant step in our global growth," said Richtech Robotics CEO Wayne Huang. "By integrating with the Microsoft ecosystem, we are advancing our objective of expanding our scalable solutions and Robotics-as-a-Service model globally, supported by a trusted cloud infrastructure."
>
> Cyril Belikoff, Vice President, Microsoft Azure Product Marketing, Microsoft Corp. said, "We're pleased to welcome Richtech Robotics to Microsoft Marketplace, which gives our partners great exposure to cloud customers around the globe. Microsoft Marketplace offers world-class quality experiences from global trusted partners with solutions tested to work seamlessly with Azure."

179. On June 12, 2026, Richtech issued a press release that stated, in relevant part:

> ***ADAM combines AI, machine vision, and robotic automation to deliver consistent beverage preparation and service,*** while DUST-E S enables facilities to maintain cleanliness with minimal manual intervention.

### 2. The Specific Contemporaneous Facts That Rendered These Statements False and Misleading When Made

180. At the time Wayne Huang and Richtech made these statements, Defendants knew, or were deliberately reckless in not knowing, that Richtech had no partnership with NVIDIA and that its robots had not operated on the NVIDIA hardware the Company touted; that Richtech's "work with the Microsoft AI Co-Innovation Labs" was a standard, complimentary customer program that Richtech's own leadership had instructed the sales force to avoid discussing; and that ADAM did not "combine[] AI, machine vision, and robotic automation to deliver consistent beverage preparation and service," but instead "continually breaks" and "doesn't work correctly."

181. The following facts, drawn from the accounts of former employees with personal knowledge of contemporaneous events and from contemporaneous public reporting, rendered Defendants' statements false and misleading:

182. **There was "no partnership with NVIDIA," and Richtech's NVIDIA association rested on an approval process "everybody" could use (FE-1, FE-3, FE-2).** FE-1, who worked at Richtech until early March 2026, heard Michael Huang talk about this relationship with NVIDIA, but described it as kind of bullshit and based on what FE-1 learned after joining Richtech, FE-1 said there was no partnership with NVIDIA. FE-1 explained that Richtech lacked the engineering team needed to work with NVIDIA. FE-3, who worked at Richtech through April 2026, explained that NVIDIA had a site where companies could request to become a partner to use Jetson, that most applicants were approved, and that when Richtech got approved, Richtech just said that it was a partnership. FE-2 confirmed that Richtech's robots did not operate on NVIDIA Jetsons during FE-2's tenure; Richtech had bought approximately ten Jetsons for development work it seemingly was unwilling to invest the time to complete. These facts render misleading the April 28, 2026 representation that ADAM was "accelerated by NVIDIA Jetson Thor" and could "adapt to changes in its environment."

183. **ADAM could not "adapt to changes in its environment" (FE-2, FE-1).** As FE-2 explained, every robot in Richtech's product line during FE-2's tenure—including ADAM—used preprogrammed waypoints and calibration and had no real autonomous decision-making, and ADAM would crash into the cup if the cup was moved one centimeter. FE-1 stated that ADAM's deficiencies continued into early 2026, and that ADAM and other robots were essentially preprogrammed because Richtech did not control the underlying engineering.

184. **Richtech's "work with the Microsoft AI Co-Innovation Labs" was a standard program, and there was no Microsoft partnership to "build[] on" (Hunterbrook Media, FE-1, FE-2).** Microsoft had publicly confirmed in January 2026 that the engagement was a "standard" customer program with "no commercial element." Based on what FE-1 learned after joining Richtech, FE-1 said there's no Microsoft partnership and called the purported collaboration a

complete sham. Richtech also lacked the engineering capacity to integrate "cloud-based Azure AI" into a "physical robotic fleet": based on FE-2's own knowledge of Richtech's capabilities during FE-2's tenure, FE-2 did not believe Richtech could combine vision, voice, and manipulation and said the Company did not have enough people with the knowledge to do so. FE-1 also said there was no product engineering or product development inside the Company. These facts render misleading the April 29, 2026 representations that Richtech was "[b]uilding on its work with the Microsoft AI Co-Innovation Labs" and was "developing robots capable of autonomous reasoning, contextual conversation, and real-time operational awareness."

185. **Richtech's leadership knew it needed real engineering people to build real robots (FE-1).** FE-1 said Michael Huang was desperate to bring on a real robot that can do something because Richtech's DexMate humanoid was garbage, but was rebuffed twice by Reflex Robotics, and that Michael Huang realized Richtech needs real engineering people on the team if they're going to build real robots. FE-1 had scheduled a meeting with Phil Zheng, Michael Huang, and Wayne Huang to organize Richtech's product development process and address what we need to do with the China people, but was let go the day before the meeting.

186. **ADAM did not deliver "consistent" beverage preparation and service (FE-1, FE-2, FE-3).** FE-1 said ADAM continually breaks, and that it still does not work correctly. FE-3 described how Richtech's robots always had issues long term, how ADAM could not really keep up with expectations, and how ADAM, when oversold for large events, would spill drinks willy nilly. FE-3 said that Richtech struggled to get long-term contracts because of robot problems and customer-service problems. During FE-2's tenure, ADAM's camera hardware did not provide computer vision, so ADAM did not combine "machine vision" with automation as represented. These facts render false the June 12, 2026 representation that "ADAM combines AI, machine vision, and robotic automation to deliver consistent beverage preparation and service."

### 3. The Information Defendants Omitted to Make Their Statements Not Misleading

187. Defendants were required to disclose the following omitted, material facts to make the above alleged statements not misleading: (a) Richtech had no partnership with NVIDIA, and

its NVIDIA association consisted of hardware purchases and approval through a widely available program; (b) ADAM ran on preprogrammed waypoints and could not adapt to changes in its environment; (c) Richtech's Microsoft engagement was a standard customer program with no commercial element, and Richtech's leadership had instructed the sales force not to discuss it; (d) Richtech lacked the in-house engineering and personnel to develop robots capable of autonomous reasoning or to integrate Azure AI into its fleet; and (e) ADAM continually breaks, does not work correctly, and did not deliver consistent beverage service.

## VII. THE TRUTH EMERGES: RICHTECH DISCLOSES THE CONSEQUENCES OF ITS CONCEALED PRACTICES

188. The truth about Richtech's concealed practices emerged through a series of partial corrective disclosures, beginning with two principal disclosure events and continuing through post-Class Period filings in which Richtech itself expanded the facts revealed. On January 29, 2026, Hunterbrook Media reported that Microsoft denied having a partnership with Richtech, revealing that the announcement used to drive a 44.6% stock-price surge and facilitate a $38.7 million private placement had materially overstated a routine, non-commercial customer engagement. On June 12, 2026, Richtech disclosed that the financial results it had reported throughout the Class Period—the only objective measure of whether its robots had the commercial traction Defendants claimed—could not be relied upon, that its review of potential errors in "other areas" was ongoing and the resulting adjustments "could be material," and that the material weakness in its internal controls had never been remediated. Each disclosure exposed facts that Defendants had concealed and was followed by a significant decline in Richtech's stock price. Richtech's subsequent filings on August 7 and August 19, 2026 confirmed and expanded what those disclosures revealed.

### A. January 29, 2026: Hunterbrook Media Reveals Microsoft Denies Any Partnership with Richtech — The Stock Falls 20.87%

189. On January 27, 2026, at 8:00 a.m. Eastern Time, Richtech issued a press release entitled "Richtech Robotics Collaborates with Microsoft to Advance Agentic AI in Real-World Robotics Applications." The release claimed that Richtech had undertaken a "[j]oint engineering

effort" and was engaged in "close collaboration" with Microsoft through Microsoft's AI Co-Innovation Labs. CEO Wayne Huang was quoted as stating: "Our collaboration with Microsoft reflects a shared focus on applying advanced AI to practical, real-world use cases."

190. The market reacted immediately to the purported Microsoft partnership. Richtech's stock price rose 44.6%, from $3.81 per share to $5.51 per share, as investors incorporated the claimed collaboration into the market price.

191. The following morning, on January 28, 2026, Richtech announced a $38.7 million private placement priced at the market under NASDAQ rules. The transaction involved the sale of 8,500,000 shares of Class B common stock. Richtech's SEC filings confirm that the Company entered into the purchase agreement on January 27, 2026, at $4.55 per share, for aggregate gross proceeds of $38,675,000, and that the private placement closed on January 29, 2026. *See* Part V.E.2.

192. The Microsoft announcement was materially false. Richtech had not entered into a commercial partnership or joint engineering effort with Microsoft. Instead, Richtech had participated in Microsoft's AI Co-Innovation Lab, a standard, complimentary customer-engagement program available to customers and partners, including startups, that offered "one-week long complimentary, personalized development sprints for engineering teams."[58]

193. On January 29, 2026, at 12:00 p.m. Eastern Time, Hunterbrook Media published an article entitled "Breaking: Microsoft Denies Partnership with Richtech Robotics."[59] Microsoft told Hunterbrook: "Richtech participated in an AI Co-Innovation Lab engagement, which is a standard customer engagement focused on exploring and prototyping AI solutions using Microsoft technologies. There is no commercial element in this lab engagement."[60] Hunterbrook further reported that the program was available to "any customers/partners looking to implement

---

[58] *See* Hunterbrook Media, "Breaking: Microsoft Denies Partnership with Richtech Robotics" (January 29, 2026), *available at* https://hntrbrk.com/breaking-news/richtech-robotics.

[59] *Id.*

[60] *Id.*

Microsoft's AI tools," including "startups."[61]

194. The Hunterbrook article also reported that Richtech had missed its Form 10-K filing deadline and lost eligibility to use Form S-3, leaving it in need of an alternative method to raise capital.[62] The article's reporting thus placed the Microsoft announcement and the private placement in their proper context: Richtech issued the purported partnership news and announced the private placement the next day, after Richtech had lost the streamlined registration process it otherwise could have used to raise capital.

195. When Hunterbrook asked Richtech for comment, Richtech did not defend the January 27 press release's description of a "close collaboration." Instead, it directed Hunterbrook to its delayed Form 10-K, in which it had described the Microsoft engagement as a "non-commercial technology collaboration."[63] When Hunterbrook followed up to ask why Richtech had not specified in the press release that the relationship was "non-commercial," Richtech did not reply.[64] Richtech thus effectively conceded that the qualifier that would have told investors the truth was buried in a filing and deliberately omitted from the market-moving press release.

196. The market immediately recognized the significance of the disclosure. On January 29, 2026, Richtech's stock price fell $1.06 per share, or 20.87%, to close at $4.02. On January 30, 2026, the stock fell an additional $0.44 per share, or 10.9%, to close at $3.58. These declines followed the Hunterbrook article and were not caused by any intervening disclosure alleged here.

197. The January 29 disclosure was causally related to Defendants' misleading scheme because it revealed that the claimed Microsoft partnership—used to inflate Richtech's stock price and facilitate the $38.7 million private placement—did not exist. Microsoft itself confirmed that the engagement had no commercial element. The close timing between the January 27 press release, the January 28 private-placement announcement, and the subsequent disclosure supports that Defendants used the purported partnership to inflate the stock before executing a capital raise

---

[61] *Id.*

[62] *Id.*

[63] *Id.*

[64] *Id.*

that Richtech could not otherwise have accomplished after losing Form S-3 eligibility.

198. The January 29 disclosure was partial. Although Hunterbrook revealed the fabricated Microsoft partnership and its connection to the private placement, it did not reveal the full scope of Defendants' fraud, including that Richtech did not design or engineer its own robots; that its robots were Chinese imports that were preprogrammed and lacked the AI capabilities Richtech claimed; that Defendants had also fabricated or exaggerated purported partnerships with NVIDIA; that Defendants engaged in a systematic stock-manipulation scheme in which promotional robot and partnership announcements were paired with dilutive equity financings; or that the robot sales Richtech reported lacked the commercial substance Defendants claimed. The fuller extent of Defendants' practices emerged through the June 12, 2026 disclosure and subsequent filings. *See* Parts VII.B-C; VIII.B.

### B. June 12, 2026: Richtech Discloses That the Financial Results Underlying Its Claims of Commercial Traction Cannot Be Relied Upon and That Additional Areas Remain Under Review — The Stock Falls 7.39%

199. On June 9, 2026, Richtech's Audit Committee, in consultation with management, concluded that the Company's previously issued audited financial statements for the fiscal years ended September 30, 2025 and September 30, 2024, and unaudited interim financial statements for the periods ended December 31, 2024, March 31, 2025, June 30, 2025, and December 31, 2025, "should not be relied upon and require restatement."[65] The Company also stated that its earnings releases and similar communications should no longer be relied upon to the extent they related to those financial statements.[66] The errors were identified not by management but by Richtech's newly engaged independent auditor, CBIZ CPAs P.C., during its review of the quarter ended March 31, 2026.[67]

200. On June 12, 2026, Richtech filed a Current Report on Form 8-K under Item 4.02 disclosing the Audit Committee's determination. The Company identified errors in accounting for warrants issued during fiscal years 2025 and 2024, transactions under the Standby Equity Purchase

[65] *See* Richtech's Form 8-K dated June 12, 2026.

[66] *Id.*

[67] *Id.*

Agreement ("SEPA") with YA II PN, Ltd., and certain restricted stock awards issued in December 2025.[68] The Company stated that it was evaluating potential errors in other areas and that "[i]f the Company concludes that the accounting in these areas is not correct, the adjustments could be material."[69]

201. The June 12 Form 8-K's significance lay principally in what it told investors about the reliability of Richtech's reported results. Throughout the Class Period, Defendants told investors that Richtech was a technology company whose AI-driven robots had achieved real commercial traction and whose partnerships with technology leaders gave it a competitive advantage. The only objective measure against which investors could test those claims was the revenue, costs, and margins Richtech reported. The June 12 Form 8-K told the market that those figures could not be trusted.

202. That warning went to the heart of Defendants' robot narrative. For example, Defendants had touted ADAM's "commercial viability" and "scalable, revenue-generating automation," and represented that ADAM was "one of the earliest commercialized humanoid robots" "deployed at any scale." *See* Part VI. Former employees describe a very different business: restaurant customers who did not want the robots anymore after using them (FE-2); and robots that always had issues long term sold by a company that overpromised and did not deliver (FE-3). *See* Part V.B.3. Richtech's reported results were what allowed investors to credit Defendants' portrayal over that reality. The June 12 disclosure was the first time the market learned that those results were themselves unreliable and potentially materially misstated.

203. The June 12 Form 8-K further revealed that Richtech's internal-control breakdowns were ongoing. Richtech disclosed that it "previously reported a material weakness in internal control over financial reporting as of September 30, 2025"; that "we indicated in the Form 10-Q for the quarter ended December 31, 2025 that the material weakness that was reported at September 30, 2025 was remediated"; and that "[t]his material weakness has not been remediated."[70]

---

[68] *Id.*

[69] *Id.*

[70] *Id.*

204. The unremediated weakness was the one Richtech had described in its FY 2025 Form 10-K as affecting the controls that "support, among other areas, inventory accounting, revenue recognition, investments, intangible assets, and certain payroll-related processes."[71] In Richtech's Form 10-Q for Q1 FY 2026, Richtech described remediation measures it had "implemented" during the quarter "to address the material weaknesses previously identified," including an "enhanced" contract review process for revenue recognition and deferred revenue under which "[c]ontrols now ensure revenue is recognized over time only after robotic solutions are fully operational at the customer site," and "more rigorous reconciliation procedures and periodic reviews to support the valuation of inventory."[72] On that basis, the Certifying Officers "concluded that our disclosure controls and procedures were effective as of the end of the period covered by this Report."[73]

205. Through the June 12, 2026 disclosures, the market learned that the same management team that allegedly orchestrated fabricated partnerships and misrepresented preprogrammed Chinese imports as proprietary American AI technology also presided over an internal-control environment so deficient that multiple annual and interim reporting periods—every annual and quarterly financial statement Richtech filed during the Class Period—required restatement. The disclosure revealed that the breakdown was not confined to a single period, but spanned two fiscal years and four interim periods. It persisted even after Defendants told investors it had been remediated, and it was uncovered not by management but by a newly engaged auditor. And the weakness that Defendants admitted had never been remediated was the weakness in the controls over revenue recognition and inventory—that is, over whether Richtech recognized income only on transactions that satisfied U.S. GAAP and whether it accurately recorded the costs of those sales. The disclosure thus told investors that the controls responsible for ensuring that Richtech's reported robot sales were real had not been functioning throughout the period in which Defendants were touting those sales as proof of commercial traction. This was not an isolated

[71] Richtech's Form 10-K dated January 20, 2026 for the fiscal year ended September 30, 2025 at 49.

[72] Richtech's Form 10-Q dated February 12, 2026 for the quarter ended December 31, 2025 at 26.

[73] *Id.*

accounting technicality, but reflected a corporate culture that subordinated accurate disclosure to maintaining the fraudulent narrative.

206. On June 12, 2026, on this news, Richtech's stock price fell 7.39%, from $2.30 per share to $2.13.

## C. Post Class Period Events Confirm the Scope of Defendants' Practices

207. The August 7, 2026 Form 10-Q/A confirmed what the June 12 disclosure had warned. The Company restated financial information for all reported periods from September 30, 2024 through December 31, 2025 and identified thirteen categories of errors. Those errors reached the revenue and costs of Richtech's robot sales: "[r]evenue was overstated due to the premature recognition of certain sales that did not meet the criteria for recognition under U.S. GAAP"; that "[c]ertain costs incurred in the sale of our products were incorrectly recognized in general and administrative expenses and sales and marketing expenses"; and that "[i]nventory balances were understated due to errors in the timing and recognition of costs associated with certain sales transactions."[74] For the quarter ended December 31, 2025, restated revenue fell from $1,147,000 to $1,071,000, cost of revenues rose from $547,000 to $1,041,000, and gross profit fell from $600,000 to $30,000.[75] In other words, once the costs of selling its robots were properly recorded, Richtech's robot business generated essentially no gross profit.

208. These restated results corroborate the former employees' accounts and the falsity of the robot misrepresentations alleged in Part VI. Defendants told investors that ADAM's performance was "a compelling validation of ADAM's real-world performance and commercial viability," that it represented "scalable, revenue-generating automation," and that ADAM was "one of the earliest commercialized humanoid robots" "deployed at any scale." *See* Part VI. A company reselling preprogrammed imports that failed in the field would be expected to show precisely what the restatement revealed—sales recognized before they were earned, and the costs of selling those robots buried in operating expense lines, masking near-zero product margins.

---

[74] *See* Form 10-Q/A dated August 7, 2026 for the quarter ended December 31, 2025 at 7.

[75] *Id.* at 9.

209. On August 14, 2026, Richtech filed a Form 12b-25 notifying the SEC that it could not timely file its Form 10-Q for the quarter ended June 30, 2026. The notification disclosed that, in connection with Richtech's transition to next-generation AI-native systems, the Company had fully impaired $9.8 million of legacy software-related intangible assets, because "the affected legacy software platforms would no longer provide future economic benefit beyond June 30, 2026."[76]

210. The write-off corroborates the concealed truth about Richtech's technology. Richtech had described its intangible assets as "multiple systems purchased for our robotic product," amortized "over their estimated useful life of 10 years."[77] As recently as its FY 2025 Form 10-K and its Form 10-Q for the quarter ended March 31, 2026, Richtech reported that no impairment loss was recognized.[78] Yet in its Form 10-Q for the quarter ended June 30, 2026, Richtech recognized an impairment of $9,468,000, reducing those intangible assets from $11,968,000 to just $371,000 when also accounting for accumulated amortization, and declared that the "legacy platforms had no future service potential and were no longer recoverable."[79] The near-total write-off of the purchased software systems that ran Richtech's robots throughout the Class Period is consistent with the former employees' accounts that Richtech's robots did not run on proprietary AI, but on preprogrammed, purchased systems that Richtech's U.S. engineers could not even access. *See* Parts V.B.-C.

## VIII. LOSS CAUSATION: THE CORRECTIVE DISCLOSURES REVEALED THE CONCEALED TRUTH AND CAUSED PLAINTIFFS' LOSSES

211. Lead Plaintiffs' losses were caused by the disclosure of the very facts Defendants concealed. As set forth below, the fraud alleged herein was revealed to the market through two corrective disclosure events—on January 29, 2026, and June 12, 2026—each of which disclosed information about the specific risks and practices that Defendants had misrepresented or omitted

[76] *See* Form 12b-25 dated August 14, 2026 at Part IV.

[77] *See, e.g.,* Form 10-K dated January 20, 2026 for the fiscal year ended September 30, 2025 at F-16.

[78] *See* Form 10-K dated January 20, 2026 for the fiscal year ended September 30, 2025 at F-16; Form 10-Q dated August 7, 2026 for the quarter ended March 31, 2026 at 20.

[79] *See* Form 10-Q dated August 19, 2026 for the quarter ended June 30, 2026 at 20-21.

during the Class Period, and each of which caused a materially significant decline in the price of Richtech securities. The stock price declines were caused by the market learning, for the first time, specific facts about Richtech's purported partnerships, the true nature and commercial substance of its robots, the capital-raising scheme those misrepresentations served, and the ongoing breakdown of the internal controls on which the accuracy of Richtech's reported results depended.

212. Because Richtech's Class B common stock traded on NASDAQ in an efficient market, as alleged in Part XI, the market promptly incorporated both Defendants' misrepresentations and each corrective disclosure into the stock price. The speed of the price reactions alleged below—a 44.6% increase on the day of the January 27, 2026 Microsoft announcement, a 20.87% decline on the same trading day as the January 29, 2026 Hunterbrook article, and a 7.39% decline on the same day as the June 12, 2026 Form 8-K—is itself evidence of market efficiency and confirms that the price declines reflected the market's reaction to the newly disclosed information.

**A. The January 29, 2026 Disclosure Revealed the Fabricated Microsoft Partnership, Its Connection to the Private Placement, and Defendants' Motive, Causing a 20.87% Stock Decline**

213. ***What was disclosed.*** On January 29, 2026, Hunterbrook Media published "Breaking: Microsoft Denies Partnership with Richtech Robotics" after Microsoft confirmed that Richtech had participated only in a standard AI Co-Innovation Lab engagement and that "[t]here is no commercial element in this lab engagement." Hunterbrook reported that the program was available to customers and partners, including startups, and offered one-week complimentary, personalized development sprints. The disclosure directly contradicted Richtech's January 27 press release, which had described a "joint engineering effort" and "close collaboration" with Microsoft. *See* Part VI.C.1.

214. ***What this disclosure revealed about the concealed fraud.*** The disclosure revealed that the purported Microsoft partnership was fabricated or materially overstated and that Richtech had used ordinary access to a public Microsoft program to create the appearance of a commercial collaboration. It also revealed the partnership announcement's connection to the $38.7 million

private placement announced the very next day. Because Richtech had missed its Form 10-K deadline and lost Form S-3 eligibility, the timing supports the inference that Defendants used the false partnership announcement to inflate the stock price and execute a capital raise that otherwise would have been more difficult or unavailable. *See* Part IX.B.

215. ***Market impact.*** On January 29, 2026, Richtech's stock price fell $1.06 per share, or 20.87%, to close at $4.02. On January 30, 2026, the stock fell an additional $0.44 per share, or 10.9%, to close at $3.58. The immediate and continued decline followed the Microsoft denial and reflected the market's reassessment of the partnership announcement and the financing transaction.

216. ***Link to the misrepresentations.*** The January 29 disclosure corrected the following Class Period statements: (a) the January 27, 2026 press release's claims of a "hands-on collaboration" and "close collaboration between Richtech Robotics' engineering team and Microsoft's AI Co-Innovation Labs" to "jointly develop and deploy agentic artificial intelligence capabilities in real-world robotic systems"; (b) Wayne Huang's statement that "our teams were able to jointly develop and deploy intelligent capabilities"; and (c) the omission that the engagement was a standard, complimentary customer program with no commercial element. *See* Part VI.C.1. Microsoft's statement that "[t]here is no commercial element in this lab engagement" negated those statements directly.

217. ***The disclosure was partial.*** The January 29 disclosure did not reveal the full scope of Defendants' practices. It did not disclose that Richtech imported preprogrammed Chinese robots lacking the AI capabilities publicly claimed; that Defendants fabricated or exaggerated purported partnerships with NVIDIA; that Defendants engaged in a systematic stock-manipulation scheme in which promotional robot and partnership announcements were paired with dilutive equity financings; or that the robot sales Richtech reported lacked the commercial substance Defendants claimed. The disclosure therefore removed only part of the artificial inflation, leaving the market to absorb additional concealed information when Richtech disclosed on June 12, 2026 that its accounting for those equity financings, and potentially other areas, was materially misstated. *See* Part VII.B.

### B. The June 12, 2026 Disclosure Revealed That the Reported Results Underlying Defendants' Claims of Commercial Traction Could Not Be Relied Upon and Materialized the Concealed Risk That Richtech's Robots Lacked Genuine Commercial Substance, Causing a 7.39% Stock Decline

218. ***What was disclosed.*** On June 12, 2026, Richtech filed a Form 8-K under Item 4.02 stating that its audited financial statements for the fiscal years ended September 30, 2025 and September 30, 2024, and unaudited interim financial statements for the periods ended December 31, 2024, March 31, 2025, June 30, 2025, and December 31, 2025, "should not be relied upon and require restatement." The Company identified errors in accounting for the warrants issued in its fiscal 2024 and 2025 equity financings, its SEPA equity line, and restricted stock awards issued in December 2025, and warned that it was "evaluating potential errors relating to other areas" in which "the adjustments could be material." *See* Part VII.B.

219. ***What this disclosure revealed about the concealed fraud.*** The June 12 disclosure revealed the truth concealed by Defendants' robot and partnership misrepresentations and their scheme in two ways. *First*, and most significantly, it revealed that Richtech's reported results—the figures on which its claims of commercial traction depended—could not be relied upon and were themselves under review, with adjustments that "could be material." Those results were the only objective measure of whether Richtech's robots and purported partnerships had the commercial substance Defendants claimed, and they were what allowed investors to credit Defendants' portrayal over the reality former employees describe: robots that failed in the field, customers that abandoned them, and non-existent viable commercial partnerships. *See* Parts V.B.-D.

220. *Second*, the June 12 disclosure revealed ongoing breakdowns in internal controls consistent with Defendants' alleged scheme. Richtech admitted that the material weakness it had told investors in February 2026 was remediated "has not been remediated," that it expected to report an additional material weakness, and that nearly every annual and quarterly financial statement it had filed during the Class Period required restatement. Through this disclosure, the market learned that the same management team that allegedly orchestrated fabricated partnerships and misrepresented preprogrammed Chinese imports as proprietary American AI technology also

presided over an internal-control environment so deficient that multiple annual and interim reporting periods required restatement. The unremediated weakness was in the controls over revenue recognition and inventory—the controls that determine whether Richtech recognized income only on transactions that satisfied U.S. GAAP and whether it accurately recorded the costs associated with those sales. As the August 7, 2026 Form 10-Q/A later confirmed, those controls had in fact failed: Richtech had overstated revenue through "the premature recognition of certain sales that did not meet the criteria for recognition under U.S. GAAP" and had misrecorded the costs of its product sales and its inventory. *See* Part VII.C. This was not an isolated accounting technicality, but reflected a corporate culture that subordinated accurate disclosure to maintaining the fraudulent narrative.

221. ***Link to the misrepresentations.*** The June 12 disclosure was corrective of robot misrepresentations alleged in this Complaint, *i.e.,* Defendants' portrayal of Richtech as a designer and engineer of AI-driven robots with genuine commercial traction. Parts V.B.-C. The disclosure revealed that the reported results that had appeared to substantiate that portrayal could not be relied upon and could be materially misstated, and that the controls responsible for ensuring that Richtech's reported robot sales satisfied U.S. GAAP had not been functioning. By revealing that the results on which Defendants' claims depended were unreliable and that the controls over those results had failed, the June 12 disclosure revealed part of the facts about which Defendants lied.

222. ***The June 12 disclosure materialized the risk the robot and partnership misrepresentations concealed.*** Defendants' robot misrepresentations concealed a specific risk: that Richtech was not a technology company whose AI-driven robots had achieved real commercial traction, but was a reseller of preprogrammed imports whose market value depended on promotional announcements that enabled serial dilutive equity raises. *See* Parts V.B.-E. Defendants' assurances about Richtech's internal controls concealed a related risk: that the financial reporting on which investors relied to test those claims was not reliable, because the management team promoting the narrative did not maintain functioning controls over the revenue and costs of Richtech's robot sales. The June 12 disclosure was a materialization of those risks. It

revealed that Richtech's reported results—the figures on which its claims of commercial traction depended—were themselves under review, and that the weakness in the controls over revenue recognition and inventory had never been remediated. The market's reaction reflected its reassessment of the substance behind the robot and partnership narrative and the integrity of the management team presenting it, not an unrelated accounting event.

223. ***Market impact***. On June 12, 2026, Richtech's stock price fell 7.39% on the news, from $2.30 to $2.13 per share.

### C. The Timing and Magnitude of the Stock Declines Were Consistent with the Market Absorbing Information About the Specific Risks and Practices Defendants Had Concealed

224. The loss causation nexus between Defendants' fraud and Lead Plaintiffs' losses is confirmed by the timing, magnitude, and specificity of the stock price declines, as well as the progressive nature of the information disclosed:

225. ***Temporal nexus.*** The first stock decline occurred on January 29, 2026, after Hunterbrook published its Microsoft-denial article at approximately 12:00 p.m. Eastern Time. The second occurred on June 12, 2026, when Richtech disclosed through its Form 8-K that its Class Period financial statements should not be relied upon and required restatement. There was no lag, no intervening event, and no confounding disclosure between the announcement and the price decline in either instance. The market reacted to the specific information disclosed, on the trading day immediately following disclosure, on unusually heavy volume.

226. ***Substantive nexus.*** Each corrective disclosure can be traced directly to the facts about which Defendants lied. The January 29 disclosure revealed that the claimed Microsoft partnership was not a commercial partnership and connected that misrepresentation to the private placement announced immediately afterward. The June 12 disclosure revealed that the reported results underlying Defendants' claims of commercial traction for Richtech's robots could not be relied upon and were under review and that the controls over revenue recognition and inventory that Defendants had told investors were remediated had never been remediated. Those facts correspond directly to Defendants' representations concerning Richtech's robots. *See* Part VI. The

corrective disclosures did not reveal unrelated bad news; they revealed the specific financial consequences of the specific practices Defendants had concealed.

227. ***Progressive disclosure.*** The January 29 disclosure partially corrected the partnership narrative and exposed its connection to the private placement, but did not reveal the full extent of Defendants' practices. The June 12 disclosure then revealed that the reported results on which Defendants' claims of commercial traction depended could not be relied upon and that the controls over those results had never been remediated. The cumulative stock decline – from the Class Period high of $7.06 on October 7, 2025, to the post-disclosure low of $1.16 on October 23, 2026 – totaled approximately 83.57%.

## IX. ADDITIONAL ALLEGATIONS OF SCIENTER

228. In addition to the facts alleged throughout this Complaint, the following facts further demonstrate that Defendants acted with the required scienter, *i.e.*, that they knew or were severely reckless in not knowing that their statements were materially false and misleading. Taken together, these facts give rise to a strong inference of scienter—one that is at least as compelling as any opposing inference of nonfraudulent intent.

### A. Each Executive Defendant Personally Participated in or Directed the Fraudulent Practices

229. The scienter of each Executive Defendant is established not merely by their positions or their role in making the challenged statements, but by their *direct, personal participation* in the specific deceptive practices described in Part V. This evidence satisfies both the scienter requirement for statement liability under Rule 10b-5(b) and the requirement for scheme liability under Rule 10b-5(a) and (c) that each defendant committed a "deceptive or manipulative act" in furtherance of the alleged scheme—conduct that goes beyond their alleged misstatements. As set forth below, each Executive Defendant committed such acts.

#### 1. Wayne Huang Personally Controlled All Major Decisions, Knew the Robots Were Preprogrammed, and Participated in the Stock Shorting Plan

230. **Wayne Huang controlled every major decision at Richtech, including the only channel to the Chinese suppliers that engineered its robots**. FE-1 reported that the Company

had no organizational chart, no defined roles, no processes, and no checks and balances, and described the structure as all whatever Wayne wants to do and when Wayne wants to do it. FE-1 further said Wayne was all about the publicity and all about show. Per FE-1, every question from Richtech's Las Vegas engineers to China had to go through Wayne, who decided what he wanted to ask, leaving those engineers completely in the dark about the robots Richtech claimed to design. *See* Part V.C.2. Wayne was not a distant executive but the person who directed Richtech's operations, messaging, and public presentation—and the person who controlled access to the very information that contradicted Richtech's claims of in-house design and engineering.

231. **Wayne knew from FE-2's daily reports and meetings that Richtech's robots were preprogrammed and lacked the AI capabilities the Company claimed**. FE-2 sent Wayne daily progress reports, which sometimes communicated the preprogrammed nature of the robots, and met with him twenty, thirty times about the direction and features of the robots. FE-2 said Wayne understood the basic fact that Richtech's robots were preprogrammed. Wayne was also present at the meeting shortly before FE-2 left at which FE-2 was pressed to deliver, in a week, the adaptive camera-vision capability that Richtech was simultaneously attributing to ADAM in its press releases. *See* Parts V.B.2, VI.

232. **Wayne participated in the plan to short Richtech's stock in connection with the Microsoft announcement.** According to FE-3, Wayne, Michael, and Phil Zheng took puts out on the stock in connection with the Microsoft announcement. FE-3 understood National Sales Director Stephen Deperte—who spoke with Wayne, Michael, and Zheng regularly—to be referring to those three when he described who was shorting the stock, because no announcement goes out without Wayne or Phil or Michael. Wayne's own reported objection that people were going to figure out that Richtech did not have a real partnership confirms that he knew the partnership was not real; he nonetheless participated in a plan premised on the stock falling once the truth emerged. *See* Part V.E.1. Participating in a plan to profit from the collapse of a price Wayne himself helped inflate is a deceptive act that goes well beyond the making of any statement.

233. **Wayne signed SOX certifications attesting to controls he knew, or was severely**

**reckless in not knowing, were not functioning.** Wayne signed Sarbanes-Oxley certifications for every quarterly and annual report filed during the Class Period, personally attesting that the financial statements fairly presented in all material respects the financial condition of Richtech. He further certified that he had designed and evaluated effective internal controls over financial reporting and had disclosed any fraud or significant deficiencies in internal controls to the Company's auditors and audit committee, and, as a Certifying Officer, concluded in February 2026 that Richtech's disclosure controls were effective and its material weakness remediated. As Richtech later admitted, "[t]his material weakness has not been remediated," and numerous financial statements Richtech issued during the Class Period required restatement. These certifications were either knowingly false or signed with severe recklessness in light of the scheme described in Part V and the control failures described in Part VII.B.-C.

234. **Wayne's own senior executive concluded that he and Michael were being fraudulent.** FE-1, who reported directly to Wayne and Michael, described them as not really robot people who cared about making public announcements and jaw jacking the stock. FE-1 stated their whole thing is they want to pump this up and sell it to somebody. FE-1 concluded they're being fraudulent. These statements further support a strong inference that Wayne acted knowingly or, at minimum, with severe recklessness.

**2. Michael Huang Participated in the Stock Shorting Plan and Signed SOX Certifications He Knew Were Misleading**

235. **Michael had a plan for the stock before the announcement and participated in the plan to take put positions on Richtech stock.** In December 2025, before the Microsoft press release issued, FE-3 said Deperte told employees to disregard the Microsoft "partnership" and explained that Michael has a plan with this stuff, and it is a whole thing with the stock that they could not really get into right now, but Michael has a plan for the stock. According to FE-3, Michael, together with Wayne and Zheng, took puts out on the stock in connection with the announcement, and Deperte later warned employees to not buy the stock right now. After the stock fell, FE-3 said Deperte stated we knew that it was going to go down. *See* Part V.E.1.

236. **Michael executed the private placement on the day of the Microsoft**

**announcement despite having no operating need for the money.** Michael told FE-1 that Richtech had $300 million plus of cash sitting in the bank, and Richtech in fact reported $328.5 million in cash and cash equivalents and short-term investments as of December 31, 2025, yet the Company agreed to the $38.7 million private placement on the same day it issued the Microsoft release. FE-1 questioned why Richtech needed to raise capital if it had that level of liquidity. The contradiction supports the inference that the private placement was driven by the inflated stock price and the executives' financing objectives, rather than an ordinary need for cash, as alleged in Part V.E.2 and Part IX.B.

237. **As CFO, Michael presided over the very accounting errors that inflated Richtech's reported results and its financing transactions.** Michael served as Richtech's Principal Financial and Accounting Officer and, according to Richtech's own filings, directly oversaw its development teams. On August 7, 2026, Richtech filed an Amended Form 10-Q/A restating financial statements for multiple periods because of material errors concerning, among other things, the premature recognition of revenue on robot sales, the misclassification of the costs of those sales, inventory, and the accounting for the warrants, SEPA transactions, and stock awards. *See* Parts VII.C., IX.C. These were not errors in some remote corner of the business; they were errors in the precise figures and transactions Michael oversaw as CFO.

238. **Michael certified that Richtech's controls were effective and its material weakness remediated when they were not.** As a Certifying Officer, Michael signed Sarbanes-Oxley certifications for every quarterly and annual report filed during the Class Period and, in February 2026, concluded that Richtech's disclosure controls were effective and that the material weakness affecting revenue recognition and inventory had been remediated. Richtech later admitted that "[t]his material weakness has not been remediated," that its disclosure controls were not effective, and that an additional material weakness was expected. Michael's certification of reports affected by these failures, together with his participation in the shorting plan and execution of the private placement, supports a strong inference that he knew the Company's disclosures were misleading or acted with severe recklessness in disregarding that risk.

### 3. Phil Zheng Spearheaded the Stock Plan and Chewed Out The National Sales Director, Who Then Directed the Sales Team Not to Discuss Microsoft

239. **Zheng spearheaded the stock shorting plan.** FE-3 heard from multiple people up there that shorting the stock was Zheng's idea and that Zheng was the one spearheading this whole thing. FE-3 said Zheng understood the mechanics of profiting from a decline in Richtech's stock: take out a put against the stock and as it goes down, you make money. *See* Part V.E.1.

240. **Zheng manufactured the Microsoft "partnership" from an event-rental contact and licensing software.** According to FE-3, Richtech was in contact with some higher ups at Microsoft about an event rental and used their licensing software, and Zheng used those contacts to say Richtech has business with Microsoft. *See* Part V.D.2.

241. **Zheng launched the announcement to induce buying and overrode the other Executive Defendants' concern that the truth would come out.** FE-3 understood that Zheng went live with the announcement of the Microsoft partnership to have everybody buy the stock. According to FE-3, when Michael and Wayne pushed back because people were going to figure out that Richtech did not have a real partnership with Microsoft, Zheng responded that they are not going to figure it out because we are just going to put a put on the stock. That exchange confirms that all three Executive Defendants knew the partnership was not real, and that the plan—in which all three participated—was designed to profit when the market learned the truth. *See* Part V.E.1.

242. **Senior management was shorting the stock and expected it to fall.** FE-3 said that National Sales Director Stephen Deperte, after the stock crashed, admitted that leadership knew that it was going to go down. These statements corroborate that senior management anticipated the decline and used the Microsoft announcement to influence trading in Richtech's securities.

243. **Richtech's National Sales Director instructed the sales team not to discuss Microsoft with customers after being chewed out by Zheng.** FE-3 said Deperte got chewed out by Zheng and then told the sales team not to mention Microsoft to customers around the time of the announcement. FE-3 said after the press release, the message at weekly sales meetings was to

keep the sales up but stay away from Microsoft. FE-3 explained that employees were to stay away from Microsoft because it is a lie. Zheng's chewing out of the National Sales Director, who then suppressed discussion of the announcement, coupled with Zheng's role in promoting it to investors and his leadership of the put plan, supports a strong inference that Zheng knowingly participated in the deceptive scheme described in Part V.E.1.

### B. Defendants Had a Concrete Motive: They Inflated the Stock Price to Maximize the Proceeds of a Substitute Equity Raise After Losing Access to Their ATM Programs

244. Richtech missed the deadline to file its Form 10-K and, as Hunterbrook reported, thereby should have lost eligibility to use a Form S-3 registration statement, foreclosing its shelf registration and at-the-market offerings until January 2027. That loss mattered because selling stock into the market was how Richtech funded itself: it raised approximately $226 million from share issuances in FY 2025 under ATM programs totaling up to $1.2 billion, and a further $69.1 million in the quarter ended December 31, 2025. Richtech did not need the money to operate—it held $328.5 million in cash and cash equivalents and short term investments as of December 31, 2025 and used only $1.6 million for the three months ended December 31, 2025—but Defendants wanted to keep raising equity, and needed a substitute vehicle and a higher price at which to do so. *See* Part V.E.2.

245. **Defendants' serial equity raises are explained not by any need for cash but by their knowledge that Richtech's stock was inflated.** Richtech raised capital far faster than it consumed it. In the quarter ended December 31, 2025, Richtech used only approximately $1.6 million in operating cash, yet raised $78.3 million through ATM sales and warrant exercises.[80] A company that raises money it does not need is not financing operations—it is converting an inflated share price into cash while that price lasts. Defendants knew what the market did not: that Richtech did not design or engineer its robots, that the robots lacked the AI capabilities Richtech touted, and that its claimed partnerships were illusory. Each issuance therefore monetized the very inflation Defendants' misstatements created.

---

[80] *See* Richtech's Form 10-Q dated February 12, 2026 for the quarter ended December 31, 2025 at 24.

246. **Richtech's dual-class structure insulated Defendants from the cost of that dilution.** Between September 30, 2024 and March 31, 2026, Richtech's publicly traded Class B shares outstanding more than tripled, from 53,795,254 to 184,274,146, while its Class A shares—which carry superior voting rights—remained fixed at 39,934,846 throughout.[81] Wayne and Michael Huang, who held 38,200,000 Class A shares combined, thus could issue Class B shares at will, diluting public investors, without ceding control of the Company while at the same time enlarging the pool of cash under their control.[82]

247. **Defendants also accumulated cash as a war chest to buy the credibility Richtech's own technology could not provide.** FE-1 reported that Richtech had a big war chest of money and wanted to spend it acquiring companies to prop up their story to the analysts in the street, the idea being to buy a company and then tell the market that Richtech was building operations. Consistent with that pressure, Michael Huang repeatedly sought to bring in Reflex Robotics—whose robot FE-1 described as a lot better than Richtech's own humanoid, which FE-1 called garbage—and was rebuffed twice. Because Richtech could not develop the technology it claimed to have, the ability to buy it was integral to sustaining the narrative.

248. **The cash balance itself functioned as a marketing tool.** For a company generating approximately $1.1 million in quarterly revenue, a cash, cash equivalent, and short-term investment balance exceeding $300 million was a principal support for its market valuation. Richtech repeatedly told investors that its equity proceeds "significantly strengthened our balance sheet and provided us with financial flexibility to invest in growth initiatives."[83] Each raise thus did double duty: it monetized inflated shares and enlarged the cash figure that Defendants used to lend credibility to Richtech's story.

249. **The private placement was the culmination of this pattern, and its terms confirm it was driven by the inflated price.** With the ATM channel closed, Defendants could no longer sell stock into the market day by day; they had a single opportunity to sell a large block,

---

[81] *See* Richtech's Form 10-Q dated August 7, 2026 for the quarter ended March 31, 2026 at 4.

[82] *See* Richtech's DEF14A dated September 8, 2026 at 22.

[83] *See* Richtech's Form 10-K dated January 20, 2026 for the fiscal year ended September 30, 2025 at 46.

and every cent of share price translated directly into proceeds. Richtech sold 8,500,000 shares in the private placement at $4.55 per share, for gross proceeds of approximately $38.7 million. Had the same shares been sold at Richtech's pre-announcement closing price of $3.81, the placement would have yielded only approximately $32.4 million. The fabricated Microsoft partnership thus generated roughly $6.3 million in additional proceeds for a company that, by its own account, had no operating need for the money. That Defendants announced the partnership and signed the purchase agreement the same day supports that the purpose of the announcement was to set the price for the placement. *See* Part V.E.2.

### C. The Financial Restatement and Internal Control Failures Confirm Defendants' Knowing or Reckless Disregard for Accurate Financial Reporting

250. **The restatement reached numerous financial statements Richtech issued during the Class Period.** On June 9, 2026, Richtech's Audit Committee concluded that the Company's audited financial statements for fiscal years 2024 and 2025 and its interim financial statements for the periods ended December 31, 2024, March 31, 2025, June 30, 2025, and December 31, 2025 "should not be relied upon and require restatement." On August 7, 2026, Richtech filed an Amended Form 10-Q/A that restated those periods and identified thirteen categories of errors. The errors were identified not by management but by Richtech's newly engaged independent auditor. An accounting breakdown that spans two fiscal years and four interim periods, and that management itself did not detect, is not the product of isolated or immaterial mistakes. *See* Parts VII.B–C.

251. **The restated errors go to the very misstatements alleged in this Complaint: they inflated the revenue and margins Defendants held out as proof that Richtech's robots had real commercial traction.** Richtech admitted that revenue "was overstated due to the premature recognition of certain sales that did not meet the criteria for recognition under U.S. GAAP," that "[c]ertain costs incurred in the sale of our products were incorrectly recognized in general and administrative expenses and sales and marketing expenses," and that inventory was understated because of "errors in the timing and recognition of costs associated with certain sales transactions." For the quarter ended December 31, 2025, restated gross profit fell from $600,000

to $30,000. These errors were not random: each one made Richtech's robot business look more commercially viable than it was, and therefore lent false support to Defendants' claims that, for example, ADAM represented "scalable, revenue-generating automation," offered "compelling validation of ADAM's real-world performance and commercial viability," and was "one of the earliest commercialized humanoid robots" "deployed at any scale." *See* Part VI. Defendants, who knew that the robots failed in the field and that customers abandoned them, knew or were severely reckless in disregarding that the reported results did not reflect that reality.

252. **Defendants affirmatively told investors the control failures had been fixed when they had not been—which is knowing or reckless misconduct, not a failure of oversight.** Richtech disclosed a material weakness in its controls over, "among other areas, inventory accounting, revenue recognition, investments, intangible assets, and certain payroll-related processes" as of September 30, 2025. Defendants were therefore on notice of the precise deficiency. Yet in Richtech's Form 10-Q for Q1 FY 2026, filed in February 2026, Wayne Huang and Michael Huang represented that Richtech had "implemented" remediation measures—including controls that "now ensure revenue is recognized over time only after robotic solutions are fully operational at the customer site"—and concluded that Richtech's disclosure controls "were effective." Approximately four months later, Richtech admitted that "[t]his material weakness has not been remediated," and that an additional material weakness was expected. An executive who knows of a specific control weakness and then certifies that it has been fixed, when it has not, has not merely failed to supervise; he has made an affirmative representation about a known risk that he either knew to be false or made with reckless disregard for its truth. *See* Parts VII.B, IX.A.1–2.

253. **The timing of the false remediation claim connects the control failures to the broader scheme.** Defendants told investors in February 2026 that the controls over revenue recognition and inventory had been remediated. This pronouncement came weeks after they issued the fabricated Microsoft announcement and sold 8,500,000 shares in the private placement priced off the resulting inflation, and while, according to FE-3, the Executive Defendants held put

positions premised on the stock's eventual decline. Assurances that Richtech's reported results were reliable were integral to sustaining the narrative of commercial traction on which the stock price, and Defendants' serial equity raises, depended. *See* Parts V.E.2.

254. **The restatement and control failures are consistent with the pattern of misrepresentation alleged throughout this Complaint.** The same management team that embellished Richtech's role in the design and engineering of its robots, fabricated its corporate partnerships, and timed promotional announcements to move the stock price also presided over, and certified, financial statements that overstated the commercial results of those robots. Richtech is a small company whose CEO and CFO personally controlled its operations and signed every certification during the Class Period. The breadth of the restatement, the direction of the errors, their concentration in the revenue and costs, and Defendants' false assurance that the known weakness had been remediated collectively support a strong inference that Defendants knowingly or recklessly disregarded the accuracy of Richtech's financial reporting in service of the fraudulent narrative—not that they were merely negligent overseers.

### D. The Fraud Involved Richtech's Core Business Operations, About Which Defendants Repeatedly Held Themselves Out as Knowledgeable

255. The alleged fraud concerned the fundamental nature of Richtech's business: what its robots were, how they were made, whether they had artificial-intelligence capabilities, and the Company's partnerships with leading technology companies. These were not peripheral matters. They went to the Company's core products, its claimed manufacturing operations, its principal business model, and the central representations it repeatedly made to investors in SEC filings and press releases.

256. Richtech was a small company operating from a warehouse in Las Vegas with a small engineering team. The Company's limited scale made it implausible that its founders and senior operators could remain unaware of whether Richtech designed and engineered its robots, whether the robots were preprogrammed, whether the Company had developed the AI capabilities it claimed, and whether the Company actually had viable commercial partnerships with NVIDIA and Microsoft. As alleged in Part V, former employees across engineering, sales, and operations

repeatedly observed and reported these facts.

257. The Executive Defendants were not distant overseers. They were hands-on founders and operators who controlled the Company, received reports, participated in product and partnership decisions, and approved public disclosures.

258. Multiple former employees across engineering, sales, and operations knew these facts firsthand. Given the Company's size, the executives' direct involvement, and the centrality of the robots, claimed AI technology, and commercial partnerships to Richtech's business, it strains credulity to suggest that the founders and senior executives did not know the truth. The core-operations allegations therefore strengthen the inference that Defendants knew, or were severely reckless in not knowing, that their public statements were materially false and misleading.

**E. Considered Collectively, These Facts Give Rise to a Cogent and Compelling Inference of Scienter**

259. Considered collectively, these allegations give rise to a cogent and compelling inference that Wayne Huang, Michael Huang, and Phil Zheng acted with scienter. Each Executive Defendant personally participated in or directed the fraudulent practices: Wayne controlled the Company and its only channel to the Chinese suppliers, knew from FE-2 that the robots were preprogrammed, and certified controls that were not functioning; Michael had a plan for the stock before the announcement, executed the private placement despite having no need for the cash, and certified financial statements and remediation claims that were false; and Zheng manufactured the Microsoft "partnership" from an event-rental contact, went live with the announcement to have everybody buy the stock, and instructed the sales team to suppress discussion of Microsoft. All three Executive Defendants participated in the plan to take put positions on Richtech stock in connection with the Microsoft announcement—Zheng as person who spearheaded it, and Wayne and Michael as participants who knew people were going to figure out that Richtech did not have a real partnership with Microsoft yet proceeded anyway. Defendants also had a concrete motive to inflate the stock price before a private placement after losing S-3 eligibility. The restatement and internal-control failures reached the very revenue and costs at the center of the scheme, and Defendants falsely assured investors that the known weakness in those controls had been

remediated. Finally, the fraud concerned Richtech's core business operations, about which these hands-on founders and senior operators repeatedly held themselves out as knowledgeable. No plausible opposing inference of innocent or merely negligent conduct accounts for all of these facts simultaneously, much less explains the coordinated timing of the announcement, the private placement, the put positions, the concealment, and the false remediation assurances. An innocent executive does not approve an announcement he knows will not withstand scrutiny, bet on the stock's decline when the truth emerges, and then certify that the controls over his company's reported results have been fixed. The inference of fraudulent intent is therefore at least as compelling as any opposing inference.

## X. THE SAFE HARBOR FOR FORWARD-LOOKING STATEMENTS DOES NOT APPLY

260. The statutory safe harbor for forward-looking statements under the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-5, and the judicially created bespeaks caution doctrine do not apply to any of the materially false and misleading statements alleged in this Complaint.

261. ***The challenged statements were not forward-looking***. The vast majority of the statements identified in Part VI were statements of then-present or historical fact: Richtech's role in the design and engineering of its robots, the robots' capabilities, and the characterization of its commercial partnerships. None of these statements was forward-looking. The safe harbor does not protect statements "included in a financial statement prepared in accordance with generally accepted accounting principles." 15 U.S.C. § 78u-5(b)(2)(A). The reality of Richtech's role in designing and engineering its robots, the state of its robots' A.I. capabilities, and the lack of viable commercial partnerships described in Part V rendered Richtech's reported financial results materially misleading, as Defendants never disclosed that Richtech did not control the design or engineering of the robots, the robots were preprogrammed, and the Company did not have active commercial partnerships with leading technology companies. As such, the financial statements incorporating those results are not protected.

262. ***Any forward-looking statements lacked meaningful cautionary language***. To the

extent any of the challenged statements could be construed as forward-looking, those statements were not accompanied by meaningful cautionary language identifying the specific risks that actually materialized. Richtech's generic risk disclosures did not warn investors that the Company did not design or engineer its robots, that its robots were preprogrammed and lacked functional A.I. capabilities, and that there were no commercial partnerships with leading technology companies. Cautionary language that omits the specific risks that are known to the speaker and that actually come to pass is not "meaningful" within the meaning of the safe harbor.

263. ***Defendants had actual knowledge of falsity.*** Even if the safe harbor could otherwise apply, it does not protect forward-looking statements made with "actual knowledge" that the statement was "false or misleading." 15 U.S.C. § 78u-5(c)(1)(B). As alleged in Part V, each Executive Defendant had such knowledge: Wayne Huang received progress reports and understood the robots were preprogrammed, Michael Huang had a plan for the stock in relation to the Microsoft announcement, and Phil Zheng spearheaded the plan to short Richtech's stock in connection with the Microsoft announcement. Defendants' actual knowledge of the facts that contradicted their public statements—including any forward-looking statements—precludes application of the safe harbor.

## XI. APPLICABILITY OF PRESUMPTION OF RELIANCE (FRAUD-ON-THE-MARKET DOCTRINE)

264. The market for Richtech's securities was open, well-developed, and efficient at all relevant times. As a result of the materially false and/or misleading statements and/or failures to disclose, Richtech's securities traded at artificially inflated prices during the Class Period. On October 7, 2025, the Company's share price closed at a Class Period high of $7.06 per share. Lead Plaintiffs and other members of the Class purchased or otherwise acquired the Company's securities relying upon the integrity of the market price of Richtech's securities and market information relating to Richtech and have been damaged thereby.

265. During the Class Period, the artificial inflation of Richtech's shares was caused by the material misrepresentations and/or omissions particularized in Part VI. These misstatements and omissions created an unrealistically positive assessment of Richtech's business, revenue

trajectory, financial condition, and prospects, causing the price of Richtech's securities to be artificially inflated at all relevant times. When the truth was disclosed through the corrective disclosures described in Part VII, the artificial inflation was removed and the price of Richtech's securities declined, as described in Part VIII. Defendants' materially false and misleading statements during the Class Period resulted in Lead Plaintiffs and other members of the Class purchasing Richtech securities at artificially inflated prices, and each of them has been damaged as a result.

266. At all relevant times, the market for Richtech's securities was an efficient market for the following reasons, among others:

a. Richtech shares met the requirements for listing and Richtech was listed and actively traded on NASDAQ, a highly efficient and automated market;

b. As a regulated issuer, Richtech filed periodic public reports with the SEC, including annual reports on Form 10-K, quarterly reports on Form 10-Q, and current reports on Form 8-K;

c. Richtech regularly communicated with the investing public through established market communication mechanisms, including regular dissemination of press releases on major newswire services, quarterly earnings calls open to analysts and investors, and investor presentations; and

d. Richtech was followed by securities analysts employed by major brokerage firms who published research reports about the Company that were distributed to their clients and entered the public marketplace.

267. As a result of the foregoing, the market for Richtech's securities promptly digested current information regarding Richtech from all publicly available sources and reflected such information in Richtech's share price. Under these circumstances, all purchasers of Richtech's securities during the Class Period suffered similar injury through their purchase of Richtech's securities at artificially inflated prices and a presumption of reliance applies.

268. A Class-wide presumption of reliance is also appropriate in this action under the Supreme Court's holding in *Affiliated Ute Citizens of Utah v. United States*, 406 U.S. 128 (1972), because the Class's claims are grounded in significant part on Defendants' material omissions. Defendants failed to disclose that Richtech did not control the design or engineering of its robots, that the robots were preprogrammed, and its purported partnerships lacked commercial substance. Because this action involves Defendants' failure to disclose material adverse information regarding the Company's business operations and financial prospects—information that Defendants were obligated to disclose—positive proof of reliance is not a prerequisite to recovery. All that is necessary is that the facts withheld be material in the sense that a reasonable investor might have considered them important in making investment decisions. Given the importance of the Class Period material misstatements and omissions set forth in Part VI, that requirement is satisfied here.

## XII. CLASS ACTION ALLEGATIONS

269. Lead Plaintiffs bring this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a class consisting of all persons and entities that purchased or otherwise acquired Richtech securities between February 6, 2025 and June 12, 2026, inclusive, and who were damaged thereby. Excluded from the Class are Defendants, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which Defendants have or had a controlling interest.

270. The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, Richtech's shares actively traded on NASDAQ. While the exact number of Class members is unknown to Lead Plaintiffs at this time and can only be ascertained through appropriate discovery, Lead Plaintiffs believe that there are at least hundreds or thousands of members in the proposed Class. Millions of Richtech shares were traded publicly during the Class Period on NASDAQ. Record owners and other members of the Class may be identified from records maintained by Richtech or its transfer agent and may be notified

of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

271. Lead Plaintiffs' claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

272. Lead Plaintiffs will fairly and adequately protect the interests of the members of the Class and have retained counsel competent and experienced in class and securities litigation.

273. Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are: (a) whether the federal securities laws were violated by Defendants' acts as alleged herein; (b) whether statements made by Defendants to the investing public during the Class Period omitted or misrepresented material facts about the business, operations, revenue recognition practices, and financial condition of Richtech; (c) whether Defendants acted with scienter in making materially false and misleading statements and in engaging in the fraudulent scheme alleged herein; (d) whether the prices of Richtech securities were artificially inflated during the Class Period; and (e) to what extent the members of the Class have sustained damages and the proper measure of damages.

274. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation makes it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

## XIII. CAUSES OF ACTION

### COUNT I: Violation of Section 10(b) of the Exchange Act and Rule 10b-5(b) Promulgated Thereunder (Against Defendants Richtech, Wayne Huang, and Michael Huang)

275. This cause of action is brought pursuant to Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5(b) promulgated thereunder, 17 C.F.R. § 240.10b-5. This claim is asserted on behalf of all members of the Class against Defendants Richtech, Wayne Huang, and

Michael Huang.

276. ***Material misstatements and omissions.*** During the Class Period, Defendants Richtech, Wayne Huang, and Michael Huang made untrue statements of material fact and omitted to state material facts necessary to make the statements not misleading, in connection with the purchase or sale of securities, as particularized in Part VI. These statements included, but were not limited to, materially false and misleading representations about Richtech's purported design, engineering, and manufacture of its own robots; the autonomous and artificial-intelligence capabilities of those robots, including ADAM and Scorpion; the commercial performance and viability of those robots; and Richtech's purported partnerships and collaborations with technology leaders, including NVIDIA and Microsoft, made in filings with the SEC and press releases in each of the quarters identified in Part VI.

277. ***Falsity.*** Each of the statements identified in Part VI was materially false and misleading when made because: (a) Richtech did not design or engineer its robots, but imported them from Chinese manufacturers, affixed its own label, and resold them, and its U.S. engineers had no access to the code or software that ran the robots (Parts V.C.); (b) Richtech's robots, including ADAM and Scorpion, operated on fixed, preprogrammed waypoints, lacked the autonomous, vision, voice, and other artificial-intelligence capabilities Defendants claimed, and failed constantly in commercial settings (Part V.B.); (c) Richtech had no partnership with NVIDIA, its robots did not operate on the NVIDIA hardware the Company touted, and its NVIDIA "relationship" consisted of hardware purchases and admission to a publicly available program (Part V.D.1.); and (d) Richtech had no "hands-on collaboration" or "joint engineering effort" with Microsoft, but had participated in a standard, complimentary customer program with "no commercial element," and the announcement was issued to inflate the stock price on the day Richtech agreed to the $38.7 million private placement (Parts V.D.2, V.E.2).

278. ***Scienter.*** Defendants acted with scienter—that is, with knowledge or severe recklessness—as established by: the personal participation of Wayne Huang and Michael Huang in the deceptive practices, including their knowledge that the robots were preprogrammed and their

participation in the plan to short Richtech's stock in connection with that release (Parts IX.A.1–2); the concrete motive to inflate the stock price to maximize the proceeds of the $38.7 million private placement after Richtech lost access to its ATM programs (Part IX.B); the financial restatement and internal-control failures, which reached the very revenue, costs, and financing instruments at the center of the scheme and which Defendants falsely certified had been remediated (Part IX.C); and the fact that the fraud involved Richtech's core business operations, about which Defendants repeatedly held themselves out as knowledgeable (Part IX.D). Taken together, these allegations give rise to a strong inference of scienter at least as compelling as any opposing inference.

279. ***Reliance.*** Lead Plaintiffs and the Class are entitled to a presumption of reliance under the fraud-on-the-market doctrine and the *Affiliated Ute* omissions presumption, as set forth in Part XI.

280. ***Loss causation.*** The corrective disclosures on January 29, 2026, and June 12, 2026, revealed the very facts that Defendants had concealed, causing materially significant declines in Richtech's stock price of 20.87% and 7.39%, respectively, as set forth in Part VIII.

281. ***Damages.*** Lead Plaintiffs and the Class suffered damages in that, in reliance on the integrity of the market, they paid artificially inflated prices for Richtech securities. Had they been aware that the market prices had been artificially inflated by Defendants' fraudulent course of conduct, they would not have purchased Richtech securities at the prices they paid, or at all.

282. By virtue of the foregoing, Defendants Richtech, Wayne Huang, and Michael Huang violated Section 10(b) of the Exchange Act and Rule 10b-5(b) promulgated thereunder.

**COUNT II:**

**Violation of Section 10(b) of the Exchange Act and Rule 10b-5(a) and (c) Promulgated Thereunder (Against all Defendants)**

283. This Count is brought pursuant to Section 10(b) of the Securities Exchange Act of 1934, 15 U.S.C. § 78j(b), and Rule 10b-5(a) and (c) promulgated thereunder, 17 C.F.R. § 240.10b-5(a) and (c). Accordingly, Lead Plaintiffs need not allege in this Count, nor prove in this case, that

each of the Defendants made any misrepresentations or omissions of material fact for which they may also be liable under Rule 10b-5(b) and/or any other provisions of law. This claim is asserted on behalf of all members of the Class against Defendants Richtech, Wayne Huang, Michael Huang, and Phil Zheng.

284. ***The deceptive scheme.*** During the Class Period, Defendants engaged in deceptive and manipulative acts in furtherance of a scheme to defraud investors by creating the false appearance that Richtech was an American AI company with proprietary technology, commercially viable robots, and blue-chip technology partners. Through the scheme, Defendants converted the resulting inflation in Richtech's stock price into cash through serial dilutive equity financings, including approximately $226 million raised under Richtech's ATM programs in FY 2025, a further $69.1 million in the quarter ended December 31, 2025, and the $38.7 million private placement priced on the day of the Microsoft announcement. Defendants also participated in a stock shorting plan by taking out put positions on Richtech stock in connection with the Microsoft announcement. *See* Part V.E.1. The scheme involved the following deceptive or manipulative acts, each distinct from, and in addition to, the false and misleading statements challenged in Count I:

> (a) Manufacturing purported partnerships from ordinary transactions, including converting an event-rental contact and Microsoft licensing software into a claimed Microsoft "partnership," and converting purchases of NVIDIA Jetson hardware and admission to a publicly available NVIDIA program into a claimed NVIDIA relationship (Part V.D);
>
> (b) Timing the Microsoft announcement to coincide with the execution of the private-placement purchase agreement on January 27, 2026, so that 8,500,000 shares were sold at $4.55 per share—a price inflated by the false partnership claim—yielding roughly $6.3 million more than the same shares would have brought at the pre-announcement price (Part V.E.2.);
>
> (c) According to FE-3, planning to take put positions on Richtech stock in connection with the Microsoft announcement, while sales leadership warned employees not to buy the stock and later admitted, we knew that it was going to go down (Part V.E.1);
>
> (d) Concealing the truth from customers and from within the Company, including by instructing the sales force not to discuss Microsoft, and coaching sales personnel to tell customers that robots imported from China were programmed by Richtech's developers (Parts V.C.3, V.D.2);

> (e) Recognizing revenue on robot sales that "did not meet the criteria for recognition under U.S. GAAP," and recording costs incurred in the sale of Richtech's products in general and administrative and sales and marketing expenses rather than cost of revenue, thereby inflating the reported revenue and gross margin that Defendants held out as proof of commercial traction (Part VII.C); and
>
> (f) Maintaining an internal-control environment that Defendants knew to be deficient while certifying that Richtech's disclosure controls were effective and, in February 2026, that the material weakness in its controls over revenue recognition and inventory had been remediated—when, as Richtech later admitted, "[t]his material weakness has not been remediated" (Parts VII.B, IX.C).

285. ***Each Executive Defendant's specific deceptive conduct.*** Each Executive Defendant personally committed deceptive acts in furtherance of the scheme that went beyond the making of any statement:

> (a) Wayne Huang controlled all major decisions at Richtech and served as the sole channel for questions to the Chinese suppliers that engineered Richtech's robots, while knowing from FE-2's daily reports and meetings that the robots were preprogrammed; according to FE-3, participated in the plan to take put positions on Richtech stock in connection with the Microsoft announcement; and, as a Certifying Officer, certified the effectiveness of Richtech's disclosure controls and the remediation of its material weakness while those controls were not functioning. *See* Parts V.B-E, IX.A.1.
>
> (b) Michael Huang, as FE-3 was told, had a plan for the stock before the announcement and participated in the plan to take put positions; executed the private placement on the day of the Microsoft announcement despite telling FE-1 that Richtech had $300 million plus of cash sitting in the bank; and, as CFO overseeing Richtech's accounting department and as a Certifying Officer, presided over the revenue, cost-of-revenue, inventory, and financing-instrument errors and certified that Richtech's controls were effective and its material weakness remediated. *See* Parts V.E., IX.A.2.
>
> (c) Phil Zheng, FE-3 understood, spearheaded the stock short plan; used Richtech's event-rental contact and Microsoft licensing software to claim Richtech has business with Microsoft; went live with the announcement to have everybody buy the stock; overrode Wayne Huang's and Michael Huang's concern that people were going to figure out that Richtech did not have a real partnership with Microsoft by responding that we are just going to put a put on the stock; and chewed out the National Sales Director, who then instructed that the sales team not discuss Microsoft with customers. *See* Parts V.D.2, V.E, IX.A.3.

286. ***Connection to purchase or sale of securities.*** The deceptive practices described above were undertaken in connection with the purchase or sale of Richtech securities. They were

designed to, and did, inflate the market price of Richtech's Class B common stock and they were carried out in conjunction with Richtech's own sales of Class B common stock through its ATM programs and the January 2026 private placement. These practices directly caused Richtech's securities to trade at artificially inflated prices during the Class Period.

287. Lead Plaintiffs and the Class reasonably relied upon the integrity of the market in which Richtech securities traded. During the Class Period, Lead Plaintiffs and the Class were unaware of Defendants' fraudulent scheme and unlawful course of conduct. Had they known of the scheme, they would not have purchased Richtech securities at the artificially inflated prices they paid, or at all.

288. ***Scienter and loss causation.*** Each Defendant acted with scienter, as alleged in Part IX. The truth about the scheme was revealed through the corrective disclosures alleged in Part VIII. The January 29, 2026 disclosure revealed that the Microsoft partnership used to inflate the stock price and price the private placement did not exist. The June 12, 2026 disclosure revealed that the results underlying Defendants' claims of commercial traction could not be relied upon, and that the management team executing the scheme had presided over ongoing internal-control breakdowns—including in the controls over revenue recognition and inventory—that it had falsely told investors were remediated. Each disclosure caused a significant decline in the price of Richtech's securities.

289. As a direct and proximate result of Defendants' scheme to defraud and such unlawful course of conduct, Lead Plaintiffs and the Class suffered damages in connection with their purchases of Richtech securities during the Class Period.

290. By reason of the foregoing, Defendants violated Section 10(b) of the Exchange Act and Rule 10b-5(a) and (c) promulgated thereunder and are liable to Lead Plaintiffs and the Class for damages suffered in connection with their purchases of Richtech securities during the Class Period.

## COUNT III:

### Violation of Section 20(a) of the Exchange Act—Control Person Liability (Against Defendants Wayne Huang and Michael Huang)

291. This Count is asserted on behalf of Lead Plaintiffs and all members of the Class against Defendants Wayne Huang and Michael Huang for violations of Section 20(a) of the Exchange Act, 15 U.S.C. § 78t(a).

292. Defendants Wayne Huang and Michael Huang acted as controlling persons of Richtech within the meaning of Section 20(a) of the Exchange Act as alleged herein. By virtue of their high-level positions with the Company—CEO and CFO respectively—their direct participation in and awareness of the Company's operations, and their intimate knowledge of the Company's actual financial performance and practices, Defendants Wayne Huang and Michael Huang had the power to influence and control, and did influence and control, directly or indirectly, the decision-making of the Company, including the content and dissemination of the materially false and misleading statements alleged herein.

293. Defendants Wayne Huang and Michael Huang were provided with, or had unlimited access to, copies of the Company's reports, press releases, public filings, and other statements alleged to be misleading prior to or shortly after their issuance, and had the ability and opportunity to prevent their issuance or cause them to be corrected. Defendants Wayne Huang and Michael Huang also had direct and supervisory involvement in the day-to-day operations of the Company and therefore had the power to control or influence the particular transactions giving rise to the securities violations alleged herein, and exercised the same.

294. As set forth above, Richtech and Defendants Wayne Huang and Michael Huang each violated Section 10(b) and Rule 10b-5 by their acts and omissions as alleged in this Complaint. By virtue of their position as controlling persons, Defendants Wayne Huang and Michael Huang are liable pursuant to Section 20(a) of the Exchange Act. As a direct and proximate result of Defendants' wrongful conduct, Lead Plaintiffs and other members of the Class suffered damages in connection with their purchases of the Company's securities during the Class Period.

## XIV. PRAYER FOR RELIEF

WHEREFORE, Lead Plaintiffs pray for relief and judgment, as follows:

A. Determining that this action is a proper class action under Rule 23 of the Federal Rules of Civil Procedure;

B. Awarding compensatory damages in favor of Lead Plaintiffs and the other Class members against all Defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

C. Awarding Lead Plaintiffs and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

D. Such other and further relief as the Court may deem just and proper.

## XV. JURY TRIAL DEMANDED

Lead Plaintiffs hereby demand a trial by jury.

DATED: October 26, 2026

Respectfully submitted,

ALDRICH LAW FIRM, LTD.

By: /s/ *John P. Aldrich*

John P. Aldrich, Esq.
7866 West Sahara Avenue
Las Vegas, NV 89117
Tel: (702) 853-5490
Fax: (702) 227-1975
Email: jaldrich@johnaldrichlawfirm.com

*Liaison Counsel for Co-Lead Plaintiff and Liaison Counsel for the Class*

LEVI & KORSINSKY, LLP
Adam M. Apton*
33 Whitehall Street, 27th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com
*admitted pro hac vice

HAGENS BERMAN SOBOL SHAPIRO LLP
Lucas E. Gilmore*
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
Email: lucasg@hbsslaw.com
*admitted pro hac vice

*Attorneys for Co- Lead Plaintiffs*
*and Co-Lead Counsel for the Class*